**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DANIEL JEAN-PIERRE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 1:25-cv-07158** |
| **DISCOVER BANK,** | ) | |
| **Defendant.** | ) | |

**CAPITAL ONE, N.A., SUCCESSOR BY MERGER TO DISCOVER BANK'S NOTICE OF REMOVAL**

COMES NOW defendant Capital One, N.A., successor by merger to Discover Bank ("Discover" or "Defendant"),[1] by and through its undersigned counsel, and pursuant to the provisions of 28 U.S.C. §§ 1331, 1367, 1441, and 1446, appearing specially so as to preserve any and all defenses available under Rule 12 of the Federal Rules of Civil Procedure and the right to demand arbitration pursuant to contractual agreements and the Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq.*, hereby gives notice of removal of this action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division. In support thereof, Discover respectfully shows unto the Court as follows:

## I. PROCEDURAL HISTORY

1. Plaintiff Daniel Jean-Pierre ("Plaintiff") commenced this action by filing a Complaint in the Circuit Court of Cook County, Illinois on or about April 30, 2025, assigned the

[1] Pursuant to a merger agreement, on May 18, 2025, Discover Bank merged into Capital One, N.A. with Capital One, N.A. as the surviving entity. Capital One, N.A. is the successor by merger to Discover Bank.

case number 20252002405. (*See* Complaint, attached hereto with the court file as **Exhibit A**.) The Circuit Court of Cook County, Illinois is a state court within this judicial district and division.

2. Plaintiff filed an affidavit of service that appears to indicate that Discover was served on June 23, 2025.

3. In the Complaint, Plaintiff alleges that Discover is liable for "fraudulent and inaccurate billing [and] false credit reporting" for reporting a $405 balance to the credit bureaus after allegedly issuing a $0 statement. (*See* Ex. A, Complaint, p. 2.) Plaintiff asserts a claim against Discover under the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681, *et seq.* as well as a claim for "breach of good faith." (*Id.*)

## II. FEDERAL QUESTION JURISDICTION

4. Federal district courts have "original jurisdiction of all civil actions arising under the Constitution, laws, or treatises of the United States." 28 U.S.C. § 1331. Removal jurisdiction based upon a federal question exists when a federal question is presented on the face of a plaintiff's complaint. *See Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987).

5. This case is properly removable pursuant to 28 U.S.C. § 1441 because federal question jurisdiction is present. Section 1441 provides, in pertinent part:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

28 U.S.C. § 1441(a).

6. This is a civil action arising under the Constitution, laws, or treatises of the United States because Plaintiff asserts a claim for alleged violations of the FCRA, a federal statute. *See* Compl., p. 2. Accordingly, Plaintiff's FCRA claim in this action arises under the laws of the United

States and falls within this Court's original jurisdiction. *See Hukic v. Aurora Loan Servs.*, 588 F.3d 420, 430 (7th Cir. 2009) (holding that presence of FCRA claim conferred original jurisdiction pursuant to § 1331).

## III. SUPPLEMENTAL JURISDICTION

7. The supplemental jurisdiction statute provides, in pertinent part:

> [I]n any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy . . .

28 U.S.C. § 1367(a).

8. A federal court has supplemental jurisdiction over state law claims in a complaint when the state and federal claims share a "common nucleus of operative fact" and they are part of the "same case or controversy." *Curry v. Revolution Lab'ys, LLC*, 949 F.3d 385, 389 n.3 (7th Cir. 2020)

9. Here, all of Plaintiff's claims, including Plaintiff's state-law claim for breach of good faith, are based upon the same credit reporting activity by Discover that forms the basis of Plaintiff's FCRA claim. Accordingly, they arise out of a common nucleus of operative fact. [*See generally* Exhibit A – Complaint]. Thus, Plaintiff's state-law claim is "so related to claims in the action within [this Court's] original jurisdiction" that they form part of the same case or controversy and, as such, fall squarely within this Court's supplemental jurisdiction. *See* 28 U.S.C. § 1367(a); *see also* 28 U.S.C. § 1441(c)(1) ("If a civil action includes . . . a claim arising under the Constitution, laws, or treaties of the United States (within the meaning of section 1331 of this title), and . . . a claim not within the original or supplemental jurisdiction of the district court or a claim that has been made nonremovable by statute, . . . the entire action may be removed . . ."); *Hukic*,

588 F.3d at 429 (holding court had supplemental jurisdiction pursuant to § 1367(a) over state law claims asserted in connection with FCRA claim, noting that "all of Hukic's claims arise out of the servicing of Hukic's mortgage loan by Aurora and Ocwen and the reports those entities made to credit reporting agencies").

10. It is therefore proper for this Court to exercise jurisdiction over all claims asserted in Plaintiff's Complaint.

## IV. RESERVATION OF DEFENSES

11. Nothing in this notice of removal shall be interpreted as a waiver or relinquishment of any of Defendant's rights to assert any defense or affirmative matter, including, but not limited to, the defenses of: (1) lack of jurisdiction over the person; (2) improper venue; (3) insufficiency of process; (4) insufficiency of service of process; (5) improper joinder of claims and/or parties; (6) failure to state a claim; (7) the mandatory arbitrability of some or all of the claims; (8) failure to join indispensable parties; or (9) any other pertinent defense available under Fed. R. Civ. P. 12, any state or federal statute, or otherwise. Discover specifically reserves the right to demand arbitration pursuant to its contractual agreement with the Plaintiff and the Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq*.

## V. PROCEDURAL REQUIREMENTS

12. This case is a civil action within the meaning of 28 U.S.C. § 1441(a), relating to the removal of cases.

13. True and correct copies of "all process, pleadings, and orders" filed to date are attached hereto as **Exhibit A**, in conformity with 28 U.S.C. § 1446(a).

14. This Notice of Removal is filed within the time frame set forth in 28 U.S.C. § 1446(b)(2)(B).

15. Discover has not previously sought similar relief.

16. The United States District Court for the Northern District of Illinois, Eastern Division, is the District and Division embracing the place where this action is pending in state court.

17. Pursuant to 28 U.S.C. § 1446(d), contemporaneously with the filing of this notice of removal, Discover has filed a copy of same, along with a Notice of Filing Notice of Removal, with the clerk of the Circuit Court of Cook County, Illinois. Written notice of the filing of this Notice of Removal has also been served upon the Plaintiff.

18. Discover reserves the right to supplement this Notice of Removal by adding any jurisdictional defenses which may independently support a basis for removal.

WHEREFORE, Discover prays that the Court will take jurisdiction of this action and issue all necessary orders and process to remove this action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully submitted this 26th day of June, 2025.

*/s/ Rachel R. Friedman*
Rachel R. Friedman (IL Bar #6331000)

Attorney for Defendant
CAPITAL ONE, N.A., SUCCESSOR BY MERGER TO DISCOVER BANK

**OF COUNSEL:**
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 458-5324
rfriedman@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by U.S. First Class Mail, postage prepaid, on this the 26th day of June, 2025:

Daniel Jean-Pierre
1878 Fargo Avenue
Des Plaines, IL 60018

*/s/ Rachel R. Friedman*
OF COUNSEL

# EXHIBIT A

System Generated Hearing Date: 8/27/2025 10:30 AM
Location: Court Room 0205
Judge: Courtroom, 0205

For updated information about your case, including hearings, subsequent filings and other case information, please visit our Online Case Search and search for your case: https://casesearch.cookcountyclerkofcourt.org

FILED
4/30/2025 4:09 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL

FILED DATE: 4/30/2025 4:09 PM 20252002405

# APPLICATION FOR WAIVER OF COURT FEES (CIVIL)

IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY** Cook
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE** Daniel Jean-Pierre
*Who Started the Case* — *First, Middle, and Last Name or Business Name*

**DEFENDANT/RESPONDENT** Discover Bank
*Who the Case Was Filed Against* — *First, Middle, and Last Name or Business Name*

20252002405
**Case Number**
*(Clerk fills in)*

Use this form to ask the judge to **waive your court fees, costs, and charges in a civil court case**. If your case is a criminal case, use the *Application for Waiver of Criminal Court Assessments* form.

If you are completing this form on behalf of a minor or an incompetent adult, provide that person's information on this form instead of your own information.

## 1. BASIC INFORMATION

A. I am completing this form *(check one)*:

☒ For myself ☐ On behalf of a minor or incompetent adult *(Use the minor or incompetent adult's information on this form)*

B. Your Name *(applicant)*: Daniel Jean-Pierre
*First* *Middle* *Last Name*

C. Address: 1878 Fargo Avenue, Des Plaines, IL 60018
*Street, Apt. #* *City* *State* *Zip Code*

D. I cannot afford to pay the court fees, costs, and charges in this case.

## 2. HOUSEHOLD INFORMATION

*List the number of people who live with you whom you support. Support means the people rely on you financially. If on behalf of a minor or an incompetent adult, use their information.*

A. I support 0 *(# of Adults)* adults (not counting myself) who live with me.

B. I support 0 *(# of Children Under 18)* children under 18 who live with me.

## 3. PUBLIC BENEFITS

*Check all the benefits that you currently receive. Be prepared to provide proof that you currently receive at least 1 of the checked benefits if asked.*

I currently receive the following public benefits *(check all that apply)*:

☐ SSI (Supplemental Security Income, not Social Security)
☐ SNAP (Supplemental Nutrition Assistance Program/ Food Stamps)
☐ AABD (Aid to the Aged, Blind and Disabled)
☐ TANF (Temporary Assistance for Needy Families)
☐ General Assistance Program (GA), Transitional Assistance, or State Children and Family Assistance

FILED DATE: 4/30/2025 4:09 PM 20252002405

**STOP:** Read this note to see **what to complete next.**

☐ I checked one of the public benefit boxes in section 3.

- Skip section 4 and section 5. Go to section 6 on page 4. You qualify for a full fee waiver (735 ILCS 5/5-105(a)(2)(i), (b)(1)).

– OR –

☒ I did **not** check any of the public benefit boxes in section 3.

- **Complete section 4 and section 5**, including both columns.

## 4. FINANCIAL INFORMATION

*Do not fill out this section if you checked any boxes in section 3. Skip to section 6.*

*If you did **not** check any boxes in section 3, fill out information below for **both** the past month and the past 12 months. Be prepared to provide proof of your income, the value of your belongings (including real estate), and your expenses if asked.*

A. I have a **pending application for 1 or more of the benefits** listed in section 3:

☒ Yes ☐ No

B. I received the following income (money) in the **past month**. List the gross (before taxes) amount *(check all that apply)*:

**MONTHLY INCOME:**

| **Type** | **Total received in the past month** |
|---|---|
| ☐ No income | |
| ☒ My employment | $ 250.00 |
| ☐ Social Security (not SSI) | $ |
| ☐ Child Support | $ |
| ☐ Unemployment | $ |
| ☐ Pension | $ |
| ☐ Money from other household members | $ |
| ☐ Other income, including any money received from family and friends that is not listed above *(list type and amount)* | |
| | $ |
| | $ |
| | $ |
| **Total of all money received in the past month** | **$** 250.00 |

C. I received the following income (money) in the past **12 months**. List the gross (before taxes) amount *(check all that apply)*:

**YEARLY INCOME:**

| **Type** | **Total received in the past 12 months** |
|---|---|
| ☐ No income | |
| ☒ My employment | $ 3,000.00 |
| ☐ Social Security (not SSI) | $ |
| ☐ Child Support | $ |
| ☐ Unemployment | $ |
| ☐ Pension | $ |
| ☐ Money from other household members | $ |
| ☐ Other income, including any money received from family and friends that is not listed above *(list type and amount)* | |
| | $ |
| | $ |
| | $ |
| **Total of all money received in the past 12 months** | **$** 3,000.00 |

FILED DATE: 4/30/2025 4:09 PM 20252002405

D. I have the following **monthly expenses** *(check all that apply. If you share expenses with someone, list only the amount you pay)*:

**MONTHLY EXPENSES:**

| **Type of expense** | **Amount per month** |
|---|---|
| ☐ Rent | $ |
| ☐ Home mortgage | $ |
| ☐ Other mortgage | $ |
| ☐ Utilities | $ |
| ☒ Food | $ 170.00 |
| ☒ Medical | $ 80.00 |
| ☐ Vehicle, including any loans | $ |
| ☐ Childcare | $ |
| ☐ Child support | $ |
| ☐ Other monthly expenses not listed above *(list type and amount)* | |
| | $ |
| | $ |
| | $ |
| **Total of all expenses in the past month** | **$** 250.00 |

☐ None of the above

E. I own the following **items and their value is** *(check all that apply)*:

**ITEMS OF VALUE:**

| **Item** | **Total value** |
|---|---|
| ☒ Bank accounts and cash | $ 70.00 |
| ☐ Home<br>The total I owe on my home mortgage is $ | $ |
| ☐ Other real estate (not including the house I live in) | $ |
| ☐ 1st vehicle worth | $ |
| Is the 1st vehicle paid off? | ☐ Yes ☐ No |
| ☐ 2nd vehicle worth | $ |
| Is the 2nd vehicle paid off? | ☐ Yes ☐ No |
| ☐ Other *(list items and value)* | |
| | $ |
| | $ |
| | $ |

☐ None of the above

## 5. HARDSHIP INFORMATION *(Optional)*

*If there is additional information you think the judge should know about why you cannot afford to pay the court fees, include that information here.*

It would be a substantial hardship for me or my family if I have to pay the fees, costs, and charges because:

"I am a full-time college student with no income and limited financial resources. I receive financial aid and support myself with student loans. I am representing myself (pro se) due to my inability to afford an attorney. Additionally, I am diagnosed with autism, which limits my ability to work and contributes to my current financial hardship. I am requesting this fee waiver so I can access the court system and seek justice without further financial strain."

20252002405
Case Number

FILED DATE: 4/30/2025 4:09 PM 20252002405

## 6. IF QUESTIONS ABOUT APPLICATION

If the judge has questions about my *Application* and I have to attend court, I want:

☒ A remote court date (video or telephone)

☐ An in-person court date



## SIGN:

Under 735 ILCS 5/1-109, your signature means that you:

1) certify that everything in this document is true and correct, and 2) understand that making a false statement on this form is perjury and has penalties provided by law.

If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.

Your Signature /s/ Daniel Jean-Pierre Print Your Name Daniel Jean-Pierre

Your Address 1878 Fargo Avenue, Des Plaines, IL 60018
Street, Apt. # City State Zip Code

Your Phone Number (312) 221-2027 Attorney Number (if any)

Your Email dannyjeanpr@gmail.com

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.



## NEXT STEP:

File this form at the Circuit Court Clerk's office. You can file this form at any point during your case. More information on how to do that can be found here: ilcourts.info/forms.

## THEN:

You should only have to go to court for a hearing on your *Application* if the judge needs more information from you (735 ILCS 5/5-105 and 5/5-105.5; Illinois Supreme Court Rule 298). The judge will notify you if you need to go to court or give more information. This may include documents showing your income, value of belongings (including real estate) and expenses.



Learn more about each step in the process by reading through our Instructions document: ilcourts.info/fee-waiver-instructions.

FILED DATE: 4/30/2025 4:09 PM 20252002405

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.
Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT<br>COOK COUNTY | SMALL CLAIMS SUMMONS | For Court Use Only<br>FILED<br>4/30/2025 4:09 PM<br>Mariyana T. Spyropoulos<br>CIRCUIT CLERK<br>COOK COUNTY, IL |
|---|---|---|

| Instructions ▼ | | |
|---|---|---|
| Directly above, enter the name of the county where you are filing the case.<br>Enter your name as Plaintiff. | Daniel Jean-Pierre<br>**Plaintiff** *(First, middle, last name)*<br><br>v. | |
| Enter the names of all people or businesses you are suing as Defendants. | **Defendants** *(First, middle, last name or business name)*:<br>Discover Bank | 20252002405<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk and the amount Defendants owe to you. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | **Amount Owed: $** 10,000.00<br>Enter amount of money owed to you as entered in section 3 of your complaint. |

# IMPORTANT: You have been sued.

- Read all documents attached to this *Summons*.
- You MUST attend court on the date in this *Summons*. If you do not, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- You may have to file a document called an *Appearance* that officially informs the court that you would like to participate in the case. If you do not file required court documents on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- You do not have to file a document called an *Answer/Response* in a small claims case unless ordered to by the judge.
- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees*.
- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.
- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

**Plaintiff:** **If you are suing more than 1 Defendant, fill out a *Small Claims Summons* form for each Defendant.**

In **1a**, enter the name and address of a Defendant. If you are serving a Registered Agent, include the Registered Agent's name and address here.

**1. Defendant's address and service information:**

a. Defendant's primary address/information for service:

Name *(First, Middle, Last)*: Discover Bank
Registered Agent's name, if C T CORPORATION SYSTEM
Street Address, Apt #: 208 South LaSalle Street, SUITE 814
City, State, ZIP: Chicago, IL 60604
Telephone:
Email Address:

For updated information about your case, including hearings, subsequent filings and other case information, please visit our Online Case Search and search for your case: https://casesearch.cookcountyclerkofcourt.org

Enter the Case Number given by the Circuit Clerk: ______________________

FILED DATE: 4/30/2025 4:09 PM 20252002405

In **1b**, enter a second address for Defendant if you have one.

b. If you have more than one address where Defendant might be found, list that here:

Name *(First, Middle, Last)*: ______________________

Street Address, Apt #: ______________________

City, State, ZIP: ______________________

Telephone: ______________ Email Address: ______________________

In **1c**, check how you are sending your documents to that Defendant.

c. Method of service on Defendant

☐ certified copy by certified or registered mail ☑ sheriff OR

☐ special process server

In **2**, enter your contact information.

Enter your complete address, telephone number, and email address, if you have one.

**2. Contact information for the Plaintiff:**

Name *(First, Middle, Last)*: Daniel Jean-Pierre

Street Address, Apt #: 1878 Fargo Avenue

City, State, ZIP: Des Plaines, IL 60018

Telephone: (312) 221-2027

Email Address: dannyjeanpr@gmail.com

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**Important information for the person receiving this *Small Claims Summons* (Defendant):**

You have been sued. Read all the documents attached to this *Small Claims Summons*.

You must attend court on the court date below. The judge may want to have a trial on that day. If you do not attend, you could lose the case. If you are not ready for trial on your court date, you may ask the judge for more time. The judge does not have to give you more time.

In **3**, the plaintiff should enter:

- The court date and time (this will be a date 40-61 days from filing).
- The address of the courthouse.
- The call-in or video conference information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

For more information about how to complete **3**, see *How to File & Serve a Small Claims Complaint* at ilcourts.info/forms.

**3. Instructions for the person receiving this *Small Claims Summons* (Defendant):**

You must attend court on the date below:

______________ at ______________ ☐ a.m. ☐ p.m. in ______________

*Date* *Time* *Courtroom*

**In-person at:**

Second Municipal District Courthouse, 5600 Old Orchard Road, Skokie, IL 60077

*Courthouse Address* *City* *State* *ZIP*

OR

**Remotely** (you may be able to attend this court date by phone or video conference. This is called a "Remote Appearance.")

By telephone: ______________________

*Call-in number for telephone remote appearance*

By video conference: ______________________

*Video conference website*

______________________

*Video conference log-in information (meeting ID, password, etc)*

Call the Circuit Clerk at: (847) 470-7200 or visit their website

*Circuit Clerk's phone number*

at: ______________________ to find out more about how to do this.

*Circuit Clerk's website*

http://www.cookcountycourt.org/ABOUT-THE-COURT/Municipal-Department/Second-Municipal-District-Skokie

**STOP!**
The Circuit Clerk will fill in this section.

**Witness this Date:** ______________________

*Seal of Court*

**Clerk of the Court:** 4/30/2025 4:09 PM Mariyana T. Spyropoulos

CIRCUIT COURT OF COOK COUNTY ILLINOIS

**STOP!**
The officer or process server will fill in the Date of Service.

Date of ______________________

*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.
Forms are free at ilcourts.info/forms.

FILED DATE: 4/30/2025 4:09 PM 20252002405

| STATE OF ILLINOIS, CIRCUIT COURT<br>COOK COUNTY | PROOF OF SERVICE OF SMALL CLAIMS SUMMONS & SMALL CLAIMS COMPLAINT | *For Court Use Only* |
|---|---|---|

| Instructions ▼ | | |
|---|---|---|
| Directly above, enter the name of the county where you are filing the case. | Daniel Jean-Pierre<br>**Plaintiff** *(First, middle, last name)* | |
| Enter your name as Plaintiff. | v. | 20252002405<br>**Case Number** |
| Enter the names of all people or businesses you are suing as Defendants. | **Defendants** *(First, middle, last name or business name)*:<br>Discover Bank | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

***STOP. Do not complete the rest of this form. The Circuit Clerk, sheriff, or special process server will fill in the form.***

**My name is** ______________________________ **, and I state:**
*First, Middle, Last*

☐ **that I served the *Small Claims Summons* and *Small Claims Complaint* on the Defendant,**
______________________________ **as follows:**
*First, Middle, Last*

**By Circuit Clerk:**

☐ By certified mail mailed by the Circuit Clerk:
On this date: __________ at this time: __________ ☐ a.m. ☐ p.m.
Street Address, Unit #: ______________________________
City, State, ZIP: ______________________________

**By sheriff or special process server:**

☐ Personally on the Defendant:
☐ Male ☐ Female ☐ Non-Binary Approx. Age: _______ Race _______
On this date: __________ at this time: __________ ☐ a.m. ☐ p.m.
Street Address, Unit #: ______________________________
City, State, ZIP: ______________________________

☐ On someone else at the Defendant's home who is at least 13 years old and is a family member or lives there:
On this date: __________ at this time: __________ ☐ a.m. ☐ p.m.
Street Address, Unit #: ______________________________
City, State, ZIP: ______________________________
And left it with: ______________________________
*First, Middle, Last*
☐ Male ☐ Female ☐ Non-Binary Approx. Age: _______ Race _______
and by sending a copy to this Defendant in a postage-paid, sealed envelope to the above address on __________.
*Date*

☐ On the Corporation's agent, ______________________________
*First, Middle, Last*
☐ Male ☐ Female ☐ Non-Binary Approx. Age: _______ Race _______
On this date: __________ at this time: __________ ☐ a.m. ☐ p.m.
Street Address, Unit #: ______________________________
City, State, ZIP: ______________________________

20252002405
Enter the Case Number given by the Circuit Clerk: ____________________

FILED DATE: 4/30/2025 4:09 PM 20252002405

☐ **I was not able to serve the *Small Claims Summons* and *Small Claims Complaint* on the Defendant,**

____________________________________________ .
*First, Middle, Last*

I made the following attempts to serve the *Small Claims Summons* and *Small Claims Complaint* on the Defendant:

1. On this ____________ at this time: __________ ☐ a.m. ☐ p.m.
   Street Address, Unit #: ____________________
   City, State, ZIP: ____________________
   Other information about service attempt: ____________________

2. On this ____________ at this time: __________ ☐ a.m. ☐ p.m.
   Street Address, Unit #: ____________________
   City, State, ZIP: ____________________
   Other information about service attempt: ____________________

3. On this ____________ at this time: __________ ☐ a.m. ☐ p.m.
   Street Address, Unit #: ____________________
   City, State, ZIP: ____________________
   Other information about service attempt: ____________________

**DO NOT** complete this section. The sheriff or private process server will complete it.

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**If you are a special process server, or licensed private detective, your signature certifies that everything on the *Proof of Service of Small Claims Summons & Small Claims Complaint* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.**

**By:**

____________________________________________
*Signature by* ☐ Sheriff
☐ *Special process server/* licensed private detective

____________________________________________
*Print Name*

**FEES**
By certified registered mail: $ __________
Service and Return: $ __________
Miles: __________ $ __________
Total $ __________

If *Summons* is served by licensed private detective or private detective agency:
License Number: ____________________

System Generated Hearing Date: 8/27/2025 10:30 AM
Location: Court Room 0205
Judge: Courtroom, 0205
For updated information about your case, including hearings, subsequent filings
and other case information, please visit our Online Case Search
and search for your case: https://casesearch.cookcountyclerkofcourt.org

FILED
4/30/2025 4:09 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
20252002405

FILED DATE: 4/30/2025 4:09 PM 20252002405

| Exhibit | Title | Description |
|---|---|---|
| A | Discover April 4,2025 Statement | $0 balance proof — shows account was paid in full |
| B | Bank of America Stop Payment Confirmation | Stop payment order against Discover due to fraud/dispute. |
| C | Discover April 11 and APril 14th Letters | Discover acknowledges CFPB complaints and delays. |
| D | CFPB Complaint #3 | Filed to report billing fraud and retaliation. |
| E | CFPB Complaint #4 | Filed after Discover's bad faith response to Complaint #3. |
| F | Screenshots of False Credit Reporting | Showing credit bureau tradeline manipulation |
| G | Mental Health Screenshots | Emotional toll proof (sleep issues, distress). |
| H | Timeline and Case Summary | Summary of events, damages, and laws violated. |
| I | Discover Chat Logs | Initial Discover conversation that triggered retaliation. |

FILED DATE: 4/30/2025 4:09 PM 20252002405

Exhibit A

Discover Statement – April 4, 2025 ($0 Balance)

(This document shows the account was paid off in full before the disputed $405 charge appeared.)

FILED DATE: 4/30/2025 4:09 PM 20252002405



**DISCOVER IT® CHROME CARD ENDING IN 2089**
CARDMEMBER SINCE 2024

**DISCOVER**

## Account Summary 03/05/2025 - 04/04/2025

| | |
|---|---|
| Previous Balance | $430.45 |
| Payments and Credits | -$485.10 |
| Purchases | +$54.65 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance:** | **$0.00** |

**See Interest Charge Calculation section following the Fees and Interest Charged section for detailed APR information**

| | |
|---|---|
| Credit Line | $500 |
| Credit Line Available | $500 |
| Cash Advance Credit Line | $300 |
| Cash Advance Credit Line Available | $300 |



FICO® Score Meter

FICO® Score 8 based on TransUnion® data:

**654** Fair

**AS OF 03/29/25**
Updated Monthly

See Key Factors that help explain your score at Discover.com or visit our mobile app

## Payment Information

| New Balance | Minimum Payment | Payment Due Date |
|---|---|---|
| **$0.00** | **$0.00** | **05/01/2025** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $41.00.

## Payment Coupon

**Detach at perforation above and return with check payable to Discover. Do not fold, clip, staple or send cash.**

DANIEL JEAN-PIERRE
1878 FARGO AVE
DES PLAINES IL 60018-3118

**Notice: See reverse side for important information**

**ACCOUNT NUMBER ENDING IN 2089**

| | |
|---|---|
| New Balance | **$0.00** |
| Minimum Payment Due | **$0.00** |
| Payment Due Date | **05/01/2025** |

**Amount Enclosed** $

For a faster, easier way to pay... **Discover.com** **1-800-347-2683**
See reverse for payment cut off times.

PO BOX 6103
CAROL STREAM IL 60197-6103

00000198645451161517600000000000000000000000

FILED DATE: 4/30/2025 4:09 PM 20252002405



**Important Information**
See your Cardmember Agreement. Your Cardmember Agreement contains all the terms of your Account.

**Lost or Stolen Cards.** Report immediately! Call 1-800-347-2683.

**Payments.** You may pay all or part of your Account balance at any time. However, you must pay at least the Minimum Payment Due by the Payment Due Date. Send only your allowable form of payment ("Payment") and the bottom portion of this statement in the envelope provided, after affixing postage. Payments sent without proper postage will be returned to the sender. If you pay by check, you authorize us to use information on your check to make an electronic fund transfer from your account at the financial institution indicated on your check or to process the payment as a check transaction. If a Payment is processed as an electronic fund transfer, the transfer will be for the amount of the check, funds may be withdrawn from your account as soon as the same day we receive your check, and you will not receive your check back.

**Please do not send cash.** Sending cash is not allowed. The processing of your allowable form of Payment may be delayed if you send cash or correspondence with your Payments, if you send the Payment to any other address, or if you use an envelope other than the one provided. Payments received at our processing facility by 5PM local time on any day will be credited to your Account as of that day. Payments received at our processing facility after 5PM local time will be credited to your Account as of the next day. If you have misplaced your envelope, send your Payment to Discover, PO Box 6103, Carol Stream, IL 60197-6103. Please allow 7-10 days for delivery. If your Payment is returned unpaid, we reserve the right to resubmit it as an electronic debit. **Payments made online or by phone before Midnight Eastern Time on any day except your Statement Closing Date will be credited as of the same day; on your Statement Closing Date, online and phone payments must be made before 5:00 PM Eastern Time to be credited as of that day.**

You can also make a Payment or set up automatic payments by calling 1-800-347-2683. Automatic payments for the billing period shown on your statement will be deducted on the Payment Due Date shown on that statement, or the next automatic payment date referred to on your statement, unless you request a recurring payment date that occurs before your Payment Due Date. In order to schedule monthly payments by telephone, you will need this statement and your bank account information. You will be asked to provide the last four (4) digits of the social security number of the primary borrower as your electronic signature. By providing those numbers, you will be agreeing to this authorization to allow us and your bank to deduct each payment you authorize, in the amount selected by you, from your bank account. You also authorize us to initiate debit or credit entries to your bank account, as applicable, to correct an error in the processing of such payment. You can cancel or modify a payment from your bank account until 5:00 PM Eastern Time on the day such payment is scheduled by calling 1-800-347-2683 or by mail at Discover, PO Box 30421, Salt Lake City, UT 84130-0421. Same day online or phone payments from bank account made after 5:00 PM Eastern Time may be modified before Midnight Eastern Time of that day. Payments from Cashback Bonus cannot be modified or cancelled after being made or scheduled.

If your payments may vary in amount, we will tell you on each monthly billing statement when your payment will be made and how much it will be. You must ensure that sufficient funds are available in your bank account, and all transactions must comply with U.S. law.

You can set up automatic payments for: (i) statement New Balance, (ii) statement Minimum Payment Due, (iii) statement Minimum Payment Due plus a fixed dollar amount, or (iv) other dollar amount. If your scheduled "Other dollar amount" payment is not enough to cover the Minimum Payment Due as listed on your monthly billing statement, your scheduled payment for that month will be increased to cover the Minimum Payment Due. If the scheduled payment is greater than the Minimum Payment Due, any excess will be applied in accordance with your Cardmember Agreement. If your scheduled payment is greater than the New Balance on your billing statement, that payment will be processed only for the amount of your New Balance. Your automatic payment amount may be less than the amount indicated on the billing statement based on credits or payments after the Close Date.

If you enroll by phone in our automatic payment service, please fill-in the following blanks below and retain the authorization for your records.

**Amount**
○ Full Pay ____________________ ○ Min Pay ____________________
○ Min Pay+ $____________________ ○ Other Amount $ ________________
Bank Routing #______________________________________________
Bank Account #______________________________________________
Monthly on the ○ Payment Due Date, or ○ ______ Day of the month (INSERT DATE)

**Credit Reporting.** Credit Reporting. We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report. We normally report the status and payment history of your Account to credit reporting agencies each month. If you believe that our report is inaccurate or incomplete, please write us at this address: Discover, PO Box 30939, Salt Lake City, UT 84130-0939. Please include your name, address, home telephone number and Account number.

**Paying Interest.** Your due date is at least 25 days after the close of each billing period (at least 23 days for billing periods that begin in February). We will begin charging interest on Cash Advances and Balance Transfers as of the later of the Transaction Date or the first day of the billing period in which the transaction posted to your Account. If you pay the New Balance on your current billing statement by the Payment Due Date shown on that billing statement, we will not impose interest charges on New Purchases. New Purchases are Purchases that first appear on the next billing statement. Interest will continue to accrue each day on purchases that appeared on previous billing statements until you pay the New Balance in full and will be billed in the next billing cycle.

**How We Calculate Interest Charges.** We Use the Daily Balance Method (including current transactions) to calculate the Balance Subject to Interest Rate. For more information, please call us at 1-800-347-2683.

**Balance Subject To Interest Rate.** Your statement shows a Balance Subject to Interest Rate. It shows this for each transaction category. The Balance Subject to Interest Rate is the average of the daily balances during the billing period.

**Credit Balances.** If your Account has a credit balance, the amount is shown on the front of your billing statement. A credit balance is money that is owed to you. You may make charges against this amount if your Account is open. We will send you a refund of any remaining balance of $1.00 or more after 6 months, or as otherwise required by applicable law, or upon request made to the address in the Contact Us section on page 3 of your billing statement.

**Balance Transfers.** Your account may not always be eligible for balance transfers. Balance transfers accrue interest at the standard purchase rate unless we tell you otherwise.

Discover may monitor and/or record telephone calls between you and Discover representatives for quality assurance purposes.

Send inquiries to Discover, PO Box 30943, Salt Lake City, UT 84130

The Discover® card is issued by Discover Bank, Member FDIC.

DIT23-27.0924

FILED DATE: 4/30/2025 4:09 PM 20252002405

**ONLINE**
Discover.com or
download our app

**PHONE**
1-800-347-2683
Hearing/Speech Impaired
Dial 711 (Relay Service)

**PAYMENTS**
Discover
PO Box 6103
Carol Stream
IL 60197-6103



**DISCOVER IT® CHROME CARD ENDING IN 2089**
OPEN TO CLOSE DATE: 03/05/2025 - 04/04/2025

## Transactions

| TRANS. DATE | PAYMENTS AND CREDITS | AMOUNT |
|---|---|---|
| 03/07 | INTERNET PAYMENT - THANK YOU | -$40.00 |
| 03/15 | CASHBACK BONUS REDEMPTION PYMT/STMT CRDT | -$1.96 |
| 03/21 | INTERNET PAYMENT - THANK YOU | -$20.00 |
| 03/22 | INTERNET PAYMENT - THANK YOU | -$27.00 |
| 04/02 | INTERNET PAYMENT - THANK YOU | -$396.14 |

| TRANS. DATE | PURCHASES | MERCHANT CATEGORY | AMOUNT |
|---|---|---|---|
| 03/17 | WALGREENS #19132 WASHINGTON DC APPLE PAY ENDING IN 0272 | Merchandise | $30.05 |
| 03/17 | AUEAGLESNEST WASHINGTON DC APPLE PAY ENDING IN 0272 | Restaurants | $6.26 |
| 03/20 | PBC- -COLUMBIA MD 3301 COLUMBIA MD APPLE PAY ENDING IN 0272 274819 | Restaurants | $2.00 |
| 03/24 | AUEAGLESNEST WASHINGTON DC APPLE PAY ENDING IN 0272 | Restaurants | $3.18 |
| 03/26 | AUEAGLESNEST WASHINGTON DC APPLE PAY ENDING IN 0272 | Restaurants | $3.62 |
| 03/28 | AUEAGLESNEST WASHINGTON DC APPLE PAY ENDING IN 0272 | Restaurants | $3.18 |
| 03/28 | AUEAGLESNEST WASHINGTON DC APPLE PAY ENDING IN 0272 | Restaurants | $6.36 |

## Fees and Interest Charged

| | |
|---|---|
| **TOTAL FEES FOR THIS PERIOD** | **$0.00** |
| **TOTAL INTEREST FOR THIS PERIOD** | **$0.00** |

| **2025 TOTALS YEAR-TO-DATE CHARGED** | **AMOUNT** |
|---|---|
| TOTAL FEES CHARGED IN 2025 | $0.00 |
| TOTAL INTEREST CHARGED IN 2025 | $16.75 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

**CURRENT BILLING PERIOD:** 31 DAYS

| TYPE OF BALANCE | APR* | PROMO APR EXPIRES** | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|---|
| Purchases | 26.24% V | N/A | $0.00 | $0.00 |
| Cash Advances | 29.24% V | N/A | $0.00 | $0.00 |

**V = VARIABLE RATE**

Variable APRs will not exceed 29.99%.
* If your account is currently enrolled in a special program or is placed into one during the term of the offer, you will receive the benefit of the lower rate while the special program is in effect. This includes, if applicable, any lower rates as authorized under the Servicemembers Civil Relief Act.
** This is the date your promotional rate expires and the remaining balance will be moved to your standard APR disclosed when you accepted the offer. Please note: Changing your payment due date may change your Promo APR Expiration Date.
*** For more information, please call us at 1-800-347-2683.

## *Cashback Bonus®* Rewards

| | |
|---|---|
| **PREVIOUS BALANCE** | **$1.96** |
| **EARNED THIS PERIOD** | |
| 1% Cashback Bonus | +$0.30 |
| 2% Cashback Bonus | +$0.49 |
| **REDEEMED THIS PERIOD** | **-$1.96** |
| **CASHBACK BONUS BALANCE** | **$0.79** |

### 2% *Cashback Bonus®*

Earn 2% cash back at **Gas Stations** and **Restaurants** on up to $1,000 in combined purchases each quarter, automatically.

Plus, earn unlimited 1% cash back on all other purchases.

For details, see Information For You section.

Continued on next page

FILED DATE: 4/30/2025 4:09 PM 20252002405

Exhibit B

Bank of America Stop Payment Confirmation – April 23, 2025

(Proof that a permanent stop payment was placed against Discover due to a fraud dispute.)

FILED DATE: 4/30/2025 4:09 PM 20252002405

**BANK OF AMERICA**
PO Box 15284
Wilmington, DE 19850

**Account ending in** 5042
**Date** April 23, 2025
**Account type** Bank of America Advantage SafeBalance Banking®

DANIEL JEAN PIERRE
GUERLINE JOSEPH
1878 FARGO AVE
DES PLAINES IL 60018-3118

We received your stop payment request. Please review these details to make sure we captured it correctly.

## Stop payment details

| | |
|---|---|
| **Amount:** | $0.00 |
| **Account ending:** | 5042 |
| **Payment recipient:** | DISCOVER |
| **Effective date:** | 04/23/25 |
| **Date of check:** | |
| **Check number/range:** | 9999999999 |
| **Stop payment fee:** | $0.00 |
| **Reason:** | FRAUD OR DISPUTE |
| **Stop payment requested:** | Stop all ACH/electronic payments to a specific recipient |

Thank you for ensuring these details are accurate. If any of the information isn't accurate (including all 12 digits of your account number, exact amount, and correct spelling of recipient name), we may not be able to stop your payment.

If you need to update, renew or cancel this request, please give us a call at 800.432.1000 or you can schedule an appointment with us at a time that's convenient for you at bankofamerica.com/appointments.

## Things to keep in mind about your stop payment request

- If it's for a one-time payment, it will expire on the expiration date shown above. We may pay any transactions that take place after the expiration date.
- If you'd like to renew it, please contact us before it expires.
- If it's for a recurring payment, there's no expiration date—it will be in place until you ask us to remove it.
- We may not be able to stop payment on a check if it's presented for payment on or before the day you make the stop payment request.

For more information, please see the *Stop Payment Orders and Postdated Orders* section in the *Deposit Agreement and Disclosures.*

Thank you for being our client.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

NOTDEPSTP SP

FILED DATE: 4/30/2025 4:09 PM 20252002405

BANK OF AMERICA
PO Box 15284
Wilmington, DE 19850

**Account ending in** 5042
**Date** April 8, 2025
**Account type** Bank of America Advantage SafeBalance Banking®

DANIEL JEAN PIERRE
GUERLINE JOSEPH
1878 FARGO AVE
DES PLAINES IL 60018-3118

## We received your stop payment request. Please review these details to make sure we captured it correctly.

### Stop payment details

| | |
|---|---|
| **Amount:** | $396.14 |
| **Account ending:** | 5042 |
| **Payment recipient:** | DISCOVER |
| **Effective date:** | 04/08/25 |
| **Date of check:** | |
| **Check number/range:** | 9999999999 |
| **Stop payment fee:** | $0.00 |
| **Reason:** | FRAUD OR DISPUTE |
| **Stop payment requested:** | Stop all ACH/electronic payments for a specific amount |

Thank you for ensuring these details are accurate. If any of the information isn't accurate (including all 12 digits of your account number, exact amount, and correct spelling of recipient name), we may not be able to stop your payment.

If you need to update, renew or cancel this request, please give us a call at 800.432.1000 or you can schedule an appointment with us at a time that's convenient for you at bankofamerica.com/appointments.

### Things to keep in mind about your stop payment request

- If it's for a one-time payment, it will expire on the expiration date shown above. We may pay any transactions that take place after the expiration date.
- If you'd like to renew it, please contact us before it expires.
- If it's for a recurring payment, there's no expiration date—it will be in place until you ask us to remove it.
- We may not be able to stop payment on a check if it's presented for payment on or before the day you make the stop payment request.

For more information, please see the *Stop Payment Orders and Postdated Orders* section in the *Deposit Agreement and Disclosures*.

## Thank you for being our client.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

FILED DATE: 4/30/2025 4:09 PM 20252002405

April 23, 2025 at 9:39 AM

# Mary @ 9:35 AM confirmed that there is no a stop payment and its there until I tell BoA otherwise

**Bank of America Confirmation – Stop Payment Active**
Date: April 24, 2025
Time: 9:35 AM EST
Rep: Mary
Outcome: Stop payment on Discover charge is still active. It remains in effect indefinitely unless I instruct BoA to remove it. No confirmation number available, but verbal record documented.

FILED DATE: 4/30/2025 4:09 PM 20252002405

Exhibit C

Discover Letters – April 11 & April 14, 2025

(Discover's formal letters acknowledge complaints but fail to resolve the issues, showing bad faith.)

FILED DATE: 4/30/2025 4:09 PM 2025200240 5

DISCOVER

April 11, 2025

Daniel Jean-Pierre
1878 Fargo Avenue
Des Plaines, IL 60018

RE: Discover® card account ending in 2089

Dear Daniel Jean-Pierre,

We are in receipt of your recent correspondence to the Executive Office. To ensure your concerns are properly addressed, your correspondence has been forwarded to my attention at the Executive Office of Customer Advocacy within Discover®.

We are firmly committed to complying with the Equal Credit Opportunity Act as well as all other applicable State and Federal laws and regulations. As such, it is our practice to consistently treat all customers equitably.

We regret to hear of your continued dissatisfaction regarding your account and the process for a limit increase. We are unable to confirm the events as described in your correspondence to the Executive Office. Our records confirm that Discover has different options available for a credit line increase request. We are unable to accommodate your request for a manual review as we evaluate a customer's ability to pay based on Discover account information, application information and other creditor information. Should you wish to review your eligibility in the future for a credit line increase, you may visit us online at Discover.com, utilize our mobile application, or contact our Customer Service department via telephone at 1 (800) DISCOVER. Additionally, the credit line and/or cash credit lines are reviewed periodically and may be automatically increased at any time.

Lastly, be assured that this matter has been given our full attention and a thorough investigation into your concerns has been completed. Please be advised that any correspondence we receive regarding matters we have already addressed may not be acknowledged or receive a response.

Should you have any questions or concerns, please feel free to contact me at 302-317-7025. I am typically available Monday-Friday, 8:00 a.m.-4:30 p.m. (ET).

*Sincerely,*

Shelby
Executive Office of Customer Advocacy

*FEDERAL EQUAL CREDIT OPPORTUNITY ACT NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency which administers compliance with this law concerning Discover Bank, the issuer of the Discover Card, is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20552.*

FILED DATE: 4/30/2025 4:09 PM 20252002405

DISCOVER

April 14, 2025

Daniel Jean-Pierre
1878 Fargo Avenue
Des Plaines, IL 60018

RE: Your Inquiry to Discover®

Dear Daniel Jean-Pierre:

Thank you for your recent correspondence to the Consumer Financial Protection Bureau (CFPB). To ensure your concerns are properly addressed, your inquiry has been forwarded to my attention at the Executive Office of Customer Advocacy within Discover®.

I am currently in the process of investigating your concerns. A detailed response will be sent to you upon completion of my investigation.

If you have any questions or would like to provide additional information, please feel free to contact me at 302-317-7025. I am typically available Monday-Friday, 8:00 a.m.-4:30 p.m. (ET).

Sincerely,

Shelby
Executive Office of Customer Advocacy

FILED DATE: 4/30/2025 4:09 PM 20252002405

Exhibit D
CFPB Complaint #3 – Billing Fraud and Retaliation (Filed April 11, 2025)
(Describes Discover's false reporting, denial of accommodations, and retaliation after requesting manual CLI.)

FILED DATE: 4/30/2025 4:09 PM 20252002405



# 250411-20025962

**OPEN**

## Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 4/11/2025 | Credit card | Problem with a purchase shown on your statement |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

After filing two prior CFPB complaints in March 2025 regarding unlawful billing practices, Discover is now engaging in clear retaliation by: 1. Fraudulently re-adding a $405.10 balance despite: - My April 2 payment (#M2M9-R13Y-7DWL) clearing - April 4 statement showing $0 balance - Bank of America's active stop payment - Account unlinking 2. Creating false credit reporting: - Illegally reducing available credit - Threatening my credit age (account opened [MM/YYYY]) 3. Causing severe distress: - 40+ hours wasted reversing their sabotage - Documented consideration of hospitalization - Clear pattern of retaliation for prior CFPB actions This constitutes willful violation of: - Regulation E (payment reversal) - FDCPA (retaliatory collections) - CFPA (anti-retaliation provisions)

**ATTACHMENTS**

- Screenshot 2025-04-11 at 11.06.28 AM.png (168.3 KB)
- Stop_Payments_2025-04-09.pdf (62.4 KB)
- Discover-Statement-20250404-2089.pdf (865.5 KB)
- Discover Chat Log.pdf (5.7 MB)
- IMG_0615.png (203.5 KB)
- Screenshot 2025-04-11 at 11.07.18 AM.png (101.4 KB)
- Screenshot 2025-04-11 at 11.08.25 AM.png (81.2 KB)

Hide full complaint

## What product or service is your complaint about?

**PRODUCT OR SERVICE**
Credit card

**TYPE**
General-purpose credit card or charge card

## What type of problem are you having?

**ISSUE**
Problem with a purchase shown on your statement

**TYPE OF ISSUE**
Credit card company isn't resolving a dispute about a purchase on your statement

**HAVE YOU ALREADY TRIED TO FIX THIS PROBLEM WITH THE COMPANY?**
Yes

**DID YOU REQUEST INFORMATION FROM THE COMPANY?**
No

## What happened?

FILED DATE: 4/30/2025 4:09 PM 20252002405

After filing two prior CFPB complaints in March 2025 regarding unlawful billing practices, Discover is now engaging in clear retaliation by: 1. Fraudulently re-adding a $405.10 balance despite: - My April 2 payment (#M2M9-R13Y-7DWL) clearing - April 4 statement showing $0 balance - Bank of America's active stop payment - Account unlinking 2. Creating false credit reporting: - Illegally reducing available credit - Threatening my credit age (account opened [MM/YYYY]) 3. Causing severe distress: - 40+ hours wasted reversing their sabotage - Documented consideration of hospitalization - Clear pattern of retaliation for prior CFPB actions This constitutes willful violation of: - Regulation E (payment reversal) - FDCPA (retaliatory collections) - CFPA (anti-retaliation provisions)

☑ **I WANT THE CFPB TO PUBLISH THIS DESCRIPTION ON CONSUMERFINANCE.GOV SO THAT OTHERS CAN LEARN FROM MY EXPERIENCE.**

The CFPB will take steps to remove my personal information from this description but someone may still be able to identify me. Learn how it works. I consent to publishing this description after the CFPB has taken these steps.

## What would be a fair resolution to this issue?

1. Immediate: - Full balance correction to $0 - Removal of all credit bureau impacts - Written apology from CEO - After written and notarized apology to never contact me again 2. $1,000 statutory damages plus: - $5,000 punitive damages for retaliation - Compensation for 40+ hours ($50/hr = $2,000) - Therapy reimbursement ($3,000) 3. Compliance reforms: - Retraining of all staff handling my account - Monthly audits sent to CFPB for 6 months - Permanent flag against retaliatory actions 4. Account preservation: - Kept open with perfect payment history - No future fee threats - Direct VP-level oversight

**8 attachments**

View uploaded documents by clicking on the file name. Documents that pass virus scanning are typically available within 2 minutes of upload.

Screenshot 2025-04-11 at 11.06.28 AM.png (168.3 KB)

Stop_Payments_2025-04-09.pdf (62.4 KB)

Discover-Statement-20250404-2089.pdf (865.5 KB)

Discover Chat Log.pdf (5.7 MB)

IMG_0615.png (203.5 KB)

Screenshot 2025-04-11 at 11.07.18 AM.png (101.4 KB)

Screenshot 2025-04-11 at 11.08.25 AM.png (81.2 KB)

Screenshot 2025-04-08 at 11.28.15 AM.png (654.4 KB)

## What company is this complaint about?

**COMPANY INFORMATION**

DISCOVER BANK

## What people are involved?

FILED DATE: 4/30/2025 4:09 PM 20252002405

**YOUR CONTACT INFORMATION**

Daniel Jean-Pierre

dannyjeanpr@gmail.com
3122212027

1878 Fargo Ave Des Plaines, Illinois 60018 United States

**YOUR PREFERRED LANGUAGE**

English

**YOUR DEMOGRAPHIC INFORMATION**

**AGE**

21

**SEX**

Male

**RACE**

Black or African American

---

## Sent to company

**STATUS**

Sent to company on
4/11/2025

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

---

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government

FILED DATE: 4/30/2025 4:09 PM 20252002405

| | | | | | |
|---|---|---|---|---|---|
| 250411-20025962 | Daniel Jean-Pierre | **General-purpose credit card or charge card**<br>Problem with a purchase shown on your statement | DISCOVER BANK | 04/11/2025 | **Open**<br>Company response is in progress as of 4/23/2025 |
| 250327-19656838 | Daniel Jean-Pierre | **General-purpose credit card or charge card**<br>Trouble using your card | DISCOVER BANK | 03/28/2025 | **Closed**<br>Feedback provided |
| 250326-19627841 | Daniel Jean-Pierre | **General-purpose credit card or charge card**<br>Trouble using your card | Discover | 03/26/2025 | **Closed**<br>Company responded |

FILED DATE: 4/30/2025 4:09 PM 20252002405

Exhibit E

CFPB Complaint #4 – Bad Faith Response Escalation (Filed April 24, 2025)

(Filed after Discover's deceptive, evasive response to Complaint #3, asserting FDCPA and ADA violations.)

[redacted]

FILED DATE: 4/30/2025 4:09 PM 20252002405

An official website of the United States Government

cfpb Consumer Financial Protection Bureau (https://www.consumerfinance.gov/)

Start a new complaint

All complaints (.)

# 250424-20312429

**OPEN**

## Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 4/24/2025 | Debt collection | False statements or representation |

### We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

**YOUR COMPLAINT**

Discover Re-Reported Disputed Balance After Receiving CFPB Complaint - FCRA & FDCPA Violations I am filing this complaint because Discover Bank has escalated their pattern of bad faith and possible retaliation following CFPB Complaint #3 (Case #250411-20025962, filed April 11, 2025). Despite acknowledging my complaint in writing on April 11 and April 14 (letters attached), Discover reported a $405 balance to the credit bureaus on April 16—while the account was under active federal dispute. I have attached the April 4 billing statement from Discover which shows a $0 balance at the close of the cycle. The $405 charge was a result of a returned payment that was then forcibly reattempted after I issued a stop payment with my bank on April 10 (confirmed in a PDF from BoA). Discover is now falsely claiming their credit reporting is accurate, despite documented evidence that: The disputed charge appeared after the billing cycle closed The charge was actively contested in a CFPB complaint Discover sent me letters acknowledging the complaint before reporting it anyway They are refusing to remove or correct this false tradeline This behavior violates the Fair Credit Reporting Act (FCRA § 623) and the Fair Debt Collection Practices Act (FDCPA) by misrepresenting a debt under dispute, during a known regulatory investigation. Attached: April 4 statement showing $0 balance April 11 & 14 Discover letters Screenshot of April 16 credit tradeline BoA stop payment confirmation PDF Screenshot of CFPB #3 complaint portal timeline

**ATTACHMENTS**

- Screenshot 2025-04-16 at 7.17.38 PM.png (310.6 KB)
- 76697713348__6BCC680F-D6A7-45E1-B3E0-560513FA7826.jpeg (2.3 MB)
- STOPPAYMENTDISCOVER.pdf (65.2 KB)
- Screenshot 2025-04-13 at 1.44.35 PM.png (681.9 KB)
- Complaint Detail CFPB #3.pdf (58 KB)
- LEGAL PROOF!!!!.pdf (865.5 KB)
- 766' 4E6' F3D MB)

View full complaint

## Sent to company

**STATUS**

Sent to company on 4/24/2025

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

FILED DATE: 4/30/2025 4:09 PM 20252002405

Exhibit F

Screenshots of Credit Reporting Discrepancies

(Screenshots show Discover falsely reported the $405 charge even during active dispute and after $0 balance.)

[redacted]

FILED DATE: 4/30/2025 4:09 PM 20252002405

Accounts | Public records | Personal information | Inquiries

## Credit cards and credit lines

| | Date opened | Balance | Status |
|---|---|---|---|
| **DISCOVER BANK**<br>Under dispute | 06/21/2024 | $405 | Open/Never late. |

FILED DATE: 4/30/2025 4:09 PM 20252002405

**CREDIT CARDS**

**CAPITAL ONE**
Reported: Apr. 19, 2025
**$5.00**
**In good standing**
+

**DISCOVERBANK**
Reported: Apr. 14, 2025
**$405.00**
**In good standing**
+

**BK OF AMER**
Reported: Mar. 26, 2025
**$1,386.00**
**In good standing**
+

FILED DATE: 4/30/2025 4:09 PM 20252002405

Exhibit G

Mental Health and Distress Documentation

(Shows impact of ongoing financial stress including panic spirals, sleep disruptions, and emotional damage.)

[redacted]

FILED DATE: 4/30/2025 4:09 PM 20252002405

**IN A CRISIS- DANIEL**

DJ

Daniel Jean-Pierre <dj7984a@american.edu>

Tuesday, April 8, 2025 at 10:18 AM

To: Ellie Mendelsohn

CAN I COME TO THE OFFICE I AM FREAKING OUT AND I DON'T KNOW ANYMORE!!!

FILED DATE: 4/30/2025 4:09 PM 20252002405

can you write me an email to tell my professor I won't be able to come to class due to a major debilitating panic attack and with my autism and I do have flexible attendance and also like major stressors such as me fighting banks

Of course, Daniel. Here's a respectful, clear, and self-advocating email you can send to your professor:

---

FILED DATE: 4/30/2025 4:09 PM 20252002405

Exhibit H

Timeline and Case Summary of Events
(Chronological breakdown of key actions taken by the plaintiff and Discover, including complaints and evidence.)

[redacted]

FILED DATE: 4/30/2025 4:09 PM 20252002405

# Discover Dispute Case Summary

Prepared for: Daniel Jean-Pierre

Date: April 24, 2025

---

SUMMARY OF DISCOVER DISPUTE:

Overview:

Daniel Jean-Pierre has been in an ongoing dispute with Discover Financial Services regarding a $405 charge that was reported during an active Consumer Financial Protection Bureau (CFPB) investigation, despite the account showing a $0 balance as of the April 4, 2025 statement.

Key Events Timeline:

- March 26, 2025: First CFPB complaint filed (Complaint #1).
- March 28, 2025: Second CFPB complaint filed (Complaint #2).
- April 4, 2025: Discover issued a $0 balance statement.
- April 7, 2025: Discover re-attempted a blocked payment.
- April 10, 2025: Bank of America confirmed a stop payment was placed.
- April 11, 2025: CFPB Complaint #3 filed (Case #250411-20025962).
- April 11 & 14, 2025: Discover mailed letters acknowledging the dispute.
- April 16, 2025: Discover reported the $405 balance to credit bureaus.
- April 23, 2025: Discover posted a stalling message in the CFPB portal.
- April 24, 2025: CFPB Complaint #4 filed for misreporting during active dispute.
- April 24, 2025: Illinois Attorney General complaint submitted.

FILED DATE: 4/30/2025 4:09 PM 20252002405

# Discover Dispute Case Summary

Violations Alleged:

- Misreporting of debt under dispute (FCRA § 623)
- Retaliatory re-reporting during active CFPB investigation
- Emotional distress caused by continued misrepresentation and false balance
- Failure to honor stop payment (FDCPA relevance)

Current Status:

- Complaint #4 under review by CFPB (response expected by May 9, 2025)
- Credit bureau disputes still active (resolution expected May 3-10)
- Illinois AG complaint accepted and pending review

Impact:

Daniel has experienced emotional and academic distress due to Discover's actions. Despite following all proper channels and providing extensive documentation, Discover has continued to delay or deny proper resolution.

Supporting Evidence (available upon request):

- April 4 statement showing $0 balance
- Bank of America stop payment confirmation
- Letters from Discover dated April 11 and 14
- Screenshots of credit bureau reporting dated April 16
- All four CFPB complaint filings

Prepared in support of continued escalation or legal action if needed.

FILED DATE: 4/30/2025 4:09 PM 20252002405

Exhibit I

Discover Chat Logs – March 2025

(Screenshots of original customer service chats where Discover denies CLI and begins retaliatory behavior.)

FILED DATE: 4/30/2025 4:09 PM 20252002405



FILED DATE: 4/30/2025 4:09 PM 20252002405

3:46

Close Messaging

@Bloomberg, @CNBC).
* Close my account and publish this exchange as a case study in corporate disability discrimination.
The clock starts now.

03:30 午後

Discover

We are very sorry to hear that you feel the automated system would not be able to accurately determine your eligibility for an increase to your line of credit. There are many factors that must be taken into account when determining the appropriate line of credit for each account. We do not provide the option to have a limit increase request manually processed for any account. As this is not an option that we provide, we would not be able to provide this as an accommodation. Please know we do take your comments seriously and regret our failure to meet your expectations. We have documented your frustrations and feedback about this situation. We will use this as a valuable customer insight to help us evaluate whether a change to our process is prudent in the future. If you wish you can write us at the following address with any additional concerns:
PO Box 30943 Salt Lake City, UT 84130

03:35 午後

Was your last conversation finished? If not, select 'No' and we'll be happy to continue helping you.

No Yes!

FILED DATE: 4/30/2025 4:09 PM 20252002405

3:31

Close Messaging

Let me summarize Discover's position:
1. You admit ADA requires equal access, yet refuse to provide any accommodation for my documented disability (autism), instead forcing me into an automated system that disregards medical needs.
2. You claim this is 'fair treatment' while ignoring how automated systems disproportionately harm disabled customers—a well-documented issue under ADA Title III.
3. You feign concern about 'errors' rather than address the core problem: your policies actively exclude disabled individuals from fair credit access.
This isn't a technical glitch—it's systemic discrimination.
My Final Demand:
By 5:00 PM ET TODAY, provide in writing:
1. The specific ADA exemption Discover is using to justify denying manual reviews for disabilities, or
2. Contact information for your ADA Compliance Officer and Legal Department.
If you fail to comply, I will:
* File complaints with the DOJ Civil Rights Division (ADA violation) and OCC (discriminatory banking practices).
* Forward this transcript to investors and financial news outlets (e.g., @Bloomberg, @CNBC).
* Close my account and publish this exchange as a case study in corporate

Write a message Send

FILED DATE: 4/30/2025 4:09 PM 20252002405

3:31 65

Close Messaging

This concludes our conversation.

03:23 午後

New Messages

Discover

DISCOVER

Please keep in mind, ADA accommodations help us ensure that all customers have equal access to their accounts. We do not provide the option to have a limit increase request manually processed for any account. As this is not an option that we provide, we would not be able to provide this as an accommodation. We want to assure you that we are dedicated to the fair and equal treatment of all customers and we would not deny your credit limit increase due to any disability. I do see that you mentioned the limit increase request system is inaccessible to you. Are you getting an error when trying to apply for a limit increase online?

03:26 午後

Let me summarize Discover's position:
1. You admit ADA requires equal access, yet refuse to provide any accommodation for my documented disability (autism), instead forcing me into an automated system that disregards medical needs.
2. You claim this is 'fair treatment' while ignoring how automated systems disproportionately harm disabled customers—a well-documented issue

Write a message Send

FILED DATE: 4/30/2025 4:09 PM 20252002405



FILED DATE: 4/30/2025 4:09 PM 20252002405

3:23

Close Messaging

Discover

DISCOVER

Thank you again for your patience. Please know that Discover does have ADA accommodations to help ensure that all customers have equal access to their accounts. There are many factors that go into determining the appropriate line of credit for each account. We would not be able to manually review an application for an increase to your line of credit. We would need to ask that you apply for a limit increase to see if we may be able to increase your line of credit. We truly regret our failure to meet your expectations in this situation. Please know that we take your comments seriously. Your frustrations regarding this experience have been documented. We appreciate the time you have taken to contact us as it is feedback such as yours that allows us the opportunity to improve.

03:20 午後

Let's be crystal clear:

1. You admitted ADA accommodations exist—yet refuse to apply them, proving willful discrimination.
2. You demand I use an inaccessible system (automated review) knowing it disproportionately harms disabled customers.
3. You wasted an hour of my life while pretending to 'document' my concerns—a tactic used to shield Discover from liability.

Write a message Send

FILED DATE: 4/30/2025 4:09 PM 20252002405

2:57

Close Messaging

manually. We are also not able to extend the 0% introductory offer. I am sorry for any inconvenience.
02:54 午後

Christine, I'm disappointed Discover cannot accommodate this disability-related request manually, especially when:
* Automated systems don't account for medical needs (like my autism-related financial barriers).
* Competitors (Bank of America, Capital One) provide higher limits without requiring phone calls, which are inaccessible to me due to my disability.*
I'm formally requesting:
1. A written denial of this ADA accommodation request, including:
    * The specific policy preventing manual review.
    * Contact info for Discover's ADA compliance officer.
2. Immediate escalation to your executive complaints team.
I'll wait 24 hours for this in writing before filing complaints with:
* CFPB (Consumer Financial Protection Bureau)
* ADA.gov (Disability Rights Section)
* My state Attorney General's Office
I've been a loyal customer, but this forces me to transfer my balance to a more accessible lender.
02:56 午後

Write a message Send

FILED DATE: 4/30/2025 4:09 PM 20252002405

2:56 70

Close Messaging

DISCOVER

Thank you for your patience! I can certainly understand your concern with your credit limit. We are not able to manually increase your limit, all credit limit increase requests are done thru a request either online or by phone, so we wouldn't be able to review those manually. We are also not able to extend the 0% introductory offer. I am sorry for any inconvenience.

02:54 午後

Christine, I'm disappointed Discover cannot accommodate this disability-related request manually, especially when:

* Automated systems don't account for medical needs (like my autism-related financial barriers).
* Competitors (Bank of America, Capital One) provide higher limits without requiring phone calls, which are inaccessible to me due to my disability.*

I'm formally requesting:

1. A written denial of this ADA accommodation request, including:
    * The specific policy preventing manual review.
    * Contact info for Discover's ADA compliance officer.
2. Immediate escalation to your executive complaints team.

I'll wait 24 hours for this in writing before filing complaints with:

* CFPB (Consumer Financial Protection

Write a message Send

FILED DATE: 4/30/2025 4:09 PM 20252002405

2:53

Close Messaging

02:43 午後

I haven't applied through the automated system because, given my disability accommodation needs, this requires human review. As I mentioned, my $500 limit creates accessibility barriers for managing medical expenses - something an algorithm might not properly consider.
Since Discover promotes financial inclusivity, I'm asking for either:
1. A manual review of my limit increase to $1,000, OR
2. Extension of my 0% APR period by 6 months
Can you escalate this to a supervisor who can evaluate this as a disability accommodation request?

02:46 午後

New Messages

Discover

Hello DANIEL, my name is Christine I am a supervisor here in our Digital Servicing Team. We want to ensure your feedback is heard. For this reason your message has been forwarded to my attention. I'll be happy to further assist you today. Please allow me a few minutes to review your prior conversations and your account. I will respond back to you again shortly.

02:49 午後

Write a message Send

FILED DATE: 4/30/2025 4:09 PM 20252002405

2:53

Close Messaging

I'm requesting either:
1. A credit limit increase to $1,000, or
2. An extension of my 0% APR period by 6 months.
Other lenders offer higher limits, but I'd prefer to stay with Discover if you can accommodate this. Can you help?

02:41 午後

Discover

I am happy to see if I can help in any way! To better assist, have you applied for a credit line increase yet?

02:43 午後

I haven't applied through the automated system because, given my disability accommodation needs, this requires human review. As I mentioned, my $500 limit creates accessibility barriers for managing medical expenses - something an algorithm might not properly consider.
Since Discover promotes financial inclusivity, I'm asking for either:
1. A manual review of my limit increase to $1,000, OR
2. Extension of my 0% APR period by 6 months
Can you escalate this to a supervisor who can evaluate this as a disability accommodation request?

02:46 午後

New Messages

Write a message Send

FILED DATE: 4/30/2025 4:09 PM 20252002405

2:53

Close Messaging

Discover

Welcome to messaging. How can we help you today?

Hi, I need help with my Discover card (ending in 2089). I've been a customer for 10 months with perfect payments, but my $500 limit is causing financial strain due to my disability (autism). I rely on predictable credit access for medical expenses, and this low limit forces high utilization, hurting my credit.

02:39 午後

Discover

One of our 100% US based customer service agents will be with you as soon as they can. Feel free to return anytime, your history is saved here and we'll notify you as soon as we reply.

02:39 午後

Discover

Hello Daniel, my name is Megan and I am located in Arizona. Thank you for taking the time to chat with us, I hope your day is going well! I definitely understand wanting a credit line increase to pay for your medical expenses! To better assist, have you applied for a credit line increase yet?

02:41 午後

Write a message Send

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.
Forms are free at ilcourts.info/forms.

FILED DATE: 4/30/2025 4:09 PM 20252002405

| STATE OF ILLINOIS, CIRCUIT COURT<br>COOK COUNTY | SMALL CLAIMS COMPLAINT | *For Court Use Only*<br>FILED<br>4/30/2025 4:09 PM<br>Mariyana T. Spyropoulos<br>CIRCUIT CLERK<br>COOK COUNTY, IL |
|---|---|---|
| **Instructions ▼**<br>Directly above, enter the name of the county where you are filing the case. | Daniel Jean-Pierre<br>**Plaintiff** *(First, middle, last name)* | |
| Enter your name as Plaintiff. | v. | |
| Enter the names of all people or businesses you are suing as Defendants. | **Defendants** *(First, middle, last name or business name)*:<br>Discover Bank | 20252002405<br>**Case Number** |
| The Circuit Clerk will add a Case Number. | | |

**Jury Trial Request by Filing Separate Form.** If you want your case decided by a jury instead of a judge, you have to file a *Jury Request* form. Jury trials can sometimes be more complicated and an additional fee may be required.

*In **1**, enter your name.*

**1.** I, Daniel Jean-Pierre (*First, Middle, Last*), am the Plaintiff.

*In **2**, enter the name and address of each Defendant. If you are suing more than 2 Defendants, use the Additional Defendants (Small Claims Complaint) form and attach it.*

**2.** Defendant's name and address is: Discover Bank (*First, Middle, Last*)

2500 Lake Cook Road, Riverwoods, IL 60015
*Street, Unit # City State ZIP*

Defendant #2's name and address is: ______________ *First, Middle, Last*

______________
*Street, Unit # City State ZIP*

☐ I have listed additional Defendants on the attached *Additional Defendants (Small Claims Complaint)* form.

*In **3**, enter the amount of money that is owed to you. It must be $10,000 or less. Do not include court costs. Check **3a**, **3b**, or **3c**. If you have a written agreement, attach that contract or other document as proof of your agreement to this Small Claims Complaint, or explain why you cannot.*

**3.** Defendants owe me $ 10,000.00 and *(check one)*:
- ☐ a. I have no written agreement with Defendants.
- ☑ b. I have a written agreement with Defendants and it is attached.
- ☐ c. I have a written agreement with Defendants but I have not attached it because:

*In **4**, check the box if it applies.*

**4.** ☐ I have demanded payment of the amount listed in Section 3 and Defendants have failed to pay in full.

For updated information about your case, including hearings, subsequent filings and other case information, please visit our Online Case Search and search for your case: https://casesearch.cookcountyclerkofcourt.org

FILED DATE: 4/30/2025 4:09 PM 20252002405

In **5**, enter the reasons why Defendant owes this money to you.

If you need more space, complete the *Additional Reasons (Small Claims Complaint)* form and check the box.

**5.** Defendants owe me this amount of money because:

I am suing Discover Bank for up to $10,000 due to fraudulent and inaccurate billing, false credit reporting, and the emotional and reputational damages that resulted. Discover reported a $405 balance to the credit bureaus despite issuing a $0 statement on April 4, 2025. This occurred during an active federal investigation (CFPB Complaint #3) and after I had submitted multiple formal disputes and evidence proving no balance was due. Their conduct has harmed my credit score, caused ongoing emotional distress, disrupted my education, and forced me to spend over 40 hours fighting to correct the error. Despite multiple opportunities, Discover has refused to resolve the matter. I am seeking statutory, compensatory, and emotional damages under the Fair Credit Reporting Act (FCRA), breach of good faith, and harm to my credit reputation.

☐ I have attached an *Additional Reasons (Small Claims Complaint)* form.

Under Illinois Supreme Court Rule 137, your signature means that you have read the document, that to the best of your belief, it is true and correct and that you are not filing it for an improper purpose, such as to cause delay.

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

Enter your complete address, telephone number and email address, if you have one.

/s/ Daniel Jean-Pierre
*Your Signature*

Daniel Jean-Pierre
*Print Your Name*

1878 Fargo Avenue
*Street Address*

Des Plaines, IL 60018
*City, State, ZIP*

(312) 221-2027
*Telephone*

dannyjeanpr@gmail.com
*Email Address*

_______________
*Attorney # (if any)*

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

System Generated Hearing Date: 6/27/2025 10:30 AM
Location: Court Room 0205
Judge: Courtroom, 0205

FILED
4/30/2025 4:09 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL

FILED DATE: 4/30/2025 4:09 PM 20252002405

# ORDER ON APPLICATION FOR WAIVER OF COURT FEES (CIVIL)

IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY** Cook
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE** Daniel Jean-Pierre
*Who Started the Case* — *First, Middle, and Last Name or Business Name*

**DEFENDANT/RESPONDENT** Discover Bank
*Who the Case Was Filed Against* — *First, Middle, and Last Name or Business Name*

20252002405
**Case Number**
*(Clerk fills in)*

**Your Name** (applicant): Daniel Jean-Pierre
*First* *Middle* *Last Name*

**STOP. DO NOT check any boxes or fill in any more blanks on this form.** The judge will complete the rest of the form.

The Court has reviewed the *Application for Waiver of Court Fees* and orders *(check 1, 2, 3, or 4)*:

☐ **1. GRANTED – FULL WAIVER**

The *Application for Waiver of Court Fees* is **granted**, effective on the date the *Application* was first filed. The applicant qualifies for a **full (100%) waiver** and may participate in this case without payment of fees, costs, or charges, because *(check A, B, or C)*:

☐ **A.** The applicant receives **means-based public benefits** under one or more of the following programs:

- SSI (Supplemental Security Income, not Social Security)
- AABD (Aid to the Aged, Blind and Disabled)
- TANF (Temporary Assistance to Needy Families)
- SNAP (Food Stamps)
- General Assistance (GA), Transitional Assistance, or State Children and Family Assistance

**– OR –**

☐ **B.** The applicant's personal income is **125% or less of the current poverty level** as established by the U.S. Dept. of Health & Human Services and the applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges.

**– OR –**

☐ **C.** Payments of fees, costs, and charges would cause **substantial hardship** for the applicant or their family.

FILED DATE: 4/30/2025 4:09 PM 20252002405

## ☐ 2. GRANTED – PARTIAL WAIVER

The *Application for Waiver of Court Fees* is granted, effective on the date the *Application* was first filed. The court finds *(check one)*:

☐ **75%** of all fees, costs, and charges are waived. The applicant **must pay 25%** of all fees, costs, and charges because the applicant's available income is more than 125% but not greater than 150% of the current poverty level.

☐ **50%** of all fees, costs, and charges are waived. The applicant **must pay 50%** of all fees, costs, and charges because the applicant's available income is more than 150% but not greater than 175% (50% waiver);

☐ **25%** of all fees, costs, and charges are waived. The applicant **must pay 75%** of all fees, costs, and charges because the applicant's available income is more than 175% but not greater than 200% (25% waiver);

**Income findings are based on the current poverty level** as established by the U.S. Dept. of Health & Human Services, and the applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges.

**Payment** *(check one)*:

☐ The applicant must pay the fees, costs, and charges currently due by: ___________
*Month, Day, Year*

☐ Upon good cause shown, the applicant may make payments as follows *(describe deferral, installment plan, or other reasonable terms)*:

___________

___________

## ☐ 3. CONTINUED – APPLICATION IS INCOMPLETE OR FACTUAL ISSUE

*If the court determines that relevant sections of the Application are incomplete or there is a factual issue regarding the applicant's entitlement to a waiver, the applicant must be notified of the deficiencies and given the opportunity to amend the Application and/or be given a remote hearing in accordance with Supreme Court Rule 45, unless the applicant requests an in-person hearing or will already be present in the courthouse on the date of the hearing.*

Relevant sections of the *Application* are incomplete or there is a factual issue about the applicant's eligibility for a fee waiver on the face of the *Application.*

The specific eligibility questions are:

___________

___________

___________

___________

The applicant must *(check all that apply)*:

☐ **A. File an updated (amended) *Application*** that includes the missing information listed above.

20252002405

Case Number ____________

FILED DATE: 4/30/2025 4:09 PM 20252002405

☐ **B. Attend a court date.**

*If a hearing is set, it must be set within* ***30 days*** *of the date the Application was filed (735ILCS 5/5-105; Illinois Supreme Court Rule 298).*

The *Application for Waiver of Court Fees* is **scheduled for court** on *(check all that apply):*

Date: ____________ (*Month, Day, Year*) Time: ____________ (*Include AM or PM*)

☐ **Remotely** (video or telephone option)

By video conference at: ____________
*Video conference website*

____________
*Video conference log-in information, meeting ID, password, etc.*

By telephone at: ____________
*Call-in number for telephone remote appearance*

☐ **In person** at: ____________
*Courtroom Address* *Courtroom Number*

*If remote and in-person options are both checked, you may choose either option.*

☐ **C. Provide documents.** These documents will **not** be included in the public court file.

☐ Provide documents at the hearing.

☐ Submit documents before the hearing. Instructions about when and how to submit:

____________

Required documents are:

s ____________

s ____________

## ☐ 4. DENIED - DOES NOT QUALIFY

The *Application for Waiver of Court Fees* is **denied**. The applicant does not qualify for a fee waiver because *(must state specific reason):*

____________

____________

The applicant must pay all the fees, costs, and charges currently due by:

____________
*Month Day, Year*

**If *Application* was granted, this order expires one year from the date of this order.** The applicant may reapply before or after the expiration date. Fees, costs, and charges included in this waiver are: filing, service of process, publication, mediation, guardian ad litem, and all other fees listed in 735 ILCS 5/5-105(a)(2)(1).

**ENTERED:**

Judge: ____________ Date: ____________
*Month, Day, Year*

System Generated Hearing Date: 6/27/2025 10:30 AM
Location: Court Room 0205
Judge: Courtroom, 0205

FILED DATE: 4/30/2025 4:09 PM 20252002405

FILED
4/30/2025 4:09 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL

# ORDER ON APPLICATION FOR WAIVER OF COURT FEES (CIVIL)

IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY** Cook
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE** Daniel Jean-Pierre
*Who Started the Case* — *First, Middle, and Last Name or Business Name*

**DEFENDANT/RESPONDENT** Discover Bank
*Who the Case Was Filed Against* — *First, Middle, and Last Name or Business Name*

20252002405
**Case Number**
*(Clerk fills in)*

**Your Name** (applicant): Daniel Jean-Pierre
*First* *Middle* *Last Name*

**STOP. DO NOT check any boxes or fill in any more blanks on this form.** The judge will complete the rest of the form.

The Court has reviewed the *Application for Waiver of Court Fees* and orders *(check 1, 2, 3, or 4)*:

☐ **1. GRANTED – FULL WAIVER**

The *Application for Waiver of Court Fees* is **granted**, effective on the date the *Application* was first filed. The applicant qualifies for a **full (100%) waiver** and may participate in this case without payment of fees, costs, or charges, because *(check A, B, or C)*:

☐ **A.** The applicant receives **means-based public benefits** under one or more of the following programs:

- SSI (Supplemental Security Income, not Social Security)
- AABD (Aid to the Aged, Blind and Disabled)
- TANF (Temporary Assistance to Needy Families)
- SNAP (Food Stamps)
- General Assistance (GA), Transitional Assistance, or State Children and Family Assistance

**- OR -**

☐ **B.** The applicant's personal income is **125% or less of the current poverty level** as established by the U.S. Dept. of Health & Human Services and the applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges.

**- OR -**

☐ **C.** Payments of fees, costs, and charges would cause **substantial hardship** for the applicant or their family.

FILED DATE: 4/30/2025 4:09 PM 20252002405

20252002405

Case Number

## ☐ 2. GRANTED – PARTIAL WAIVER

The *Application for Waiver of Court Fees* is granted, effective on the date the *Application* was first filed. The court finds *(check one)*:

☐ **75%** of all fees, costs, and charges are waived. The applicant **must pay 25%** of all fees, costs, and charges because the applicant's available income is more than 125% but not greater than 150% of the current poverty level.

☐ **50%** of all fees, costs, and charges are waived. The applicant **must pay 50%** of all fees, costs, and charges because the applicant's available income is more than 150% but not greater than 175% (50% waiver);

☐ **25%** of all fees, costs, and charges are waived. The applicant **must pay 75%** of all fees, costs, and charges because the applicant's available income is more than 175% but not greater than 200% (25% waiver);

**Income findings are based on the current poverty level** as established by the U.S. Dept. of Health & Human Services, and the applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges.

**Payment** *(check one)*:

☐ The applicant must pay the fees, costs, and charges currently due by: ____________
Month, Day, Year

☐ Upon good cause shown, the applicant may make payments as follows *(describe deferral, installment plan, or other reasonable terms)*:

## ☒ 3. CONTINUED – APPLICATION IS INCOMPLETE OR FACTUAL ISSUE

*If the court determines that relevant sections of the Application are incomplete or there is a factual issue regarding the applicant's entitlement to a waiver, the applicant must be notified of the deficiencies and given the opportunity to amend the Application and/or be given a remote hearing in accordance with Supreme Court Rule 45, unless the applicant requests an in-person hearing or will already be present in the courthouse on the date of the hearing.*

Relevant sections of the *Application* are incomplete or there is a factual issue about the applicant's eligibility for a fee waiver on the face of the *Application*.

The specific eligibility questions are: Must provide verified proof of income, assets, liabilities

The applicant must *(check all that apply)*:

☐ **A. File an updated (amended) *Application*** that includes the missing information listed above.

FILED DATE: 4/30/2025 4:09 PM 20252002405

20252002405
Case Number

☒ **B. Attend a court date.**
*If a hearing is set, it must be set within **30 days** of the date the Application was filed (735ILCS 5/5-105; Illinois Supreme Court Rule 298).*

The *Application for Waiver of Court Fees* is **scheduled for court** on *(check all that apply)*:

Date: 6/27/25 (Month, Day, Year) Time: 10:30 AM (Include AM or PM)

☐ **Remotely** (video or telephone option)

By video conference at: ____________ *Video conference website*

____________ *Video conference log-in information, meeting ID, password, etc.*

By telephone at: ____________ *Call-in number for telephone remote appearance*

☒ **In person at:** 5600 Old Orchard Rd Skokie Court (Courtroom Address) ~~208~~ 205 (Courtroom Number)

*If remote and in-person options are both checked, you may choose either option.*

☐ **C. Provide documents.** These documents will **not** be included in the public court file.

☐ Provide documents at the hearing.

☐ Submit documents before the hearing. Instructions about when and how to submit:

____________

Required documents are:
s ____________
s ____________

☐ **4. DENIED - DOES NOT QUALIFY**

The *Application for Waiver of Court Fees* is **denied**. The applicant does not qualify for a fee waiver because *(must state specific reason)*:

____________
____________

The applicant must pay all the fees, costs, and charges currently due by:

____________ *Month Day, Year*

Associate Judge Jeffery G. Chrones
APR 30 2025
Circuit Court - 2213

**If *Application* was granted, this order expires one year from the date of this order.** The applicant may reapply before or after the expiration date. Fees, costs, and charges included in this waiver are: filing, service of process, publication, mediation, guardian ad litem, and all other fees listed in 735 ILCS 5/5-105(a)(2)(1).

**ENTERED:**

Judge: [signature] Date: ____________ *Month, Day, Year*

Date: 5/6/2025

CIRCUIT COURT OF COOK COUNTY

Jean-Pierre Daniel
1878 Fargo Ave
Des Plaines
IL - 60018

dannyjeanpr@gmail.com

CASE: 20252002405 Jean-Pierre Daniel

YOU HAVE A SCHEDULED ZOOM HEARING IN THE SECOND MUNICIPAL DISTRICT COURT OF COOK COUNTY EITHER BY PHONE OR VIDEO ON Friday June 27 2025 AT 10:30 AM

TO ACCESS ZOOM BY VIDEO, FIRST YOU HAVE TO DOWNLOAD ZOOM AT HTTPS://ZOOM.US.DOWNLOAD AND SELECT 'ZOOM CLIENT FOR MEETINGS' ONCE DOWNLOADED, SELECT 'JOIN A ZOOM MEETING' THEN ENTER YOUR ZOOM ACCESS CODE AND PASSWORD LISTED BELOW.

ZOOM ACCESS CODE: : 938 4189 3012 PASSWORD:104531

TO ACCESS ZOOM BY PHONE, CALL 312-626-6799 THEN ENTER THE ACCESS CODE AND PASSWORD LISTED ABOVE.

FOR QUESTIONS, CALL 847-470-7250
YOU CANNOT ACCESS ZOOM UNTIL YOUR SCHEDULED HEARING DATE.

Filer Selected Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Courtroom, 0205
System Generated Hearing Date: 6/27/2025 10:30 AM
Location: Court Room 0205
Judge: Courtroom, 0205

For updated information about your case, including hearings, subsequent filings and other case information, please visit our Online Case Search and search for your case: https://casesearch.cookcountyclerkofcourt.org

FILED
6/10/2025 4:46 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
20252002405

FILED DATE: 6/10/2025 4:46 PM 20252002405

# SUMMONS

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**

*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** ______________________
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Daniel Jean-Pierre
*Who started the case.* — *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** Discover Bank
*Who the case was filed against.*
______________________
______________________
*First, Middle, and Last Name or Business Name*

20252002405
**Case Number**

## The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/summons-instructions.

Check 1 if this is a 30-day summons, or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.
- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

## ☐ 1. 30-DAY SUMMONS

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: ______________________
*Courthouse Street Address*

**- or -**

## ☑ 2. DATE CERTAIN SUMMONS

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/CircuitClerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

06/27/2025 at 10:30 ☑ a.m. ☐ p.m. in 205.
*Month, Day, Year* — *Time* — *Courtroom Number*

FILED DATE: 6/10/2025 4:46 PM 20252002405

*Case Number:* 20252002405

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☑ **In person** at: Second Municipal District Courthouse, 5600 Old Orchard Road, Skokie, IL 6
*Courtroom Address* *Courtroom Number*

☐ **Remotely** (video or telephone)

**By video conference** at: ______________________
*Video Conference Website*

Log-in information: ______________________
*Video Conference Log-in Information, Meeting ID, Password, etc.*

**By telephone** at: ______________________
*Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

Phone: 847) 470-7200 or Website: ______________________
*Circuit Clerk's Phone Number* *Website URL*

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ 10.00.
*(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.

☐ Yes ☑ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

☑ I am having 1 Defendant/Respondent served and their information is on this form below.

☐ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: ______________.
*Number*

b. First Defendant/Respondent's **primary address/information** for service:

Name: Discover Bank
*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

C T CORPORATION SYSTEM
*First, Middle, and Last Name*

Street Address: 208 South LaSalle Street, SUITE 814
*Street, Apt #*

City, State, ZIP: Chicago, IL 60604
*City* *State* *Zip*

Telephone: ______________________ Email: ______________________

FILED DATE: 6/10/2025 4:46 PM 20252002405

*Case Number:* 20252002405

c. **Second address** for this Defendant/Respondent:

☑ I do **not** have another address where the Defendant/Respondent might be found.

☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: ______________________________
*Street, Apt #*

City, State, ZIP: ______________________________
*City* *State* *Zip*

Telephone: ____________________ Email: ____________________

d. Person who will serve your documents on this Defendant/Respondent:

☑ Sheriff in Illinois ☐ Special process server ☐ Licensed private detective

☐ Sheriff outside Illinois: ______________________________
*County & State*

## PLAINTIFF/PETITIONER INFORMATION:

*Enter your information below.*

Name Daniel Jean-Pierre
*First, Middle and Last Name*

Registered Agent's name, if any Daniel Jean-Pierre
*First, Middle and Last Name*

Street Address 1878 Fargo Ave
*Street, Apt #*

City, State, ZIP: Des Plaines, IL, 60018
*City* *State* *Zip*

Telephone: 3122212027 Email: dannyjeanpr@gmail.com

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

**STOP** The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: ______________________________

Clerk of the Court: 6/10/2025 4:46 PM Mariyana T. Spyropoulos

*Seal of Court*

CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**To be filled in by an officer or process server:**

Date of Service: ____________________

*Fill in the date above and give this copy of the Summons to the person served.*

**Note to officer or process server:**

- If 1 is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- If 2 is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
  - If 2 is checked **and** 3b is checked yes, the *Summons* must be served at least 3 days before the court date.
- Fill in the date above and give this copy of the *Summons* to the person served.
- You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

*Case Number:* 20252002405

FILED DATE: 6/10/2025 4:46 PM 20252002405

# WHAT'S NEXT

## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.

Learn more about each step in the process and how to file in the instructions: ilcourts.info/summons-instructions.

## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**

- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons)**:

- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of on this *Summons* is checked (date certain summons):**

- You **must** attend court on the date listed in Section 2 of this *Summons.*
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**

- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

FILED DATE: 6/10/2025 4:46 PM 20252002405

*Case Number:* 20252002405

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**

*Check if this is not the 1st* Summons *issued for this Defendant/Respondent.*

**COUNTY:** ______________________________

*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Daniel Jean-Pierre

*Who started the case.* *First, Middle, and Last Name or Business Name*

20252002405

**Case Number**

**DEFENDANTS/RESPONDENTS:** Discover Bank

*Who the case was filed against.*

______________________________

______________________________

*First, Middle, and Last Name or Business Name*

**STOP** Do not complete the rest of the form. **The sheriff or special process server will fill in the form.** Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is ______________________________ and I state:

*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: ______________________________

*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

- or -

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:

☐ Male ☐ Female ☐ Non-Binary Approx. Age: __________ Race: ______________

On this date: ______________ at this time: ______________ ☐ a.m. ☐ p.m.

Address, Unit#: ______________________________

City, State, ZIP: ______________________________

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:

Name of person served: ______________________________

*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary Approx. Age: __________ Race: ______________

On this date: ______________ at this time: ______________ ☐ a.m. ☐ p.m.

Address, Unit#: ______________________________

City, State, ZIP: ______________________________

and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above address on this date: ______________.

FILED DATE: 6/10/2025 4:46 PM 20252002405

Case Number: 20252002405 __________

☐ On the **Business's agent:** ______________________________________________
*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary Approx. Age: ___________ Race: _________________

On this date: ___________________ at this time: ___________________ ☐ a.m. ☐ p.m.

Address, Unit#: ______________________________________________________________________

City, State, ZIP: ______________________________________________________________________

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: __________________________ at this time: ________________ ☐ a.m. ☐ p.m.

Address, Unit#: ______________________________________________________________________

City, State, ZIP: ______________________________________________________________________

Other information about service attempt:

______________________________________________________________________________________

______________________________________________________________________________________

______________________________________________________________________________________

**Second Attempt:** On this date: _______________________ at this time: ________________ ☐ a.m. ☐ p.m.

Address, Unit#: ______________________________________________________________________

City, State, ZIP: ______________________________________________________________________

Other information about service attempt:

______________________________________________________________________________________

______________________________________________________________________________________

______________________________________________________________________________________

**Third Attempt:** On this date: __________________________ at this time: ________________ ☐ a.m. ☐ p.m.

Address, Unit#: ______________________________________________________________________

City, State, ZIP: ______________________________________________________________________

Other information about service attempt:

______________________________________________________________________________________

______________________________________________________________________________________

______________________________________________________________________________________

## SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/___________________________________ Print Your Name _____________________________________

You are: ☐ Sheriff in Illinois ☐ Special process server

☐ Sheriff outside Illinois: _________________ ☐ Licensed private detective, license number: _______________

*County and State* *License number*

**FEES:**

Service and Return: $_____________ Miles: $______________ Total: $_________________

System Generated Hearing Date: 6/27/2025 10:30 AM
Location: Court Room 0205
Judge: Courtroom, 0205

FILED DATE: 4/30/2025 4:09 PM 20252002405

FILED
4/30/2025 4:09 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL

# ORDER ON APPLICATION FOR WAIVER OF COURT FEES (CIVIL)

IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY** Cook
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE** Daniel Jean-Pierre
*Who Started the Case* — *First, Middle, and Last Name or Business Name*

**DEFENDANT/RESPONDENT** Discover Bank
*Who the Case Was Filed Against* — *First, Middle, and Last Name or Business Name*

20252002405
**Case Number**
*(Clerk fills in)*

**Your Name** (applicant): Daniel Jean-Pierre
*First* *Middle* *Last Name*

**STOP. DO NOT check any boxes or fill in any more blanks on this form.** The judge will complete the rest of the form.

The Court has reviewed the *Application for Waiver of Court Fees* and orders *(check 1, 2, 3, or 4)*:

☒ 1. **GRANTED – FULL WAIVER**

The *Application for Waiver of Court Fees* is **granted**, effective on the date the *Application* was first filed. The applicant qualifies for a **full (100%) waiver** and may participate in this case without payment of fees, costs, or charges, because *(check A, B, or C)*:

☐ **A.** The applicant receives **means-based public benefits** under one or more of the following programs:

- SSI (Supplemental Security Income, not Social Security)
- AABD (Aid to the Aged, Blind and Disabled)
- TANF (Temporary Assistance to Needy Families)
- SNAP (Food Stamps)
- General Assistance (GA), Transitional Assistance, or State Children and Family Assistance

**– OR –**

☐ **B.** The applicant's personal income is **125% or less of the current poverty level** as established by the U.S. Dept. of Health & Human Services and the applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges.

**– OR –**

☒ **C.** Payments of fees, costs, and charges would cause **substantial hardship** for the applicant or their family.

Case Number ________________

## ☐ 2. GRANTED – PARTIAL WAIVER

The *Application for Waiver of Court Fees* is granted, effective on the date the *Application* was first filed. The court finds *(check one)*:

☐ **75%** of all fees, costs, and charges are waived. The applicant **must pay 25%** of all fees, costs, and charges because the applicant's available income is more than 125% but not greater than 150% of the current poverty level.

☐ **50%** of all fees, costs, and charges are waived. The applicant **must pay 50%** of all fees, costs, and charges because the applicant's available income is more than 150% but not greater than 175% (50% waiver);

☐ **25%** of all fees, costs, and charges are waived. The applicant **must pay 75%** of all fees, costs, and charges because the applicant's available income is more than 175% but not greater than 200% (25% waiver);

**Income findings are based on the current poverty level** as established by the U.S. Dept. of Health & Human Services, and the applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges.

**Payment** *(check one)*:

☐ The applicant must pay the fees, costs, and charges currently due by: ________________
*Month, Day, Year*

☐ Upon good cause shown, the applicant may make payments as follows *(describe deferral, installment plan, or other reasonable terms)*:

________________________________________

________________________________________

## ☐ 3. CONTINUED – APPLICATION IS INCOMPLETE OR FACTUAL ISSUE

*If the court determines that relevant sections of the Application are incomplete or there is a factual issue regarding the applicant's entitlement to a waiver, the applicant must be notified of the deficiencies and given the opportunity to amend the Application and/or be given a remote hearing in accordance with Supreme Court Rule 45, unless the applicant requests an in-person hearing or will already be present in the courthouse on the date of the hearing.*

Relevant sections of the *Application* are incomplete or there is a factual issue about the applicant's eligibility for a fee waiver on the face of the *Application.*

The specific eligibility questions are:

________________________________________

________________________________________

________________________________________

________________________________________

The applicant must *(check all that apply)*:

☐ **A. File an updated (amended) *Application*** that includes the missing information listed above.

Case Number ______________

☐ **B. Attend a court date.**

*If a hearing is set, it must be set within **30 days** of the date the Application was filed (735ILCS 5/5-105; Illinois Supreme Court Rule 298).*

The *Application for Waiver of Court Fees* is **scheduled for court** on *(check all that apply)*:

Date: ______________ *Month, Day, Year* Time: ______________ *Include AM or PM*

☐ **Remotely** (video or telephone option)

By video conference at: ______________ *Video conference website*

______________ *Video conference log-in information, meeting ID, password, etc.*

By telephone at: ______________ *Call-in number for telephone remote appearance*

☐ **In person** at: ______________ *Courtroom Address* *Courtroom Number*

*If remote and in-person options are both checked, you may choose either option.*

☐ **C. Provide documents.** These documents will **not** be included in the public court file.

☐ Provide documents at the hearing.

☐ Submit documents before the hearing. Instructions about when and how to submit:

______________

Required documents are:

______________

______________

## ☐ 4. DENIED - DOES NOT QUALIFY

The *Application for Waiver of Court Fees* is **denied**. The applicant does not qualify for a fee waiver because *(must state specific reason)*:

______________

______________

Associate Judge Jeffery G. Chrones

The applicant must pay all the fees, costs, and charges currently due by:

JUN 10 2025

______________ *Month Day, Year*

Circuit Court - 2213

**If *Application* was granted, this order expires one year from the date of this order.** The applicant may reapply before or after the expiration date. Fees, costs, and charges included in this waiver are: filing, service of process, publication, mediation, guardian ad litem, and all other fees listed in 735 ILCS 5/5-105(a)(2)(1).

**ENTERED:**

Judge: ______________ Date: ______________ *Month, Day, Year*

Filer Selected Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Courtroom, 0205
System Generated Hearing Date: 6/27/2025 10:30 AM
Location: Court Room 0205
Judge: Courtroom, 0205

FILED
6/16/2025 12:00 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
20252002405

FILED DATE: 6/16/2025 12:00 AM 20252002405

| Exhibit | Title | Description |
|---|---|---|
| J | Dismissive IL AG and unresponsiveness | Correspondence with the Illinois Attorney General's office illustrating dismissive responses, delays exceeding three weeks, and failure to provide meaningful mediation or consumer protection support—despite ADA disclosures and multiple follow-ups. |
| K | Discover Website Screenshot May 1st | Discover Website on May 1st @10:51 AM EST showing a balance of $405.10 |
| L | Discover Website Screenshot May 5th | Discover Website on May 5th @5:13 PM EST showing a balance of $413.93 |
| M | CFPB Complaint #5 | Filed on June 1st, 2025, this complaint outlines Discover's continued misconduct, including retaliation, harassment, and failure to resolve a paid dispute. Submitted after receiving no satisfactory resolution from prior complaints and state-level channels. |
| N | Discover's June 3rd email | Email from Discover threatening collections and claiming a missed payment, sent despite the ongoing legal dispute and after multiple regulatory bodies had been contacted—illustrating deliberate intimidation and retaliation. |
| O | Discover's Response to CFPB Complaint #5 | Discover's written response, dated June 5, 2025, stating they would no longer acknowledge or respond to the dispute, despite active |

FILED DATE: 6/16/2025 12:00 AM 20252002405

| | | |
|---|---|---|
| | | litigation and clear evidence of consumer harm. This response demonstrates bad faith and corporate stonewalling. |
| P | Discover's June 7th text | Automated collection text message pressuring payment, sent days after Discover acknowledged litigation. This shows continued harassment and emotional distress despite the dispute being escalated to the courts. |
| Q | Discover's June Statement | The most recent billing statement, reflecting continued reporting of disputed amounts and threats of collections. Used to show ongoing financial and emotional harm even after all regulatory and legal avenues had been pursued. |
| R | Updated Timeline Since Initial Court Filing | A summary timeline detailing Discover's misconduct, retaliation, and failure to act in good faith since this lawsuit was filed on April 30, 2025. Demonstrates prolonged emotional distress, administrative burden, and systemic failure. |

FILED DATE: 6/16/2025 12:00 AM 20252002405

Exhibit J

Dismissive IL AG and unresponsiveness
(Correspondence with the Illinois Attorney General's office illustrating dismissive responses, delays exceeding three weeks, and failure to provide meaningful mediation or consumer protection support—despite ADA disclosures and multiple follow-ups.)

Gmail Daniel Jean-Pierre <dannyjeanpr@gmail.com>

FILED DATE: 6/16/2025 12:00 AM 20252002405

## Laserfiche Document: 12-C 1st Letter to Consumer (1)

4 messages

**Reyna-Villazana, Beatriz** <B.ReynaVillazana@ilag.gov> Wed, May 14, 2025 at 10:17 AM
To: "dannyjeanpr@gmail.com" <dannyjeanpr@gmail.com>

------------




**Beatriz Reyna- Villazana**

**Citizens Advocate II**

**Office of the Illinois Attorney General**

**Consumer Fraud Bureau**

b.reynavillazana@ilag.gov

**312-338-8682 (cell)**

**312-814-6076 (office)**

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

FILED DATE: 6/16/2025 12:00 AM 20252002405

**12-C 1st Letter to Consumer (1).doc**
11118K

---

**Daniel Jean-Pierre** <dannyjeanpr@gmail.com> Wed, May 14, 2025 at 10:24 AM
To: "Reyna-Villazana, Beatriz" <B.ReynaVillazana@ilag.gov>

Hi Beatriz, thank you for your message. I received the password-protected file but am unable to open it. Could you please confirm the password or resend it in an accessible format?
Best,
Daniel Jean-Pierre
[Quoted text hidden]

---

**Reyna-Villazana, Beatriz** <B.ReynaVillazana@ilag.gov> Thu, Jun 5, 2025 at 10:17 AM
To: Daniel Jean-Pierre <dannyjeanpr@gmail.com>

Hello,

I apologize for that send me your file # and I will resend it.

[Quoted text hidden]

---

**Daniel Jean-Pierre** <dannyjeanpr@gmail.com> Thu, Jun 5, 2025 at 10:31 AM
To: "Reyna-Villazana, Beatriz" <B.ReynaVillazana@ilag.gov>

Hi Beatriz,

Thanks for getting back to me!

My file number is: **2025-CONSC-00207225**
Please go ahead and resend the 12-C document with access.

I appreciate your help!

Best,
Daniel Jean-Pierre

Gmail

Daniel Jean-Pierre <dannyjeanpr@gmail.com>

FILED DATE: 6/16/2025 12:00 AM 20252002405

# Update Regarding Discover Complaint – Case #2025-CONSC-00207225

1 message

**Daniel Jean-Pierre** <dannyjeanpr@gmail.com> Mon, Jun 2, 2025 at 8:00 AM
To: "Reyna-Villazana, Beatriz" <B.ReynaVillazana@ilag.gov>

Dear Ms. Reyna-Villazana,

I hope you are doing well. I wanted to provide an important update regarding my ongoing complaint against Discover Financial Services (Illinois File No. 2025-CONSC-00207225).

Due to the unresolved nature of the dispute and the continued negative credit reporting, I have initiated a **small claims lawsuit** against Discover. The case details are as follows:

- **Plaintiff:** Daniel Jean-Pierre
- **Defendant:** Discover Financial Services LLC
- **Case Number:** 20252002405
- **Court Date:** June 27, 2025
- **Court:** Cook County Small Claims Court – Skokie Branch
- **Relief Sought:** $10,000 in statutory damages and credit reporting relief

This action was taken after multiple unsuccessful attempts to resolve the matter through CFPB complaints, Discover's executive office, and direct communication with the credit bureaus. I wanted to ensure your office was informed of this development, in case it is relevant to your ongoing review or correspondence with Discover.

Please let me know if you require any further documentation or clarification. Thank you again for your time and attention to this matter.

Sincerely,
Daniel Jean-Pierre
(312)221-2027

FILED DATE: 6/16/2025 12:00 AM 20252002405

Gmail

Daniel Jean-Pierre <dannyjeanpr@gmail.com>

# Request for Oversight: ADA-Related Complaint and Staff Non-Responsiveness

1 message

**Daniel Jean-Pierre** <dannyjeanpr@gmail.com> Mon, Jun 9, 2025 at 8:00 AM
To: policy@ilag.gov, adaaccommodations@ilga.gov, publicaccess@atg.state.il.us
Cc: "Reyna-Villazana, Beatriz" <B.ReynaVillazana@ilag.gov>, marty@staterepmoylan55.com, disability.rights@ilag.gov

Dear Attorney General's Office,

I am writing to request urgent ADA-related oversight and accountability within your Consumer Fraud Bureau and Disability Rights Bureau.

I have submitted multiple complaints to your office—including a time-sensitive, disability-related matter involving Discover Financial Services—and have not received any acknowledgment or follow-up after more than three weeks. My assigned advocate, Beatriz Reyna-Villazana, has not responded to my May 14th email nor provided necessary access to the case documentation I requested.

As a disabled student with autism and executive functioning barriers, I am deeply concerned by this lack of accessibility and responsiveness. I am also currently managing active litigation in small claims court against Discover, and this continued silence is undermining my ability to access justice.

I respectfully ask for oversight and redirection to your ADA Coordinator or another appropriate staff member who can provide a timely, reasonable response.

Sincerely,
Daniel Jean-Pierre
dannyjeanpr@gmail.com
Pending case: Jean-Pierre v. Discover (Cook County Civil Division)

FILED DATE: 6/16/2025 12:00 AM 20252002405

Gmail

Daniel Jean-Pierre <dannyjeanpr@gmail.com>

# File No: 2025-CONSC-00207225

3 messages

**Reyna-Villazana, Beatriz** <B.ReynaVillazana@ilag.gov> Mon, Jun 9, 2025 at 9:31 AM
To: "dannyjeanpr@gmail.com" <dannyjeanpr@gmail.com>

Daniel Jean-Pierre

1878 Fargo Ave

Des Plaines, IL 60018

Re: Discover Financial Services ********

File No: 2025-CONSC-00207225

Dear Mr. Jean-Pierre:

This letter will advise you that to date we have received no response to your complaint. In keeping with our procedures, we have sent a reminder letter to the company named in your complaint, to which they will have an additional ten days to respond.

You have the option at any time to contact a private attorney or file an action in small claims court. If you decide to do this, please notify us at once so we can close your file.

Sincerely,

ATTORNEY GENERAL

State of Illinois

Beatriz Reyna-Villazana

Beatriz Reyna-Villazana

Citizen’s Advocate

Consumer Protection Division

FILED DATE: 6/16/2025 12:00 AM 20252002405

B.ReynaVillazana@ilag.gov

312-814-6076

**Beatriz Reyna- Villazana**

**Citizens Advocate II**

**Office of the Illinois Attorney General**

**Consumer Fraud Bureau**

**b.reynavillazana@ilag.gov**

**312-338-8682 (cell)**

**312-814-6076 (office)**

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

---

**Daniel Jean-Pierre** <dannyjeanpr@gmail.com> Mon, Jun 9, 2025 at 9:56 AM
To: publicaccess@atg.state.il.us, policy@ilag.gov, marty@staterepmoylan55.com
Cc: "Reyna-Villazana, Beatriz" <B.ReynaVillazana@ilag.gov>

Dear Ms. Reyna-Villazana,

FILED DATE: 6/16/2025 12:00 AM 20252002405

Thank you for your message.

I would like to clarify that Discover Financial Services *has* responded to this matter—as referenced in my fifth CFPB complaint (Case #250601-21221502), which included their reply dated June 5. In that response, Discover reiterated the same false charge, despite the fact that I paid in full, have disputed the issue for months, and have now filed an active small claims case against them in Cook County.

Additionally, I've raised ADA access concerns due to the distress and barriers I've experienced navigating this alone. I am now working with the Civil Division and ADA coordination offices to ensure those concerns are addressed and my right to access justice is protected.

Please keep this file open. The matter is ongoing, and Discover continues to send me collection threats—most recently via automated text messages attempting to strong-arm me into "repaying" a charge that is under legal dispute.

For your convenience, I have attached Discover's June 5 response and the automated text screenshot I referenced in my ADA outreach.

At this point, I ask that your office treat this complaint with the urgency and diligence it warrants. If additional documentation is needed, I have extensive records and am happy to provide them.

Sincerely,
Daniel Jean-Pierre

---

**2 attachments**



**Screenshot 2025-06-09 at 9.50.24 AM.png**
668K



**IMG_0698.png**
230K

---

**Daniel Jean-Pierre** <dannyjeanpr@gmail.com> Mon, Jun 9, 2025 at 10:21 AM
To: publicaccess@atg.state.il.us, policy@ilag.gov, marty@staterepmoylan55.com
Cc: "Reyna-Villazana, Beatriz" <B.ReynaVillazana@ilag.gov>

Dear Ms. Reyna-Villazana,

Thank you for taking the time to speak with me earlier today regarding my ongoing complaint against Discover Financial Services.

FILED DATE: 6/16/2025 12:00 AM 20252002405

I just wanted to follow up to confirm that per our conversation, you indicated Discover has not yet directly responded to your office, despite the fact that they have responded through the CFPB platform—most recently on June 5, 2025. I've previously shared that response and additional documentation, including evidence of continued collection threats despite active litigation and ongoing dispute.

I also want to note that your tone during our call felt dismissive and lacked the level of concern I would expect from a Consumer Advocate. After nearly a month of no response, it's disappointing that the only time I received prompt action or acknowledgement from your office came directly after I escalated this matter to the Disability Rights Bureau and ADA oversight contacts.

This matter remains active and unresolved, and I continue to experience emotional distress and barriers navigating it as a disabled consumer. I respectfully ask that your office take this complaint seriously and follow through with the responsibilities of advocacy and accessibility.

Sincerely,
Daniel Jean-Pierre

[Quoted text hidden]

Gmail Daniel Jean-Pierre <dannyjeanpr@gmail.com>

FILED DATE: 6/16/2025 12:00 AM 20252002405

# File No: 2025-CONSC-00207225

1 message

**Reyna-Villazana, Beatriz** <B.ReynaVillazana@ilag.gov> Wed, Jun 11, 2025 at 10:01 AM
To: "dannyjeanpr@gmail.com" <dannyjeanpr@gmail.com>

Daniel Jean-Pierre

1878 Fargo Ave

Des Plaines, IL 60018

Re: Discover Financial Services ********

File No: 2025-CONSC-00207225

Dear Mr. Jean-Pierre:

We have reviewed all statements and correspondence concerning your complaint.

It appears that court action is pending or has previously been taken on this matter.

We will not pursue this matter at this time.

We wish to thank you for bringing this matter to our attention; your complaint will be kept on file.

Sincerely,

ATTORNEY GENERAL

State of Illinois

FILED DATE: 6/16/2025 12:00 AM 20252002405

# Beatriz Reyna-Villazana

Beatriz Reyna-Villazana

Citizen’s Advocate

Consumer Protection Division

B.ReynaVillazana@ilag.gov

312-814-6076

**Beatriz Reyna- Villazana**

**Citizens Advocate II**

**Office of the Illinois Attorney General**

**Consumer Fraud Bureau**

**b.reynavillazana@ilag.gov**

**312-338-8682 (cell)**

**312-814-6076 (office)**

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from

disclosure.

FILED DATE: 6/16/2025 12:00 AM 20252002405

Gmail

Daniel Jean-Pierre <dannyjeanpr@gmail.com>

FILED DATE: 6/16/2025 12:00 AM 20252002405

**File No: 2025-CONSC-00207225**

1 message

**Reyna-Villazana, Beatriz** <B.ReynaVillazana@ilag.gov> Thu, Jun 12, 2025 at 3:25 PM
To: "dannyjeanpr@gmail.com" <dannyjeanpr@gmail.com>

Daniel Jean-Pierre

1878 Fargo Ave

Des Plaines, IL 60018

Re: Discover Financial Services ********

File No: 2025-CONSC-00207225

Dear Mr. Jean-Pierre:

We have reviewed all statements and correspondence concerning your complaint.

It appears that court action is pending or has previously been taken on this matter.

We will not pursue this matter at this time.

We wish to thank you for bringing this matter to our attention; your complaint will be kept on file.

Sincerely,

ATTORNEY GENERAL

State of Illinois

Beatriz Reyna-Villazana

FILED DATE: 6/16/2025 12:00 AM 20252002405

Beatriz Reyna-Villazana

Citizen's Advocate

Consumer Protection Division

B.ReynaVillazana@ilag.gov

312-814-6076

------------

---

**207225-Correspon from Discover.pdf**
443K

FILED DATE: 6/16/2025 12:00 AM 20252002405

Exhibit K

Discover Website Screenshot May 1st
(Discover Website on May 1st @10:51 AM EST showing a balance of $405.10)

FILED DATE: 6/16/2025 12:00 AM 2025200240

Dashboard | eFileIL | Court E... | eFile - Filing His... | Request For Info... | card.discover.com

Your account is now frozen, but you can unfreeze whenever you like. If your card has been lost or stolen, please report it and we will send you a new card. Once you activate the new card, you will also need to unfreeze your account. Close ×

DISCOVER

Activity | Payments | Rewards | Card Services | Security | Search | Help | Profile | Accounts | Log Out

# Good Morning, Daniel

Card Details (Account ending in 2089) | Unfreeze Account | View your FICO® Credit Scorecard

**Current Balance:**

$405.10

- Available Credit: $95
  Total Credit Line: $500

Last Statement Balance:
$0.00 on 04/04/2025

View Billing Statement PDF

View Activity & Statements

**Next Payment Due:**

## No Payment Due

Make a Payment

Last Payment:
$396.14 on 04/07/2025

***Cashback Bonus®* Available:**

$0.79

Ways to Redeem

***2% Cashback Bonus***

Earn 2% *Cashback Bonus* at Gas Stations and Restaurants on up to $1,000 in combined purchases each quarter, automatically. Plus, you earn unlimited 1% cash back on all other purchases.

Link Card at Amazon.com

View your cash back summary

Enroll in paperless statements

Save time and avoid the clutter of paper statements. Enroll in paperless statements today

Enroll Now

DISCOVER Identity Theft Protection

Don't risk your identity

The more digital your life becomes, the more you need help to monitor what matters most for just $15/month.

Protect Now

Discover Website on May 1st @10:51 AM EST

FILED DATE: 6/16/2025 12:00 AM 20252002405

Exhibit L

Discover Website Screenshot May 5th
(Discover Website on May 5th @5:13 PM EST showing a balance of $413.93)

FILED DATE: 6/16/2025 12:00 AM 20252002405

Dashboard

DISCOVER

Activity | Payments | Rewards | Card Services | Security | Search | Help | Profile | Accounts | Log Out

# Good Afternoon, Daniel

Card Details (Account ending in 2089) | Unfreeze Account | View your Updated FICO® Credit Scorecard

**Current Balance:**

**$413.93**

- Available Credit: $86
  Total Credit Line: $500

Last Statement Balance:
$413.93 on 05/04/2025

View Billing Statement PDF

View Activity & Statements

**Next Payment Due:**

**Jun 01**

Make a Payment

Minimum Payment Due:
$35.00

Last Payment:
$396.14 on 04/07/2025

***Cashback Bonus*® Available:**

**$0.79**

Ways to Redeem

**2% *Cashback Bonus***

Earn 2% *Cashback Bonus* at Gas Stations and Restaurants on up to $1,000 in combined purchases each quarter, automatically. Plus, you earn unlimited 1% cash back on all other purchases.

Link Card at Amazon.com

View your cash back summary

## Enroll in paperless statements

Save time and avoid the clutter of paper statements. Enroll in paperless statements today

Enroll Now

DISCOVER Identity Theft Protection

## Don't risk your identity

The more digital your life becomes, the more you need help to monitor what matters most for just $15/month.

Protect Now

Sorry, nothing to see here

Transaction Summary

Discover Website on May 5th @5:13 PM EST

FILED DATE: 6/16/2025 12:00 AM 20252002405

Exhibit M

CFPB Complaint #5

(Filed on June 1st, 2025, this complaint outlines Discover's continued misconduct, including retaliation, harassment, and failure to resolve a paid dispute. Submitted after receiving no satisfactory resolution from prior complaints and state-level channels.)

An official website of the United States Government

Consumer Financial Protection Bureau (https://www.consumerfinance.gov/)

Start a new complaint

All complaints (.)

FILED DATE: 6/16/2025 12:00 AM 20252002405

# 250601-21221502

OPEN

## Submitted

| STATUS | PRODUCT | ISSUE |
| --- | --- | --- |
| Submitted to the CFPB on 6/1/2025 | Debt collection | Attempts to collect debt not owed |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

### YOUR COMPLAINT

This is my fifth formal complaint regarding Discover's bad faith handling of a disputed, invalid charge. My other reports being done in less than 3 months which just prove the severity of the issue and the willful ignorance and blatant cruelty on display. In April 2025, Discover issued a $0 balance statement (April 4, 2025)—yet they later reversed course and began reporting a $413 balance to the credit bureaus. I have repeatedly disputed this error through: Multiple CFPB complaints A pending investigation with the Illinois Attorney General (File #2025-CONSC-00207225) A small claims court case filed in Cook County (Case #20252002405) Instead of resolving the issue, Discover has escalated. They've sent repeated form letters, ignored key evidence (like their own $0 statement), and are now attempting to strong-arm me into submission through inaccurate reporting and continued billing. On May 5, 2025, Discover mailed me a packet of past billing statements, including the critical April 4, 2025 statement clearly showing a $0 balance. This proves that I did not owe the $413 they later attempted to collect. Despite this, Discover continues to insist the charge is valid—while smugly stating that they are reporting the account as "disputed" to the credit bureaus, as if this is a favor. It's not. They are legally required to do so under the FCRA. Framing this basic legal obligation as an act of goodwill is just one more example of the gaslighting tactics they've used to wear me down and avoid accountability. As a disabled college student, this has caused months of extreme anxiety and emotional harm—especially during finals and while preparing to study abroad. It feels like Discover is leveraging their size and wealth to gaslight me and wear me down until I give up. This is not a customer service issue. It is deliberate financial harassment by a massive institution against a vulnerable individual. I'm doing everything legally—Discover is not.

### ATTACHMENTS

- Tradeline TransUnion.pdf (181.1 KB)
- IMG_0695.jpeg (3.8 MB)
- IMG_0689.jpeg (3.5 MB)
- IMG_0693.jpeg (3.2 MB)
- Exhibit J- Discover Statement (5:5).pdf (1.4 MB)
- LEGAL PROOF!!!!.pdf (865.5 KB)
- IMG_0691.jpeg (3.7 MB)
- Com Deta CFPE #3.p KB)

Hide full complaint

## What product or service is your complaint about?

| PRODUCT OR SERVICE | TYPE |
| --- | --- |
| Debt collection | Credit card debt |

## What type of problem are you having?

**ISSUE**
Attempts to collect debt not owed

**TYPE OF ISSUE**
Debt was paid

**HAVE YOU ALREADY TRIED TO FIX THIS PROBLEM WITH THE COMPANY?**
Yes

**DID YOU REQUEST INFORMATION FROM THE COMPANY?**
No

## What happened?

This is my fifth formal complaint regarding Discover's bad faith handling of a disputed, invalid charge. My other reports being done in less than 3 months which just prove the severity of the issue and the willful ignorance and blatant cruelty on display. In April 2025, Discover issued a $0 balance statement (April 4, 2025)—yet they later reversed course and began reporting a $413 balance to the credit bureaus. I have repeatedly disputed this error through: Multiple CFPB complaints A pending investigation with the Illinois Attorney General (File #2025-CONSC-00207225) A small claims court case filed in Cook County (Case #20252002405) Instead of resolving the issue, Discover has escalated. They've sent repeated form letters, ignored key evidence (like their own $0 statement), and are now attempting to strong-arm me into submission through inaccurate reporting and continued billing. On May 5, 2025, Discover mailed me a packet of past billing statements, including the critical April 4, 2025 statement clearly showing a $0 balance. This proves that I did not owe the $413 they later attempted to collect. Despite this, Discover continues to insist the charge is valid—while smugly stating that they are reporting the account as "disputed" to the credit bureaus, as if this is a favor. It's not. They are legally required to do so under the FCRA. Framing this basic legal obligation as an act of goodwill is just one more example of the gaslighting tactics they've used to wear me down and avoid accountability. As a disabled college student, this has caused months of extreme anxiety and emotional harm—especially during finals and while preparing to study abroad. It feels like Discover is leveraging their size and wealth to gaslight me and wear me down until I give up. This is not a customer service issue. It is deliberate financial harassment by a massive institution against a vulnerable individual. I'm doing everything legally—Discover is not.

☑ **I WANT THE CFPB TO PUBLISH THIS DESCRIPTION ON CONSUMERFINANCE.GOV SO THAT OTHERS CAN LEARN FROM MY EXPERIENCE.**

The CFPB will take steps to remove my personal information from this description but someone may still be able to identify me. Learn how it works. I consent to publishing this description after the CFPB has taken these steps.

## What would be a fair resolution to this issue?

Delete the tradeline. Correct all credit reporting. Acknowledge the April 4 $0 balance as valid and final. Immediately cease any collection or billing attempts. A notarized apology from the CEO himself, and also Shelby as well.

**12 attachments**

View uploaded documents by clicking on the file name. Documents that pass virus scanning are typically available within 2 minutes of upload.

Tradeline TransUnion.pdf (181.1 KB)

IMG_0695.jpeg (3.8 MB)

IMG_0689.jpeg (3.5 MB)

IMG_0693.jpeg (3.2 MB)

Exhibit J- Discover Statement (5:5).pdf (1.4 MB)

LEGAL PROOF!!!!.pdf (865.5 KB)

IMG_0691.jpeg (3.7 MB)

Complaint Detail CFPB #3.pdf (58 KB)

Discover-Statement-20250404-2089.pdf (865.5 KB)

Complaint Detail #4.pdf (45.8 KB)

76697713348__6BCC680F-D6A7-45E1-B3E0-560513FA7826.jpeg (2.3 MB)

IMG_0694.jpeg (3.5 MB)

FILED DATE: 6/16/2025 12:00 AM 20252002405

## What company is this complaint about?

**COMPANY INFORMATION**
DISCOVER FINANCIAL SERVICES

**INVOLVEMENT**
Debt Collector

**SOCIAL SECURITY NUMBER (LAST FOUR DIGITS)**

••••

## What people are involved?

**YOUR CONTACT INFORMATION**
Daniel Jean-Pierre

dannyjeanpr@gmail.com
3122212027

1878 Fargo Ave Des Plaines, Illinois 60018 United States

**YOUR PREFERRED LANGUAGE**
English

**YOUR DEMOGRAPHIC INFORMATION**
**AGE**
21
**SEX**
Male
**RACE**
Black or African American

## Sent to company

**STATUS**
Sent to company on
6/1/2025

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

An official website of the United States Government

FILED DATE: 6/16/2025 12:00 AM 20252002405

FILED DATE: 6/16/2025 12:00 AM 20252002405

Exhibit N

Discover's June 3rd email
(Email from Discover threatening collections and claiming a missed payment, sent despite the ongoing legal dispute and after multiple regulatory bodies had been contacted—illustrating deliberate intimidation and retaliation.)

FILED DATE: 6/16/2025 12:00 AM 2025200405



FILED DATE: 6/16/2025 12:00 AM 20252002405

Exhibit O

Discover’s Response to CFPB Complaint #5
(Discover’s written response, dated June 5, 2025, stating they would no longer acknowledge or respond to the dispute, despite active litigation and clear evidence of consumer harm. This response demonstrates bad faith and corporate stonewalling.)

FILED DATE: 6/16/2025 12:00 AM 20252002405

responded

**STATUS**

Company responded on 6/5/2025

**RESPONSE TYPE**

Closed with explanation

June 5, 2025 Daniel Jean-Pierre 1878 Fargo Avenue Des Plaines, IL 60018 RE: Discover® card account ending in 2089 Consumer Financial Protection Bureau Case #: 250601-21221502 Dear Daniel Jean-Pierre, We are in receipt of your recent correspondence to the Consumer Financial Protection Bureau (CFPB). To ensure your concerns are properly addressed, your correspondence has been forwarded to my attention at the Executive Office of Customer Advocacy within Discover®. We regret to learn of your continued concerns regarding your above-mentioned account. According to our records, we previously responded to you on April 26, 2025, CFPB case number 250411-20025962 and on May 21, 2025, Illinois Attorney General case number 2025-CONSC-00207225 via a written response. We have again reviewed your concerns regarding the account and payment, and our position remains unchanged. I have enclosed a copy of each of our previous responses with the associated enclosure for your records. The account is currently past due, with a minimum of $70.00 due by July 01, 2025, of which $35.00 is past due. Please keep in mind, if suitable repayment arrangements are not made by September 04, 2025, your account may be suspended to future charging privileges and be subject to further collection efforts. You may contact our Customer Assistance and Recovery department at 800-973-5066. Due to your continued dispute of the account, we continue to report the account to the credit bureau reporting agencies as 'disputed' and will continue to report it as such unless you tell us to stop reporting it as disputed. If you have any questions regarding the information reflected on your credit bureau reports from the account, we recommend contacting the credit bureau reporting agencies for assistance. The credit bureau reporting agencies that we report to are: Trans Union Equifax Experian Innovis PO Box 1000 PO Box 740241 PO Box 2002 PO Box 1689 Chester PA 19022 Atlanta GA 30374 Allen TX 75013 Pittsburgh PA 15230 1-800-916-8800 1-800-685-1111 1-888-397-3742 1-800-540-2505 Lastly, be assured that this matter has been given our full attention and a thorough investigation into your concerns has been completed. We ask that you refer to our previous response for specifics regarding our previous investigation and resolutions regarding this matter. Please be advised that any correspondence we receive regarding matters we have already addressed may not be acknowledged or receive a response. Should you have any questions or concerns, please feel free to contact me at 302-317-7025. I am typically available Monday-Friday, 8:00 a.m.-4:30 p.m. (ET). Sincerely, Shelby Executive Office of Customer Advocacy Enclosures This is an attempt to collect a debt and any information obtained may be used for that purpose. CC: Consumer Financial Protection Bureau

Jean-Pierre May 26, 2025, Response.pdf (78.4 KB)

Jean-Pierre Enclosure CM Agreement.pdf (140.1 KB)

Jean-Pierre April 26, 2025, Response.pdf (99.6 KB)

FILED DATE: 6/16/2025 12:00 AM 20252002405

Exhibit P

Discover’s June 7th text
(Automated collection text message pressuring payment, sent days after Discover acknowledged litigation. This shows continued harassment and emotional distress despite the dispute being escalated to the courts.)

2:14 77

66769 >

Text Message • SMS
Today 2:06 PM

Discover Card Service: Just a reminder, you missed your card payment. Pay at app.discover.com/paybill. Already paid? Thanks! Text STOP to end

STOP

Discover: Got it. You'll no longer receive texts you enrolled in for this number. Call us at (800) 347-2683 for help

The sender is not in your contact list.

Report Junk

Text Message • SMS

002405

FILED DATE: 6/16/2025 12:00 AM 20252002405

Exhibit Q

Discover's June Statement
(The most recent billing statement, reflecting continued reporting of disputed amounts and threats of collections. Used to show ongoing financial and emotional harm even after all regulatory and legal avenues had been pursued.)

FILED DATE: 6/16/2025 12:00 AM 20252002405




**DISCOVER IT® CHROME CARD ENDING IN 2089**
CARDMEMBER SINCE 2024

DISCOVER

## Account Summary 05/05/2025 - 06/04/2025

| | |
|---|---|
| Previous Balance | $413.93 |
| Payments and Credits | +$0.00 |
| Purchases | +$0.00 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$9.32 |
| **New Balance:** | **$423.25** |

**See Interest Charge Calculation section following the Fees and Interest Charged section for detailed APR information**

| | |
|---|---|
| Credit Line | $500 |
| Credit Line Available | $76 |
| Cash Advance Credit Line | $300 |
| Cash Advance Credit Line Available | $76 |




FICO® Score 8 based on TransUnion® data:

**694** Good

**AS OF 05/29/25**
Updated Monthly

See Key Factors that help explain your score at Discover.com or visit our mobile app

### Get instant access to this statement

Enroll in paperless statements today to easily access your statements online and review up to 7 years of past statements.

**Just scan the QR code** to get started and go paperless today.

## Payment Information

| New Balance | Minimum Payment* | Payment Due Date |
|---|---|---|
| **$423.25** | **$70.00** | **07/01/2025** |

* Includes past due amount of $35.00

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $41.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 14 months | $485 |

If you would like information about credit counseling services, call us at 1-800-347-1121.

### Get a statement credit

Refer a friend to Discover and you can each get a statement credit when they get a card.

**See details at Discover.com/sharediscover87**

**Notice: See reverse side for important information**

## Payment Coupon

**Detach at perforation above and return with check payable to Discover. Do not fold, clip, staple or send cash.**

DANIEL JEAN-PIERRE
1878 FARGO AVE
DES PLAINES IL 60018-3118

**ACCOUNT NUMBER ENDING IN 2089**

| | |
|---|---|
| New Balance | $423.25 |
| Minimum Payment Due | $70.00 |
| Payment Due Date | 07/01/2025 |

**Amount Enclosed** $

For a faster, easier way to pay... Discover.com 1-800-347-2683
See reverse for payment cut off times.

PO BOX 6103
CAROL STREAM IL 60197-6103

000001986454511615176004232500000000007000

FILED DATE: 6/16/2025 12:00 AM 20252002405

**Important Information**
See your Cardmember Agreement. Your Cardmember Agreement contains all the terms of your Account.

**Lost or Stolen Cards.** Report immediately! Call 1-800-347-2683.

**Payments.** You may pay all or part of your Account balance at any time. However, you must pay at least the Minimum Payment Due by the Payment Due Date. Send only your allowable form of payment ("Payment") and the bottom portion of this statement in the envelope provided, after affixing postage. Payments sent without proper postage will be returned to the sender. If you pay by check, you authorize us to use information on your check to make an electronic fund transfer from your account at the financial institution indicated on your check or to process the payment as a check transaction. If a Payment is processed as an electronic fund transfer, the transfer will be for the amount of the check, funds may be withdrawn from your account as soon as the same day we receive your check, and you will not receive your check back.

**Please do not send cash.** Sending cash is not allowed. The processing of your allowable form of Payment may be delayed if you send cash or correspondence with your Payments, if you send the Payment to any other address, or if you use an envelope other than the one provided. Payments received at our processing facility by 5PM local time on any day will be credited to your Account as of that day. Payments received at our processing facility after 5PM local time will be credited to your Account as of the next day. If you have misplaced your envelope, send your Payment to Discover, PO Box 6103, Carol Stream, IL 60197-6103. Please allow 7-10 days for delivery. If your Payment is returned unpaid, we reserve the right to resubmit it as an electronic debit. **Payments made online or by phone before Midnight Eastern Time on any day except your Statement Closing Date will be credited as of the same day; on your Statement Closing Date, online and phone payments must be made before 5:00 PM Eastern Time to be credited as of that day.**

You can also make a Payment or set up automatic payments by calling 1-800-347-2683. Automatic payments for the billing period shown on your statement will be deducted on the Payment Due Date shown on that statement, or the next automatic payment date referred to on your statement, unless you request a recurring payment date that occurs before your Payment Due Date. In order to schedule monthly payments by telephone, you will need this statement and your bank account information. You will be asked to provide the last four (4) digits of the social security number of the primary borrower as your electronic signature. By providing those numbers, you will be agreeing to this authorization to allow us and your bank to deduct each payment you authorize, in the amount selected by you, from your bank account. You also authorize us to initiate debit or credit entries to your bank account, as applicable, to correct an error in the processing of such payment. You can cancel or modify a payment from your bank account until 5:00 PM Eastern Time on the day such payment is scheduled by calling 1-800-347-2683 or by mail at Discover, PO Box 30421, Salt Lake City, UT 84130-0421. Same day online or phone payments from bank account made after 5:00 PM Eastern Time may be modified before Midnight Eastern Time of that day. Payments from Cashback Bonus cannot be modified or cancelled after being made or scheduled.

If your payments may vary in amount, we will tell you on each monthly billing statement when your payment will be made and how much it will be. You must ensure that sufficient funds are available in your bank account, and all transactions must comply with U.S. law.

You can set up automatic payments for: (i) statement New Balance, (ii) statement Minimum Payment Due, (iii) statement Minimum Payment Due plus a fixed dollar amount, or (iv) other dollar amount. If your scheduled "Other dollar amount" payment is not enough to cover the Minimum Payment Due as listed on your monthly billing statement, your scheduled payment for that month will be increased to cover the Minimum Payment Due. If the scheduled payment is greater than the Minimum Payment Due, any excess will be applied in accordance with your Cardmember Agreement. If your scheduled payment is greater than the New Balance on your billing statement, that payment will be processed only for the amount of your New Balance. Your automatic payment amount may be less than the amount indicated on the billing statement based on credits or payments after the Close Date.

If you enroll by phone in our automatic payment service, please fill-in the following blanks below and retain the authorization for your records.

**Amount**
◯ Full Pay ______________________ ◯ Min Pay _______________________
◯ Min Pay+ $_____________________ ◯ Other Amount $ _________________
Bank Routing #_____________________________________________________
Bank Account #_____________________________________________________
Monthly on the ◯ Payment Due Date, or ◯ ______ Day of the month (INSERT DATE)

**Credit Reporting.** Credit Reporting. We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report. We normally report the status and payment history of your Account to credit reporting agencies each month. If you believe that our report is inaccurate or incomplete, please write us at this address: Discover, PO Box 30939, Salt Lake City, UT 84130-0939. Please include your name, address, home telephone number and Account number.

**Paying Interest.** Your due date is at least 25 days after the close of each billing period. We will begin charging interest on Cash Advances and Balance Transfers as of the later of the Transaction Date or the first day of the billing period in which the transaction posted to your Account. If you pay the New Balance on your current billing statement by the Payment Due Date shown on that billing statement, we will not impose interest charges on New Purchases. New Purchases are Purchases that first appear on the next billing statement. Interest will continue to accrue each day on purchases that appeared on previous billing statements until you pay the New Balance in full and will be billed in the next billing cycle.

**How We Calculate Interest Charges.** We Use the Daily Balance Method (including current transactions) to calculate the Balance Subject to Interest Rate. For more information, please call us at 1-800-347-2683.

**Balance Subject To Interest Rate.** Your statement shows a Balance Subject to Interest Rate. It shows this for each transaction category. The Balance Subject to Interest Rate is the average of the daily balances during the billing period.

**Credit Balances.** If your Account has a credit balance, the amount is shown on the front of your billing statement. A credit balance is money that is owed to you. You may make charges against this amount if your Account is open. We will send you a refund of any remaining balance of $1.00 or more after 6 months, or as otherwise required by applicable law, or upon request made to the address in the Contact Us section on page 3 of your billing statement.

**Balance Transfers.** Your account may not always be eligible for balance transfers. Balance transfers accrue interest at the standard purchase rate unless we tell you otherwise.

Discover may monitor and/or record telephone calls between you and Discover representatives for quality assurance purposes.

Send inquiries to Discover, PO Box 30943, Salt Lake City, UT 84130

The Discover® card is issued by Discover, a division of Capital One, N.A., Member FDIC.
DIT23-27.0924

FILED DATE: 6/16/2025 12:00 AM 2025200240




**ONLINE**
Discover.com or download our app

**PHONE**
1-800-347-2683
Hearing/Speech Impaired
Dial 711 (Relay Service)

**PAYMENTS**
Discover
PO Box 6103
Carol Stream
IL 60197-6103



**DISCOVER IT® CHROME CARD ENDING IN 2089**
OPEN TO CLOSE DATE: 05/05/2025 - 06/04/2025

## Transactions

**NO ACTIVITY FOR THIS BILLING PERIOD**

## Fees and Interest Charged

| FEES FOR THIS PERIOD | AMOUNT |
|---|---|
| FIRST LATE PAYMENT - NO FEE | $0.00 |
| **TOTAL FEES FOR THIS PERIOD** | **$0.00** |

| INTEREST CHARGED FOR THIS PERIOD | AMOUNT |
|---|---|
| INTEREST CHARGE ON PURCHASES | $9.32 |
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **TOTAL INTEREST FOR THIS PERIOD** | **$9.32** |

| 2025 TOTALS YEAR-TO-DATE CHARGED | AMOUNT |
|---|---|
| TOTAL FEES CHARGED IN 2025 | $0.00 |
| TOTAL INTEREST CHARGED IN 2025 | $43.86 |

## *Cashback Bonus®* Rewards

| | |
|---|---|
| **PREVIOUS BALANCE** | **$0.79** |
| **EARNED THIS PERIOD** | **+$0.00** |
| **REDEEMED THIS PERIOD** | **-$0.00** |
| **CASHBACK BONUS BALANCE** | **$0.79** |

### 2% *Cashback Bonus®*

Earn 2% cash back at **Gas Stations** and **Restaurants** on up to $1,000 in combined purchases each quarter.

Plus, earn unlimited 1% cash back on all other purchases.

For details, see Information For You section.

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

**CURRENT BILLING PERIOD:** 31 DAYS

| TYPE OF BALANCE | APR* | PROMO APR EXPIRES** | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|---|
| Purchases | 26.24% V | N/A | $418.42 | $9.32 |
| Cash Advances | 29.24% V | N/A | $0.00 | $0.00 |

**V = VARIABLE RATE**

Variable APRs will not exceed 29.99%.
* If your account is currently enrolled in a special program or is placed into one during the term of the offer, you will receive the benefit of the lower rate while the special program is in effect. This includes, if applicable, any lower rates as authorized under the Servicemembers Civil Relief Act.
** This is the date your promotional rate expires and the remaining balance will be moved to your standard APR disclosed when you accepted the offer. Please note: Changing your payment due date may change your Promo APR Expiration Date.
*** For more information, please call us at 1-800-347-2683.

## Information For You

**What To Do If You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at:

Discover Card
PO BOX 30421
Salt Lake City, UT 84130-0421

You may also contact us on the Web: discover.com/billingerrornotice

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

- You must contact us within 60 days after the error appeared on your statement.
- You must notify us of any potential errors *in writing* [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
- While we investigate whether or not there has been an error, the following are true:

Continued on next page

FILED DATE: 6/16/2025 12:00 AM 20252002405

## Information For You continued

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

Please see your Cardmember Agreement or visit discover.com/billingrights for a copy of your full billing rights notice.

### FICO® Credit Score Terms

Your FICO® Credit Score, key factors, and other credit information use the FICO® Score 8 model. They are based on data from TransUnion® and may be different from other credit scores and other credit information provided by different bureaus. This information is intended for and only provided to Primary account holders who have an available score. Your score, key factors and other credit information are available on Discover.com and cardmembers are also provided a score on statements. Customers will see up to a year of recent scores online. Discover and other lenders may use different inputs, such as FICO® Credit Scores, other credit scores and more information in credit decisions. This benefit may change or end in the future. FICO is a registered trademark of Fair Isaac Corporation in the United States and other countries.

If you prefer not to receive your FICO® Credit Score just call us at 1-800-DISCOVER (1-800-347-2683). Please give us two billing cycles to process your request.

Capital One Financial Corporation and Fair Isaac are not credit repair organizations as defined under federal or state law, including the Credit Repair Organizations Act. Capital One Financial Corporation and Fair Isaac do not provide "credit repair" services or assistance regarding "rebuilding" or "improving" your credit record, credit history or credit rating.

### Availability of FICO® Credit Score

As an active cardmember, you may see your FICO® Credit Score on your monthly statement or online. Reasons why you may not see your FICO® Credit Score include: if you opt out; if you have key information that is mismatched or missing, as one example, an address change that has not been updated with Discover or TransUnion®; if your credit history is too new; if your account status is abandoned, bankrupt, fraud, lost or stolen, closed, revoked, or charged off; if you have a foreign address. Your FICO® Score is disclosed on statements when your statement is available. You may not receive a statement if you have no account activity such as no purchase transactions, fees, interest, or payments for approximately 30 days.

### *Cashback Bonus®* Rewards

You earn a full 2% Cashback Bonus® on your first $1000 in combined purchases at Gas Stations (stand-alone) and Restaurants each calendar quarter. Calendar quarters begin January 1, April 1, July 1, and October 1. Purchases at Gas Stations and Restaurants over the quarterly cap, and all other purchases, earn 1% cash back. Gas Station purchases include those made at merchants classified as places that sell automotive gasoline that can be bought at the pump or inside the station. EV Charging Station purchases made at public electric vehicle charging stations are also included. Gas Stations and EV Charging Stations affiliated with supermarkets, supercenters, and wholesale clubs may not be eligible. Certain parking garages where public electric vehicle charging is offered or included may not be eligible. Restaurant purchases include those made at merchants classified as full-service restaurants, cafes, cafeterias, fast-food locations, caterers, and restaurant delivery services. Restaurants located inside of or affiliated with another business, such as hotels or retail stores and establishments classified as a bakery, may not qualify. Purchases must be made with merchants in the U.S. To qualify for 2%, the purchase transaction date must be before or on the last day of the offer or promotion. For online purchases, the transaction date from the merchant may be the date when the item ships. Rewards are added to your account within two billing periods. Even if a purchase appears to fit in a 2% category, the merchant may not have a merchant category code (MCC) in that category. Merchants and payment processors are assigned an MCC based on their typical products and services. Discover Card does not assign MCCs to merchants. Certain third-party payment accounts and digital wallet transactions may not earn 2% if the technology does not provide sufficient transaction details or a qualifying MCC. Learn more at Discover.com/digitalwallets. See Cashback Bonus Program Terms and Conditions for more information.

FILED DATE: 6/16/2025 12:00 AM 20252002405

Exhibit R

Updated Timeline Since Initial Court Filing
(A summary timeline detailing Discover’s misconduct, retaliation, and failure to act in good faith since this lawsuit was filed on April 30, 2025. Demonstrates prolonged emotional distress, administrative burden, and systemic failure.)

FILED DATE: 6/16/2025 12:00 AM 20252002405

**Key Events Following Case Filing:**

- **April 30, 2025** – *Case filed in Cook County Small Claims Court for $10,000 in damages.* Complaint alleges Discover continued to bill and harass me for a charge that was paid and disputed via CFPB and AG channels.
- **May 3–13, 2025** – *Multiple texts and emails from Discover threatening collections despite knowing the charge was under dispute.*
  This occurred even while federal and state complaints were active.
- **May 14, 2025** – *Received first formal contact from IL Attorney General.*
  At this point, my credit had already been impacted and Discover had shown no intention of halting activity.
- **May 21, 2025** – *Received dismissive AG closure letter referencing Discover's claims as valid, despite proof of payment and dispute timeline.*
  No follow-up or clarification offered, even after raising ADA concerns and sharing documented exhibits.
- **June 3, 2025** – *Discover emailed me to claim I "missed" a payment on a charge that has been actively disputed and is under litigation.*
  I also received another **collection text message** pressuring payment.
- **June 5, 2025** – *Discover replied to my 5th CFPB complaint saying they "will no longer respond" to any further concerns on the matter,*
  despite legal action being active, and despite continued inaccurate credit reporting.
- **June 10–13, 2025** – While the court resolved my fee waiver and approved my summons, Discover's automated systems continued to harass me, causing emotional distress and sleep loss.

---

## Summary:

Since filing this lawsuit, Discover has **intensified their harassment**, **disregarded legal processes**, and **knowingly pursued a debt that was already challenged and legally contested.** Despite multiple federal and state-level complaint channels, they have chosen to **retaliate**, ***ignore documented proof of payment***, and create further harm.

Filer Selected Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Courtroom, 0205
System Generated Hearing Date: 6/27/2025 10:30 AM
Location: Court Room 0205
Judge: Courtroom, 0205

For updated information about your case, including hearings, subsequent filings and other case information, please visit our Online Case Search and search for your case: https://casesearch.cookcountyclerkofcourt.org

FILED
6/17/2025 4:29 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
20252002405

FILED DATE: 6/17/2025 4:29 PM 20252002405

# SUMMONS

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**

*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** ______________________________
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Daniel Jean-Pierre
*Who started the case.* *First, Middle, and Last Name or Business Name*

20252002405
**Case Number**

**DEFENDANTS/RESPONDENTS:** Discover Bank
*Who the case was filed against.*
______________________________
______________________________
*First, Middle, and Last Name or Business Name*

## The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/summons-instructions.

Check 1 if this is a 30-day summons, or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.
- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

## ☐ 1. 30-DAY SUMMONS

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: ______________________________
*Courthouse Street Address*

**- or -**

## ☑ 2. DATE CERTAIN SUMMONS

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/CircuitClerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

06/27/2025 at 10:30 ☑ a.m. ☐ p.m. in 205.
*Month, Day, Year* *Time* *Courtroom Number*

FILED DATE: 6/17/2025 4:29 PM 20252002405

*Case Number:* 20252002405

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☑ **In person** at: Second Municipal District Courthouse, 5600 Old Orchard Road, Skokie, IL 6
*Courtroom Address* *Courtroom Number*

☐ **Remotely** (video or telephone)

**By video conference** at: ____________________
*Video Conference Website*

Log-in information: ____________________
*Video Conference Log-in Information, Meeting ID, Password, etc.*

**By telephone** at: ____________________
*Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

Phone: (847) 470-7200 or Website: ____________________
*Circuit Clerk's Phone Number* *Website URL*

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ 10,000.00.
*(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.

☐ Yes ☑ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

☑ I am having 1 Defendant/Respondent served and their information is on this form below.

☐ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: ____________.
*Number*

b. First Defendant/Respondent's **primary address/information** for service:

Name: Discover Bank
*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

C T CORPORATION SYSTEM
*First, Middle, and Last Name*

Street Address: 208 South LaSalle Street, SUITE 814
*Street, Apt #*

City, State, ZIP: Chicago, IL 60604
*City* *State* *Zip*

Telephone: ____________________ Email: ____________________

FILED DATE: 6/17/2025 4:29 PM 20252002405

Case Number: 20252002405

c. **Second address** for this Defendant/Respondent:

☑ I do **not** have another address where the Defendant/Respondent might be found.

☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: ______________________
*Street, Apt #*

City, State, ZIP: ______________________
*City* *State* *Zip*

Telephone: ______________________ Email: ______________________

d. Person who will serve your documents on this Defendant/Respondent:

☑ Sheriff in Illinois ☐ Special process server ☐ Licensed private detective

☐ Sheriff outside Illinois: ______________________
*County & State*

## PLAINTIFF/PETITIONER INFORMATION:

*Enter your information below.*

Name Daniel Jean-Pierre
*First, Middle and Last Name*

Registered Agent's name, if any ______________________
*First, Middle and Last Name*

Street Address 1878 Fargo Ave
*Street, Apt #*

City, State, ZIP: Des Plaines, IL, 60018
*City* *State* *Zip*

Telephone: 3122212027 Email: dannyjeanpr@gmail.com

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

STOP The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: ______________________

Clerk of the Court: 6/17/2025 4:29 PM Mariyana T. Spyropoulos

*Seal of Court*

CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**To be filled in by an officer or process server:**

Date of Service: ______________________

*Fill in the date above and give this copy of the Summons to the person served.*

**Note to officer or process server:**

- If 1 is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- If 2 is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
  - If 2 is checked **and** 3b is checked yes, the *Summons* must be served at least 3 days before the court date.
- Fill in the date above and give this copy of the *Summons* to the person served.
- You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

FILED DATE: 6/17/2025 4:29 PM 20252002405

*Case Number:* 20252002405

# WHAT'S NEXT

## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.

Learn more about each step in the process and how to file in the instructions: ilcourts.info/summons-instructions.

## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**

- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons)**:

- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of on this *Summons* is checked (date certain summons):**

- You **must** attend court on the date listed in Section 2 of this *Summons.*
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**

- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

FILED DATE: 6/17/2025 4:29 PM 20252002405

Case Number: 20252002405

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**

*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** ______________________________
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Daniel Jean-Pierre
*Who started the case.* *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** Discover Bank
*Who the case was filed against.*
______________________________
______________________________
*First, Middle, and Last Name or Business Name*

20252002405
**Case Number**

STOP Do not complete the rest of the form. **The sheriff or special process server will fill in the form.** Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is ______________________________ and I state:
*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: ______________________________
*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

- or -

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:

☐ Male ☐ Female ☐ Non-Binary Approx. Age: __________ Race: ______________

On this date: ______________ at this time: ______________ ☐ a.m. ☐ p.m.

Address, Unit#: ______________________________

City, State, ZIP: ______________________________

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:

Name of person served: ______________________________
*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary Approx. Age: __________ Race: ______________

On this date: ______________ at this time: ______________ ☐ a.m. ☐ p.m.

Address, Unit#: ______________________________

City, State, ZIP: ______________________________

and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above address on this date: ______________.

FILED DATE: 6/17/2025 4:29 PM 20252002405

*Case Number:* 20252002405 __________

☐ On the **Business's agent:** ________________________________________
*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary Approx. Age: __________ Race: _______________

On this date: ________________ at this time: ________________ ☐ a.m. ☐ p.m.

Address, Unit#: ____________________________________________________________

City, State, ZIP: ____________________________________________________________

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: ______________________ at this time: ______________ ☐ a.m. ☐ p.m.

Address, Unit#: ____________________________________________________________

City, State, ZIP: ____________________________________________________________

Other information about service attempt:

_____________________________________________________________________________

_____________________________________________________________________________

_____________________________________________________________________________

**Second Attempt:** On this date: ____________________ at this time: ______________ ☐ a.m. ☐ p.m.

Address, Unit#: ____________________________________________________________

City, State, ZIP: ____________________________________________________________

Other information about service attempt:

_____________________________________________________________________________

_____________________________________________________________________________

_____________________________________________________________________________

**Third Attempt:** On this date: ______________________ at this time: ______________ ☐ a.m. ☐ p.m.

Address, Unit#: ____________________________________________________________

City, State, ZIP: ____________________________________________________________

Other information about service attempt:

_____________________________________________________________________________

_____________________________________________________________________________

_____________________________________________________________________________

## SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/______________________________ Print Your Name ______________________________

You are: ☐ Sheriff in Illinois ☐ Special process server

☐ Sheriff outside Illinois: ______________ *County and State*

☐ Licensed private detective, license number: ____________ *License number*

**FEES:**

Service and Return: $__________ Miles: $__________ Total: $______________

Filer Selected Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Courtroom, 0205
System Generated Hearing Date: 6/27/2025 10:30 AM
Location: Court Room 0205
Judge: Courtroom, 0205

FILED
6/20/2025 12:00 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
20252002405

FILED DATE: 6/20/2025 12:00 AM 20252002405

| Exhibit | Title | Description |
|---|---|---|
| S | ER Discharge – May 24, 2025 | Emergency room visit summary showing elevated blood pressure (150/95), bronchospasm, and muscle pain. This visit occurred during the peak of Discover's harassment and collection threats following the filing of the lawsuit. Establishes physical manifestations of emotional distress caused by ongoing dispute mismanagement. |
| T | Primary Care Visit – June 7, 2025 | Follow-up medical visit documenting ongoing symptoms including myalgia, persistent cough, and elevated blood pressure (128/79). Problem list includes severe recurrent major depression without psychotic features and abnormal liver function. Confirms lasting medical impact aligned with Discover's post-lawsuit conduct and consumer harm. |

FILED DATE: 6/20/2025 12:00 AM 20252002405

Exhibit S

ER Discharge – May 24, 2025
(Emergency room visit summary showing elevated blood pressure (150/95), bronchospasm, and muscle pain. This visit occurred during the peak of Discover’s harassment and collection threats following the filing of the lawsuit. Establishes physical manifestations of emotional distress caused by ongoing dispute mismanagement.)

FILED DATE: 6/20/2025 12:00 AM 20252002405

# Emergency Department - May 24, 2025

at LUTHERAN GENERAL HOSPITAL EMERGENCY DEPT

## Notes from Care Team

### ED Provider Notes

Ryan Greene, MD at 5/24/2025 2:59 PM

Patient was seen and evaluated by myself independently of the emergency room resident physician. I personally discussed the history, physical exam, differential diagnosis and emergency room workup with the resident physician.

**Chief Complaint**

Patient presents with

- Dizziness
- Lightheaded
- Generalized Body Aches

History of Present Illness

The patient is a 21-year-old male with a past medical history of depression with a history of suicidal ideation, anxiety, and autism. He presents today with concerns about memory issues, blackouts, muscle weakness in the lower extremities, and a persistent cough.

The patient has been experiencing blackouts and confusion for approximately 2 weeks. He initially attributed these symptoms to a recent prescription of benzonatate, mistaking it for benzodiazepines. However, he has not been prescribed any benzodiazepines. His blackouts are characterized by periods of sleep followed by waking, with no recollection of events during these episodes. Neither he nor his mother report any unusual behavior during these periods.

The patient has been experiencing a cough for about a month, which he believes may be a residual symptom from severe allergies he had a month ago. He also reported chest pain upon arrival, which is suspected to be related to the cough. He has sought outpatient care multiple times for this cough and has been treated with steroids and a chronic albuterol inhaler.

MEDICATIONS
- Benzonatate
- Albuterol inhaler

**Past Medical History:**

FILED DATE: 6/20/2025 12:00 AM 20252002405

| Diagnosis | Date |
|---|---|
| • Left shoulder pain | 3/18/2022 |
| • No known problems | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • NO PAST SURGERIES | | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Hypertension | Father | |
| • Glaucoma | Father | |
| • Hypertension | Maternal Grandmother | |
| • Hypertension | Maternal Grandfather | |
| • Hypertension | Paternal Grandmother | |
| • Hypertension | Paternal Grandfather | |
| • Diabetes | Paternal Grandfather | |
| • Hyperthyroid | Maternal Uncle | |
| • Patient is unaware of any medical problems | Brother | |
| • Systemic Lupus Erythematosus | Neg Hx | |
| • Other *gout* | Neg Hx | |
| • Rheumatoid Arthritis | Neg Hx | |
| • Inflammatory Bowel Disease | Neg Hx | |
| • Myocardial Infarction | Neg Hx | |
| • Stroke | Neg Hx | |

**Social History**

Tobacco Use

| | |
|---|---|
| • Smoking status: | Never |
| • Smokeless tobacco: | Never |

Substance Use Topics

| | |
|---|---|
| • Alcohol use: | Never |
| • Drug use: | Never |

**Allergies**

| Allergen | Reactions |
|---|---|
| • Metformin | DIARRHEA and NAUSEA |

FILED DATE: 6/20/2025 12:00 AM 20252002405

Review of Systems: See above - all other systems reviewed & are negative

**Physical Exam**

ED Triage Vitals

ED Triage Vitals Group

| | | |
|---|---|---|
| Temp | 05/24/25 1141 | **97.2 °F (36.2 °C)** |
| Heart Rate | 05/24/25 1141 | **91** |
| Resp | 05/24/25 1141 | **16** |
| BP | 05/24/25 1141 | **(!) 136/90** |
| SpO2 | 05/24/25 1141 | **99 %** |
| EtCO2 mmHg | -- | |
| Height | 05/24/25 1143 | **5' 8" (1.727 m)** |
| Weight | 05/24/25 1143 | **265 lb (120.2 kg)** |
| Weight Scale Used | -- | |
| BMI (Calculated) | 05/24/25 1143 | **40.29** |
| IBW/kg (Calculated) | 05/24/25 1143 | **68.4** |

Resting comfortably
Answering questions appropriately speaking in full sentences with a strong voice
Heart regular without murmur
Lungs clear to auscultation bilaterally with normal work of breathing
Abdomen soft ND, BS present, no masses or hernias, no tenderness throughout
Skin/extremities warm, well-perfused with normal capillary refill in hands
Normal symmetrical extremity pulses
Neuro without focal deficits

**Initial assessment, differential & plan**

Independent historian: Yes mom at bedside providing history of cough over the past few weeks with allergies
Decision regarding hospitalization: No

Multiple complaints. Mainly allergies with postnasal drip and cough consistent with bronchospasm. At risk for atypical cardiac ischemia pneumonia pneumothorax pleural effusion bronchospasm heart score INDEPENDENTLY INTERPRETED EKG & MY INTERPRETATION sinus with some inverted T waves which is unchanged from previous rate of approximately 100 lab work nonacute awaiting chest x-ray and anticipate discharge home if unremarkable

Ongoing shared medical decision making can also be viewed in the ED Course

**ED Meds**

FILED DATE: 6/20/2025 12:00 AM 20252002405

**ED Medication Orders** (From admission, onward)

| Ordered | Start | | Status | Ordering Provider |
|---|---|---|---|---|
| 05/24/25 1157 | 05/24/25 1200 | **acetaminophen (TYLENOL) tablet 650 mg** ONCE | Last MAR action: Given | ALLEGRETTI, JOHN |

**Radiology**

XR CHEST AP OR PA
**Final Result**
FINDINGS/IMPRESSION: No lobar consolidation or pleural effusions. The
cardiac silhouette is not enlarged.

Electronically Signed by: IQBAL HAQ, MD
Signed on: 5/24/2025 3:48 PM
Workstation ID: ARC-IL05-IHAQ

**I have independently interpreted radiology images and formal radiology interpretations when available.**
**See ED Course for approximate timing of my interpretations & additional comments if applicable.**

**Labs**

**I have independently interpreted lab results resulted during ED visit when available.**
**See ED Course for approximate timing of pertinent lab results personally reviewed by me if applicable**

**Procedures**

Procedures

**As is customary, all procedures by EM medical students & residents performed under my direct supervision**

**ED Course**

**ED Course** as of 05/24/25 1605
**Sat May 24, 2025**
1545 INDEPENDENTLY INTERPRETED chest x-ray & MY INTERPRETATION no pneumonia no pneumothorax [RG]

**ED Course User Index**
[RG] Greene, Ryan D, MD

**MDM Summary / Critical Care**

FILED DATE: 6/20/2025 12:00 AM 20252002405

**Rationale and Factors Influencing Medical Decision Making :**
*Multiple differential diagnoses were considered. The patient / caregivers were apprised of diagnostic / treatment options including alternate modes of care, in addition to the risks and benefits, for this medical condition. Based on this discussion the patient / caregiver agrees with this chosen diagnostic and treatment plan.*

**Amount and/or Complexity of Data Reviewed**
- Independent Historian: See initial assessment, differential & plan as well as ED Course
- Ext Data Reviewed: See initial assessment, differential & plan as well as ED Course
- Labs: Details: See initial assessment, differential & plan as well as ED Course
- Radiology: Details: See initial assessment, differential & plan as well as ED Course
- ECG/med tests: Details: See initial assessment, differential, plan & ED Course
- Discussion of management or test interpretation with external provider: See initial assessment, differential, plan & ED Course

**Risk**
Risk Details: See initial assessment, differential & plan as well as ED Course

Patient presents with an acute or chronic illness or injury that potentially poses a threat to life or bodily function. The patient's multiple comorbidities and underlying diseases increases the amount and/or complexity of data to be reviewed and analyzed or the risk of complications and/or morbidity or mortality of patient management - contributing to the high COPA of the current encounter. I also assessed the high-risk decision of the risk vs. benefit of hospital admission.

MEDICAL COMPLEXITY/CODING: **LEVEL 5**

| **Level** | **Problems Addressed** | **Amount and/or Complexity** | **Risk** |
|---|---|---|---|
| 2 | ☐ 1 Self-limited or minor problem | Minimal or None | ☐ Minimal |
| 3 | ☐ 2 or more self-limited or minor problems<br>☐ 1 stable, chronic illness<br>☐ 1 acute, uncomplicated illness or injury<br>☐ 1 stable, acute illness<br>☐ 1 acute, uncomplicated illness or injury requiring hospital inpatient or observation level of care | Limited<br>Any combination of 2:<br>Review of the results from each unique test<br>• 3+<br>Ordered of each unique test<br>• 3+ | ☐ Low<br>• OTC drugs<br>• Minor surgery with no identified risk factors |
| 4 | ☐ 1 or more chronic illness with exacerbation, progression, or side effects of treatment | Moderate (one from below)<br>Tests, documents, or independent historians (modify in level 3)<br>☐ Independent | ☐ Moderate<br>• Prescription drug management<br>• Minor surgery with identified risk factors |

FILED DATE: 6/20/2025 12:00 AM 20252002405

| | | | |
|---|---|---|---|
| | ☐ 2 or more stable chronic illnesses<br>☐ 1 undiagnosed new problem with uncertain prognosis<br>☐ 1 acute illness with systemic symptoms<br>☐ 1 acute complicated injury | interpretation of tests completed by another healthcare professional<br>☐ Discussion of management or test interpretation with external healthcare professional | • Elective major surgery with no identified risk factors<br>• Diagnosis or treatment significantly limited by social determinants of health |
| 5 | ☐ 1 or more chronic illness with severe exacerbation, progression, or side effects of treatment<br>1 acute or chronic illness or injury that poses a threat to life or bodily function<br><br>**COPA determined by potential diagnoses based upon patients complaint and not by final diagnosis alone | Extensive (two from below)<br>Tests, documents, or independent historians (modify in level 3)<br>Independent interpretation of tests completed by another healthcare professional<br>Discussion of management or test interpretation with external healthcare professional | High<br>• Elective major surgery with identified risk factors<br>• Emergency major surgery<br>• Drug therapy requiring intensive monitoring for toxicity (eg IV iohexol, IV rate controlling agents, Antiarrhythmics, parenteral antipsychotics)<br>• Decision not to resuscitate or to de-escalate care because of poor prognosis<br>• Decision regarding hospitalization or escalation of hospital-level care<br>• Parenteral controlled substances |

**Critical Care**

**Diagnosis**

**ED Diagnosis**

**1. Persistent cough**

2. Bronchospasm

**Greene, Ryan D, MD**
**05/24/25 1605**

FILED DATE: 6/20/2025 12:00 AM 20252002405

# ED Notes

Scott McLaughlin, DO at 5/24/2025 2:12 PM

## ED Physician Note

**Patient :** Daniel Jean-Pierre **Age:** 21 year old **Sex:** male
**MRN:** 6066883 **Encounter Date:** 5/24/2025

### History

**Chief Complaint**
Patient presents with
- Dizziness
- Lightheaded
- Generalized Body Aches

HPI: 21 year old male with PMH depression with hx SI, GAD, and autism who presents for memory issues, "blackouts", general muscle pain of lower extremities, and cough. He states that the symptoms began after being prescribed "benzos ". Upon further chart review and questioning, he was not prescribed benzos and he is instead referring to benzonatate or Tessalon Perles that he was prescribed for cough 2 weeks ago. Patient states during these blackouts he has not done anything that he does not remember, but appears to fall asleep. Mother at bedside denies witnessing any actions or events that son does not remember performing.

Cough has been present throughout May. Per chart review, strep PCR negative in early May. Was prescribed oral steroids, and has inhaler at home. Patient has known history of allergies, per chart review, appears to have been suffering from particularly severe allergies this month.

Additionally patient and mother are concerned about generalized muscle pains that have been present for several weeks. Patient is on Lamictal. States that it feels like his legs are "leadpipes" and feels stiff.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Metformin | DIARRHEA and NAUSEA |

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Left shoulder pain | 3/18/2022 |
| • No known problems | |

FILED DATE: 6/20/2025 12:00 AM 20252002405

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • NO PAST SURGERIES | | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Hypertension | Father | |
| • Glaucoma | Father | |
| • Hypertension | Maternal Grandmother | |
| • Hypertension | Maternal Grandfather | |
| • Hypertension | Paternal Grandmother | |
| • Hypertension | Paternal Grandfather | |
| • Diabetes | Paternal Grandfather | |
| • Hyperthyroid | Maternal Uncle | |
| • Patient is unaware of any medical problems | Brother | |
| • Systemic Lupus Erythematosus | Neg Hx | |
| • Other *gout* | Neg Hx | |
| • Rheumatoid Arthritis | Neg Hx | |
| • Inflammatory Bowel Disease | Neg Hx | |
| • Myocardial Infarction | Neg Hx | |
| • Stroke | Neg Hx | |

**Social History**

Tobacco Use

- Smoking status: Never
- Smokeless tobacco: Never

Substance Use Topics

- Alcohol use: Never
- Drug use: Never

## Physical Exam

ED Triage Vitals

| ED Triage Vitals Group | | |
|---|---|---|
| Temp | 05/24/25 1141 | **97.2 °F (36.2 °C)** |
| Heart Rate | 05/24/25 1141 | **91** |

FILED DATE: 6/20/2025 12:00 AM 20252002405

| | | |
|---|---|---|
| Resp | 05/24/25 1141 | **16** |
| BP | 05/24/25 1141 | **(!) 136/90** |
| SpO2 | 05/24/25 1141 | **99 %** |
| EtCO2 mmHg | -- | |
| Height | 05/24/25 1143 | **5' 8" (1.727 m)** |
| Weight | 05/24/25 1143 | **265 lb (120.2 kg)** |
| Weight Scale Used | -- | |
| BMI (Calculated) | 05/24/25 1143 | **40.29** |
| IBW/kg (Calculated) | 05/24/25 1143 | **68.4** |

**Physical Exam**:
Alert and oriented x 4. No appreciable abnormalities on auscultation of lungs,

**Initial impression**: Cough, asthma

**ED Course**
Presents for concern of "blackouts", lower extremity muscle pain, chest pain, and cough. Patient notes the symptoms have been present for roughly 2 weeks after starting to take "benzos". Per chart review and medication list patient was started on benzonatate for cough symptoms several weeks ago. Patient thought that this was a benzodiazepine medication, was informed that this is not the case. Chest pain workup showed troponin <4 and EKG showed sinus tachycardia with T wave abnormalities consistent with prior EKGs, no evidence of ST changes. Very low suspicion for cardiac etiology of chest pain, suspect secondary to cough that has been present for almost a month. Suspect cough triggered by asthma/allergies. Per chart review has been present for almost a month and was previously prescribed steroids and has both daily and as needed inhaler. Chest x-ray performed without consolidation or pleural effusions. No acute cardiopulmonary abnormalities. Continue to use daily inhaler and as needed inhaler as directed, recommend follow-up appointment with PCP for further management and tailoring of allergy regimen. There is no clear cause "blackouts", suspect that patient is experiencing increased fatigue secondary to 3 times per day Tessalon Perle use. Instructed to use less if continue to feel fatigued and sleepy. Regarding generalized muscle pains, there is no clear etiology, possibly attributable to chronic Lamictal use. Recommend follow-up with psychiatrist for potential tailoring of medication regiment. Provided outpatient referral for new psychiatrist. Discharged home discussed with patient and mother who both agreed appropriate at this time.

**ED Course** as of 05/24/25 1606
**Sat May 24, 2025**
1545 INDEPENDENTLY INTERPRETED chest x-ray & MY INTERPRETATION no pneumonia no pneumothorax [RG]

**ED Course User Index**
[RG] Greene, Ryan D, MD

EKG: (personally interpreted) sinus tachycardia with T wave changes noted on prior EKGs

FILED DATE: 6/20/2025 12:00 AM 20252002405

**Lab Results**

(I have personally reviewed all lab results that have resulted prior to the end of my scheduled shift)

**Results for orders placed or performed during the hospital encounter of 05/24/25**

**Comprehensive Metabolic Panel**

Specimen: Blood, Venous

| Result | Value | Ref Range |
|---|---|---|
| Fasting Status | | |
| Sodium | 139 | 135 - 145 mmol/L |
| Potassium | 4.6 | 3.4 - 5.1 mmol/L |
| Chloride | 104 | 97 - 110 mmol/L |
| Carbon Dioxide | 25 | 21 - 32 mmol/L |
| Anion Gap | 15 | 7 - 19 mmol/L |
| Glucose | 97 | 70 - 99 mg/dL |
| BUN | 15 | 6 - 20 mg/dL |
| Creatinine | 0.94 | 0.67 - 1.17 mg/dL |
| Glomerular Filtration Rate | >90 | >=60 |
| BUN/Cr | 16 | 7 - 25 |
| Calcium | 9.4 | 8.4 - 10.2 mg/dL |
| Bilirubin, Total | 1.6 (H) | 0.2 - 1.0 mg/dL |
| GOT/AST | 25 | <=37 Units/L |
| GPT/ALT | 67 (H) | <64 Units/L |
| Alkaline Phosphatase | 125 (H) | 45 - 117 Units/L |
| Albumin | 4.2 | 3.4 - 5.0 g/dL |
| Protein, Total | 7.6 | 6.4 - 8.2 g/dL |
| Globulin | 3.4 | 2.0 - 4.0 g/dL |
| A/G Ratio | 1.2 | 1.0 - 2.4 |

**TROPONIN I, HIGH SENSITIVITY**

Specimen: Blood, Venous

| Result | Value | Ref Range |
|---|---|---|
| Troponin I, High Sensitivity | <4 | <77 ng/L |

**CBC with Automated Differential (performable only)**

Specimen: Blood, Venous

| Result | Value | Ref Range |
|---|---|---|
| WBC | 7.0 | 4.2 - 11.0 K/mcL |
| RBC | 5.66 | 4.50 - 5.90 mil/mcL |
| HGB | 16.0 | 13.0 - 17.0 g/dL |
| HCT | 51.5 (H) | 39.0 - 51.0 % |
| MCV | 91.0 | 78.0 - 100.0 fl |

FILED DATE: 6/20/2025 12:00 AM 20252002405

| | | |
|---|---|---|
| MCH | 28.3 | 26.0 - 34.0 pg |
| MCHC | 31.1 (L) | 32.0 - 36.5 g/dL |
| RDW-CV | 13.0 | 11.0 - 15.0 % |
| RDW-SD | 43.3 | 39.0 - 50.0 fL |
| PLT | 253 | 140 - 450 K/mcL |
| NRBC | 0 | <=0 /100 WBC |
| Neutrophil, Percent | 59 | % |
| Lymphocytes, Percent | 27 | % |
| Mono, Percent | 9 | % |
| Eosinophils, Percent | 4 | % |
| Basophils, Percent | 0 | % |
| Immature Granulocytes | 1 | % |
| Absolute Neutrophils | 4.1 | 1.8 - 7.7 K/mcL |
| Absolute Lymphocytes | 1.9 | 1.0 - 4.8 K/mcL |
| Absolute Monocytes | 0.6 | 0.3 - 0.9 K/mcL |
| Absolute Eosinophils | 0.3 | 0.0 - 0.5 K/mcL |
| Absolute Basophils | 0.0 | 0.0 - 0.3 K/mcL |
| Absolute Immature Granulocytes | 0.1 | 0.0 - 0.2 K/mcL |

**Radiology Results**

(I will review all radiology final reads completed prior to the end of my scheduled shift)

**No orders to display**

**Clinical Impression & ED Diagnosis 5/24/2025 4:07 PM**

No diagnosis found.

**Disposition**

There is no disposition no dispo time
There is no comment

Scott Mclaughlin, DO
5/24/20252:12 PM

**ED Medication Orders** (From admission, onward)

| Ordered | Start | | Status | Ordering Provider |
|---|---|---|---|---|
| 05/24/25 1157 | 05/24/25 1200 | **acetaminophen (TYLENOL) tablet 650 mg** ONCE | Last MAR action: Given | ALLEGRETTI, JOHN |

FILED DATE: 6/20/2025 12:00 AM 20252002405

If a scribe was used.The documentation recorded by the scribe accurately and completely reflects the service(s) I personally performed and the decisions made by me.

McLaughlin, Scott, DO
Resident
05/24/25 1608

Rodevic A, RN at 5/24/2025 3:36 PM

Patient ate foods brought by his mom.

Patient to X-ray via cart. Patient is alert, awake, in no apparent distress.

Isabella S, RN at 5/24/2025 3:00 PM

After speaking with the pt and then the resident, pt is a poor historian, complaints expressed to nurse were different than what was endorsed to the resident.

Pawel W, RN at 5/24/2025 1:42 PM

```
Bed: H04
Expected date:
Expected time:
Means of arrival:
Comments:
TRIAGE
```

# ED Triage Notes

Biyona B, RN at 5/24/2025 11:36 AM

Pt arriving as walk in for complaints of SOB, CP, cough, "black outs", dizziness, memory issues, and body aches for about 2 weeks. States he got checked for Covid/strep and both came back negative. States that "he closes his eyes and then he wakes up 2 hours later and does not remember what happened and is confused". Pt mother at bedside states that he is on a few psych meds and is also taking tessalon perrles for cough - mother concerned meds may be potentially causing these symptoms. VSS.

MyChart® licensed from Epic Systems Corporation© 1999 - 2025

FILED DATE: 6/20/2025 12:00 AM 20252002405

FILED DATE: 6/20/2025 12:00 AM 20252002405

Advocate Health Care

Now part of ADVOCATE HEALTH

ADVOCATE LUTHERAN GENERAL HOSPITAL
1775 DEMPSTER STREET
PARK RIDGE IL 60068-1143
847-723-2210

**Name:** Daniel Jean-Pierre **DOB:** [redacted]2003 **Current Date:** May 24, 2025

The staff of AdvocateAuroraHealth would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information on how best to care for your illness/injury at home and when to see a physician. If you are looking for a permanent physician for your healthcare needs, please call Health Advisor at 1-800-3-ADVOCATE or the phone number on the back of your insurance card. Health Advisor has bilingual representatives to assist you.

*Patients Please Note: If further time off is required, or a medical clearance to return to work is required, it must be obtained through your primary physician. Return to work clearances and extensions of "Time-Off" will not be given by the Emergency Department.*

Given the multitude of health plans and insurance coverage, we recommend that you check with your primary care physician and/or Health Plan to make sure that your referral, if necessary, will be covered by your insurance.

The ED physician reviewed your current medication(s) and considered them during treatment, prescribing, and at discharge. If you are taking any other medication(s) that you did not inform the ED physician about, please consult your primary care physician.

We hope that you leave our Emergency Department believing that we provided you with very good care.

**Your Opinion Matters To Us**

You may receive a survey phone call, email or text about your experience with us. We greatly appreciate you completing the survey. We use your valuable feedback to improve the care that we deliver and your responses are very important to us. .

FILED DATE: 6/20/2025 12:00 AM 20252002405

# AFTER VISIT SUMMARY

Advocate Health Care

**Daniel Jean-Pierre** DoB: [redacted]/2003

5/24/2025 LUTHERAN GENERAL HOSPITAL EMERGENCY DEPT 847-723-5155

## Instructions

Follow-up with your primary care physician, Poozhikunnel, Ashokmathew T, DO, for further management of your allergies and cough. Follow-up with Curry, Chelsea, MD, psychiatrist, for further management and tailoring of psychiatric medications possibly contributing to muscle pains. Return to emergency department if muscle pains become severe, you become hyperreflexive, or become unable to move extremities.

### Read the attached information

1. Allergies, Controlling Home Allergens (English)
2. Chronic Cough, Uncertain Cause (English)
3. Myalgias (English)

### Schedule an appointment with Ashokmathew T Poozhikunnel, DO as soon as possible for a visit

Why: For further management and treatment of allergies.
Specialty: Internal Medicine
Contact: 77 Rand Road
Des Plaines IL 60016
847-298-0310

### Schedule an appointment with Chelsea A Curry, MD as soon as possible for a visit

Why: For further management of psych medications to see if contributing to muscle pains.
Specialty: Psychiatry
Contact: 1875 DEMPSTER ST
STE 470
Park Ridge IL 60068
847-795-3100

## Today's Visit

You were seen by Ryan Greene, MD and Scott McLaughlin, DO

FILED DATE: 6/20/2025 12:00 AM 20252002405

# Today's Visit (continued)

## Diagnoses

- Persistent cough
- Bronchospasm
- Seasonal allergies
- Muscle pain

## Lab Tests Completed

CBC with Automated Differential (performable only)
Comprehensive Metabolic Panel
TROPONIN I, HIGH SENSITIVITY

## Imaging Tests

Electrocardiogram (ECG)
XR CHEST AP OR PA

## Medications Given

acetaminophen (TYLENOL) Last given at 11:58 AM

| | | |
|---|---|---|
| Blood Pressure 150/95 | BMI 40.29 | Weight 265 lb |
| Height 5' 8" | Temperature 97.7 °F | Pulse 95 |
| Respiration 20 | Oxygen Saturation 97% | BSA 2.3 $m^2$ |

FILED DATE: 6/20/2025 12:00 AM 20252002405

# What's Next

JUN
7
2025

## Physical exam with Ashokmathew Poozhikunnel, DO

Saturday June 7 9:20 AM (Arrive by 9:05 AM)

• Please bring a current picture ID, insurance card, co-pay if one is due and a list of medications.
• Up to two visitors, patient support people or chaperones may accompany the patient to their appointment. Visitors must be over the age of 18 and authorized by the patient/caregiver.
Pediatric Patients:
• A parent/guardian or adult authorized to accompany an established pediatric patient must be present.
• A non-parent/guardian can bring in the pediatric patient if an Authorization of Treatment of Minor form was completed by the parent/legal guardian. The patient may be turned away if there isn't a form on file.
• Bring a copy of your child's immunization records.
• In accordance with the Centers for Disease Control and Prevention (CDC) and the American Academy of Pediatrics (AAP), our policy requires new patients to have all childhood immunizations.

Advocate Medical Group Des Plaines 77 Rand Rd
77 RAND ROAD
DES PLAINES IL 60016-1005
847-298-0310

# Disclaimer

Follow-up Care: It is your responsibility to arrange for follow-up care with your healthcare provider or as instructed. Call to get an appointment time.

# Preventive care and screening

Your blood pressure was **(!) 150/95** today. If your blood pressure is higher than 120/80, we recommend follow up with your primary care provider to obtain basic health screening, including reassessment of your blood pressure, within three months.

# What to Do with Your Medications

No changes were made to your prescriptions during this visit.

FILED DATE: 6/20/2025 12:00 AM 20252002405

# AdvocateHealth Community Resource Hub by Findhelp

AdvocateAurora Health Community Resource Hub: From food pantries to clothes for work, this provides an easy way to access local programs and services. https://advocateauroracommunity.org

# Changes to Your Medication List

You have not been prescribed any medications.

# Patient Portal

View your After Visit Summary and more at https://www.advocatehealth.org/livewell.

FILED DATE: 6/20/2025 12:00 AM 20252002405



## Reducing Allergens in the Home

Allergens are things in the environment that can trigger allergic reactions. They can make you feel sick in many ways. If you have asthma, allergies can make it worse.

Reducing allergens in your home is important so you can breathe easier and feel better.

## Health Issues Caused by Allergens

Common health issues caused by allergens include:

- Sneezing
- Itchy, watery eyes
- Stuffy or runny nose
- Itchy rashes, like eczema and hives
- Trouble breathing, coughing, or wheezing



**Dust mites are invisible to the naked eye.**

## What Are Common Home Allergens?

Most allergens are so small that you cannot see them. They can cause real problems for your health. Some of the most common allergens in homes include:

- **Dust mites:** These are tiny bugs that live in dust, and especially like mattresses.

FILED DATE: 6/20/2025 12:00 AM 20252002405

- **Pet dander:** Tiny flakes of skin shed from animals like cats and dogs.
- **Mold:** Fungi can grow in damp places, like bathrooms and kitchens.
- **Pollen:** Small particles from plants can come into your home.
- **Cockroaches:** Their droppings can cause allergic reactions.
- **Smoke:** Cigarettes or wood-burning fireplaces can make allergies worse.



**Allergy-proof mattress and pillow covers can help with dust mite allergies.**

## How Can I Control Allergens in My Home?

There are many ways you can reduce allergens. Here are some tips.

## Bedroom

- Use mattress and pillow covers that are allergy-proof.
- Wash your sheets and blankets in hot water once a week.
- If your child has allergies, be sure to wash their stuffed animals.
- Try to avoid having pets in your bedroom.

## Furniture and Windows

- Choose smooth-surfaced furniture like leather instead of fabric-covered furniture that collects dust.
- Wash or vacuum curtains often to keep them free of dust.

FILED DATE: 6/20/2025 12:00 AM 20252002405

- Use roller shades instead of blinds, which collect dust.
- Dust with a damp cloth to trap allergens instead of spreading them.
- Keep windows closed during the spring, when pollen is bad, and fall, when mold is bad outside.

## Floors

- Use a vacuum with a special HEPA filter that traps small particles.
- If possible, avoid carpets, which trap dust and allergens. Choose hard flooring like wood or tile.
- Mop floors with a damp mop to reduce dust.

## Air Quality

- Use an air purifier with a HEPA filter in the rooms you spend the most time in, like the living room and bedroom.
- Change the filters in your air conditioner or heater regularly, every 3 to 6 months.
- Make sure your home is not too humid, as this will encourage mold growth. Keep humidity below 50%. If it is high, a dehumidifier can help.
- Avoid perfumed products, especially air fresheners, which can make allergies worse. They perfume the air but do not clean it. Using them regularly in the home is the equivalent of smoking 1 pack of cigarettes daily.

## Pets

- Bathe pets weekly to reduce dander.
- Keep pets out of your bedroom and off furniture.
- Wash pet bedding often. Wash your hands often, including after playing with pets.

## Bathrooms and Kitchen

- Use a fan or open a window to reduce moisture after showering or cooking.
- Clean mold from surfaces with a solution of half water and half vinegar.
- Fix any leaks under sinks or in the roof or basement right away to prevent mold growth.
- Clean food and crumbs off kitchen counters promptly to avoid attracting cockroaches.
- If you find cockroaches, try traps from the hardware store or call an exterminator. Inspect the outside of your house for cracks through which stink bugs and other insects can enter.

FILED DATE: 6/20/2025 12:00 AM 20252002405

## Other Precautions

- **Smoking:** Do not allow smoking in your home. Cigarette smoke makes allergies and asthma worse.
- **Wood-burning fireplaces:** Use these less often or switch to a gas fireplace if possible.
- **Vacuum cleaner dust:** It may help to wear a mask when vacuuming and choose a vacuum with a HEPA filter.

## When to Contact Your Care Team

Call your care team if:

- You feel like your allergy symptoms are getting worse.
- Allergy medications are not helping as much as they used to. Skin or blood tests can help determine which allergens are most likely causing your symptoms.
- You are having trouble sleeping because of your allergies.

## When to Call 911 or Go to an Emergency Room

Get help right away if:

- You have trouble breathing that does not get better with your usual medications.
- You have chest pain, blue lips, difficulty speaking, or feel like you cannot catch your breath.

## Thank You for Choosing Us

Thank you for trusting us with your care. We are here to support you and want you to feel your best. If you have any questions, please contact us.

IF YOU HAVE A MEDICAL EMERGENCY, CALL 911 OR GO TO THE EMERGENCY ROOM.

The information presented is intended for general information and educational purposes. It is not intended to replace the advice of your health care provider. Contact your health care provider if you believe you have a health problem.

Last updated December 2024

© 2025 Mytonomy, Inc. All rights reserved.

FILED DATE: 6/20/2025 12:00 AM 20252002405



## Understanding a Chronic Cough

Most people have had a cough at some point in their life. It is often caused by a cold and lasts for about 2 weeks after the cold is over. A chronic cough is different. It lasts more than 8 weeks. There can be many reasons for a chronic cough, and it may take time to find the cause.



## Signs and Symptoms of a Chronic Cough

You may have:

- A cough lasting longer than 8 weeks
- More coughing after lying down or eating
- Frequent clearing of the throat
- A sore or scratchy throat
- Hoarseness or a raspy voice
- Heartburn or a burning feeling in the chest
- Trouble sleeping due to coughing

## Why Does a Chronic Cough Happen?

FILED DATE: 6/20/2025 12:00 AM 20252002405

A chronic cough can have many causes. Finding the cause will help your care team pick the best treatment for you. Possible causes include:

- **Postnasal drip:** Mucus drips from your nose into your throat, making it sore. This happens with allergies, colds, or sinus infections. Dust, smoke, or pollen can make it worse. It is often worse at night when lying down.
- **Smoking:** Smoking hurts your lungs. It can cause a type of chronic cough called a smoker's cough.
- **Medicines:** Some blood pressure medicines, like enalapril, lisinopril, and captopril can cause a dry cough. Do not stop your medicine without talking to your care team.
- **Asthma:** Asthma causes swelling in the airways, making breathing hard. It can also cause coughing. This can happen more at night or after exercise.
- **Gastroesophageal reflux disease:** Also known as GERD, this is when acid from your stomach goes into your throat. This causes irritation and a cough.
- **Chronic bronchitis:** Also called COPD, chronic bronchitis often comes from smoking or pollution. It causes swelling in the airways and a wet cough.
- **Infections:** Infections that can cause a cough include viruses like the common cold, pneumonia, whooping cough, or tuberculosis. Some infections can cause a cough that stays after you feel better.
- **Environmental irritants:** Pollution, dust, chemicals, or mold can irritate your lungs and cause a cough.
- **Obstructive sleep apnea:** Also called OSA, this causes breathing pauses during sleep. OSA can irritate the airways and cause coughing.
- **Heart conditions:** Heart problems can push fluid into the lungs. This causes a wet cough. If this is a concern, your care team may suggest tests for your heart.

## Diagnosis

Your care team may have completed or ordered some of the following:

- A physical exam to listen to your lungs and check your throat
- Imaging tests, like a chest X-ray
- Lung function tests to check for asthma or other lung problems
- Allergy testing to see if allergies may be causing postnasal drip

FILED DATE: 6/20/2025 12:00 AM 20252002405

- Acid reflux testing to check if GERD is causing your cough

If your cough does not improve in 7 to 14 days, your care team may do more testing. Keep all appointments so your care team can check symptoms and adjust treatments.

## Treatments for a Chronic Cough

With the right treatment, many chronic coughs get better or go away. Some coughs take longer to stop. Your care team will help find the right plan for you.

Here are some things that may help for each of the causes we looked at above:

- **Postnasal drip:** Drinking warm liquids or using a humidifier may help. You can also try raising the head of your bed when you sleep. Over-the-counter allergy medicines may also help.
- **Smoking:** The best way to stop a smoker’s cough is to quit smoking. Your care team can suggest ways to quit. Aids like nicotine patches, nicotine gum, or other prescription medicines can help.
- **Medicines:** If your medicine may be a cause, talk to your care team. Do not stop your medicine without talking to your care team.
- **Asthma:** Inhalers and other medicines help open your airways. Avoiding triggers like smoke or strong scents may also help.
- **Gastroesophageal reflux disease:** You can try raising the head of your bed when you sleep. Eating smaller meals and not eating before bed may also help. You can also talk to your care team about antacid medicine.
- **Chronic bronchitis:** Inhalers or other medicines may help.
- **Infections:** If your care team finds you have a bacterial infection, you will need antibiotics to get better. Always finish all the antibiotics, even if you feel better.
- **Environmental irritants:** Staying away from irritants may help your cough.
- **Obstructive sleep apnea:** If your care team finds you have sleep apnea, you can talk to them about a treatment called continuous positive airway pressure, or CPAP.
- **Heart conditions:** In some cases, your care team may suggest tests for your heart.

## Things You Can Do to Help

- **Take any medicines as prescribed:** Follow instructions for any medicine. Let your care team know if you stop.

FILED DATE: 6/20/2025 12:00 AM 20252002405

- **Drink water:** Staying hydrated helps keep your throat moist and may reduce coughing. It also helps break up phlegm and mucus.
- **Avoid smoking or other irritants:** Avoid strong smells or smoke. They can worsen your cough.
- **Follow specific treatments:** If your care team has found the cause of your cough, follow the treatments for that cause.

## How to Protect Others

- Cover your mouth when coughing to prevent spreading germs if your cough is due to an infection.
- Wash your hands often to help keep germs from spreading.



## When to Contact Your Care Team

Call if you have any of these symptoms:

- Some wheezing at times
- Fever over 100.4°F or 38°C
- Coughing up thick, green, or yellow mucus
- Sweating at night that soaks clothes
- Unexplained weight loss or other symptoms

FILED DATE: 6/20/2025 12:00 AM 20252002405

## When to Call 911 or Go to the Emergency Room

Get help right away if you:

- Have trouble breathing
- Have wheezing that does not stop
- Are coughing badly and cannot catch your breath
- Cough up blood

## Thank You for Choosing Us

Thank you for trusting us with your care. We are here to support you and want you to feel your best. Contact us with any questions.

IF YOU HAVE A MEDICAL EMERGENCY, CALL 911 OR GO TO THE EMERGENCY ROOM.

The information presented is intended for general information and educational purposes. It is not intended to replace the advice of your health care provider. Contact your health care provider if you believe you have a health problem.

Last updated December 2024

© 2025 Mytonomy, Inc. All rights reserved.

FILED DATE: 6/20/2025 12:00 AM 20252002405

## Understanding Muscle Pain

Muscle pain or aches are called myalgia. It might make your muscles hurt when you move. You may feel weak, have cramps, or your muscles may feel stiff. Myalgia can make it hard to do things you enjoy, like playing, exercising, or even relaxing.



## Why Do I Have Muscle Pain?

There are different reasons why you might have muscle pain. Here are some common causes:

- **Injury or overuse:** If you have been lifting heavy things or exercising a lot, your muscles might get sore from working too hard.
- **Infections:** Sometimes, when you have a cold or the flu, your muscles can hurt all over.
- **Swelling:** Conditions like arthritis can make your muscles swell up, causing pain.
- **Nutrition problems:** If your body does not get enough vitamins and minerals, you might feel muscle pain.
- **Anxiety:** Feeling worried or stressed can make your muscles feel tight or achy.
- **Medications:** Some drugs, such as medicines that lower fats or fight cancer, may cause muscle pain as a side effect.

FILED DATE: 6/20/2025 12:00 AM 20252002405

## Testing and Diagnosis

Your care team will ask what kind of pain you feel, how long you have had it, and what makes the pain better or worse. They might also do some tests to find out more. Here are some tests for muscle pain:

- **Lab tests:** These can find muscle damage, infections, and other signs of illness. They may include blood and urine tests.
- **Electromyography, also called EMG:** This test measures how well your muscles and nerves are working together.
- **Nerve conduction studies, also called NCS:** These check if your nerves are sending signals to your muscles in the normal way.
- **MRI or CT scans:** These give pictures of your muscles to see if there are any injuries or other problems.
- **Ultrasound:** This can show if there is a tear or other damage to your muscles.
- **Muscle biopsy:** A small piece of muscle may be tested to check for disease.
- **Genetic testing:** If your care team thinks your muscle pain might have been passed down by your parents, they may suggest this test.

## How Can I Feel Better?

Your care team is here to help you feel better. Depending on what is causing your muscle pain, they may suggest different treatments, including:

- **Pain medicines:** Medicines can help reduce pain. Common ones are acetaminophen, brand name Tylenol®, or ibuprofen, brand Advil® or Motrin®. Tell your care team first if you take blood thinners, have a history of bleeding or stomach ulcers, or have a history of kidney or liver disease.
- **Antidepressants:** Depression medicines can sometimes help if your muscle pain does not go away.
- **Anti-seizure medicines:** These are sometimes used to treat muscle pain related to your nerves.
- **Physical therapy:** A physical therapist can create a special plan of gentle exercises to make your muscles stronger and help with pain.

## Other Treatments

FILED DATE: 6/20/2025 12:00 AM 20252002405

If some of the above treatments do not work, there are other things to try, including:

- **Massage therapy:** Getting a massage may help loosen tight muscles.
- **Acupuncture:** Some people find that acupuncture helps relieve their pain.
- **Cognitive behavioral therapy, called CBT:** This type of therapy can help you learn ways to manage your pain by changing how you think about it.

## Lifestyle Changes



- **Gentle exercise:** Walking, swimming, or other low-impact exercises can help your muscles without making the pain worse.
- **Heat and cold therapy:** You can use a warm heating pad to soothe sore muscles or an ice pack to bring down swelling.

## Thank You for Choosing Us

Thank you for trusting us with your care. We are here to support your recovery. If you have questions, please contact your care team.

IF YOU HAVE A MEDICAL EMERGENCY, CALL 911 OR GO TO THE EMERGENCY ROOM.

The information presented is intended for general information and educational purposes. It is not intended to replace the advice of your health care provider. Contact your health care provider if you believe you have a health problem.

Last updated January 2025

FILED DATE: 6/20/2025 12:00 AM 20252002405

© 2025 Mytonomy, Inc. All rights reserved.

# Medication Safety: What you need to know

**Maintain Security - It is important to keep all medications in a secure location:**

Keep out of the reach of children and pets

Consider using a lock box or locked filing cabinet

Place pill bottles in private area such as bedroom or drawer

**Don't Share - It is illegal to share your prescription medication, even with family:**

The doctor prescribes medications specifically for you and your body

You cannot be sure how the drug may affect others physically or emotionally

It is a criminal offense to share prescriptions

**Proper Disposal - It is no longer acceptable to flush or throw away medications:**

Recent studies show measurable amounts of medication have been found in drinking water and wildlife due to flushing or throwing away medications

Medication strength changes over time and is not typically safe after one year

Proper disposal removes the medication from your home in a safe way so that others don't have access to it. Use your local drug drop site.

Your local pharmacy can provide information on medication disposal options in your community. The Department of Justice Drug Enforcement Administration website also has information on safe medication disposal:
**www.deadiversion.usdoj.gov/drug_disposal/index.html**

# Advance Directive

An advance directive is the plan you make for future healthcare. In this plan you may:

- Simply provide instructions about the choices you would prefer for future healthcare.
- Appoint another person or persons who would make your healthcare decisions if you were unable to make them yourself.

For more information and to create your own Advance Directive, ask your provider, scan (QR code), or link to (URL)

FILED DATE: 6/20/2025 12:00 AM 20252002405

# Advance Directive (continued)

Advance Care Planning

Exhibit T

Primary Care Visit – June 7, 2025
(Follow-up medical visit documenting ongoing symptoms including myalgia, persistent cough, and elevated blood pressure (128/79). Problem list includes severe recurrent major depression without psychotic features and abnormal liver function. Confirms lasting medical impact aligned with Discover's post-lawsuit conduct and consumer harm)

FILED DATE: 6/20/2025 12:00 AM 20252002405

Advocate Medical Group

# AFTER VISIT SUMMARY

**Daniel Jean-Pierre** MRN: 6066883

6/7/2025 9:20 AM Advocate Medical Group Des Plaines 77 Rand Rd 847-298-0310

## Instructions from Ashokmathew Poozhikunnel, DO

- can look up Dr Matthew Snowdon for new pirmary care if you need to later on

-can see Dr Robert Reed for psychiatry

SERVICE TO BEHAVIORAL HEALTH (Robert Reed, MD)
Address: 1875 DEMPSTER ST STE 470 PARK RIDGE IL 60068
Phone: 847-795-3100
Expires: 6/7/2026 (requested)

## Today's Visit

You saw Ashokmathew Poozhikunnel, DO on Saturday June 7, 2025 for:

- Physical

The following issues were addressed:

- Severe recurrent major depression without psychotic features
- Autism spectrum disorder

| | | | |
|---|---|---|---|
| Blood Pressure 128/79 | BMI 40.22 | Weight 264 lb 8.8 oz | Height 5' 8" |
| Temperature (Oral) 98.2 °F | Pulse 85 | Oxygen Saturation 99% | |

## What's Next

You currently have no upcoming appointments scheduled.

## Problem List as of 6/7/2025

**Myopia of both eyes**
**Severe recurrent major depression without psychotic features**
**Vitamin D deficiency**
**GAD (generalized anxiety disorder)**
**Autism spectrum disorder**
**Abnormal LFTs**
**Acute cough**
**Persistent dry cough**

FILED DATE: 6/20/2025 12:00 AM 20252002405

## Problem List (continued) as of 6/7/2025

| |
|---|
| **Myalgia** |
| **Elevated blood pressure reading without diagnosis of hypertension** |

# Immunizations History Administered as of 6/7/2025

| Name | Date |
|---|---|
| **COVID Pfizer 12Y+ (Requires Dilution)** | 1/24/2022, 6/4/2021, 5/14/2021 |
| **DTaP** | 4/11/2005 12:00 AM, 4/7/2004 12:00 AM, 2/9/2004 12:00 AM, 12/10/2003 12:00 AM |
| **DTaP/IPV** | 4/22/2009 12:00 AM |
| **HPV 9-Valent** | 7/2/2018 6:08 PM, 6/30/2017 10:00 AM |
| **Hep A, ped/adol, 2 dose** | 7/2/2018 6:07 PM, 6/30/2017 10:01 AM |
| **Hep B, adult** | 1/12/2005 12:00 AM, 2/9/2004 12:00 AM, 12/10/2003 12:00 AM |
| **Hib (PRP-T)** | 1/12/2005 12:00 AM, 2/9/2004 12:00 AM, 12/10/2003 12:00 AM |
| **IPV** | 4/11/2005 12:00 AM, 4/7/2004 12:00 AM, 12/10/2003 12:00 AM |
| **Influenza, split virus, quadrivalent** | 12/28/2012 3:03 PM |
| **Influenza, split virus, quadrivalent, PF** | 9/18/2017 2:49 PM |
| **Influenza, split virus, trivalent** | 10/26/2007 12:00 AM |
| **Influenza, split virus, trivalent, PF** | 10/15/2011 10:19 AM |
| **MMR** | 4/22/2009 12:00 AM, 10/6/2004 12:00 AM |
| **Meningococcal B, OMV** | 9/25/2021, 7/29/2021 7:31 PM |
| **Meningococcal Conjugate MCV4O** | 6/30/2020 |
| **Meningococcal Conjugate MCV4P (Menactra)** | 7/20/2015 10:36 AM |
| **Pneumococcal PPV** | 1/12/2005 12:00 AM, 10/6/2004 12:00 AM, 4/7/2004 12:00 AM, 2/9/2004 12:00 AM |
| **Tdap** | 7/20/2015 10:36 AM |
| **Varicella** | 4/22/2009 12:00 AM, 10/6/2004 12:00 AM |

# You are Allergic to:

| Allergen | Reactions |
|---|---|
| **Metformin** | DIARRHEA<br>NAUSEA |
| **Seasonal** | Other (See Comments) |

# Test Results in LiveWell

In compliance with the 21st Century CURES Act, Advocate Aurora Health is making most laboratory and imaging results as well as provider notes available shortly after completion through the LiveWell application (formerly known as MyAdvocateAurora).

Advocate Aurora Health supports this transparency. However, it is important to be aware that these results are written for medical documentation and communication and are not summarized for people without medical training. So, you may find the reports confusing.

As always, interpretation of the results and any required follow-up steps will be provided by your care team, either via LiveWell, phone, or at your next appointment. However, due to this change, you may see your results before your care team has reviewed the results and contacted you.

FILED DATE: 6/20/2025 12:00 AM 20252002405

## Test Results in LiveWell (continued)

If you review your results and have any concerns that need to be addressed before you've heard from your care team, please call the office.

## IF YOU ARE IN MENTAL HEALTH CRISIS AND NEED IMMEDIATE HELP:

Please call or text 988

## AdvocateHealth Community Resource Hub by Findhelp

AdvocateAurora Health Community Resource Hub: From food pantries to clothes for work, this provides an easy way to access local programs and services. https://advocateauroracommunity.org

## Patient Portal

View your After Visit Summary and more at https://www.advocatehealth.org/livewell.

FILED DATE: 6/20/2025 12:00 AM 20252002405

# Your Medication List as of June 7, 2025 10:03 AM

ⓘ If you have any questions, ask your nurse or doctor.

| | |
|---|---|
| **albuterol** 108 (90 Base) MCG/ACT inhaler | Inhale 2 puffs into the lungs every 4 hours as needed. |
| **budesonide-formoterol** 160-4.5 MCG/ACT inhaler<br>Commonly known as: SYMBICORT | INHALE 2 PUFFS BY MOUTH TWICE DAILY. RINSE MOUTH AFTER USE |
| **cyclobenzaprine** 10 MG tablet<br>Commonly known as: FLEXERIL | Take 1 tablet by mouth 3 times daily as needed for Muscle spasms. |
| * **fluoxetine** 40 MG capsule<br>Commonly known as: PROzac | TAKE 1 CAPSULE (40 MG TOTAL) BY MOUTH DAILY. |
| * **FLUoxetine** 20 MG capsule<br>Commonly known as: PROzac | Take 20 mg by mouth daily. |
| **hydrOXYzine** 25 MG tablet<br>Commonly known as: ATARAX | Take 25 mg by mouth 3 times daily as needed. |
| **lamoTRIgine** 100 MG tablet<br>Commonly known as: LaMICtal | Take 0.5 tablets by mouth in the morning and 0.5 tablets before bedtime. |
| **naproxen** 500 MG tablet<br>Commonly known as: NAPROSYN | TAKE 1 TABLET BY MOUTH TWICE A DAY AS NEEDED FOR PAIN |
| **QUEtiapine** 50 MG tablet<br>Commonly known as: SEROquel | Take 1 tablet by mouth nightly. |

*** This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

Filed
6/23/2025 1200am
CIRCUIT CLERK
COOKCOUNTY, IL
20252002405

| Exhibit | Title | Description |
|---|---|---|
| U | SSA Statement (April 12, 2025) – Psychological & Financial Impact of Discover Dispute | I submitted to Disability Determination Services on April 12, explaining how the situation with Discover was impacting my mental health and functioning. I had already spent over 40 hours dealing with it at that point. |
| V | Credit Report as of 6/20/2025 | Discover Tradeline Still Reporting Despite Active Lawsuit |

Exhibit U

SSA Statement (April 12, 2025) – Psychological & Financial Impact of Discover Dispute
(I submitted to Disability Determination Services on April 12, explaining how the situation with Discover was impacting my mental health and functioning. I had already spent over 40 hours dealing with it at that point.)

**Daniel Jean-Pierre**
1878 Fargo Ave
Des Plaines,IL 60018
April 12, 2025

Disability Determination Services
705 North Wheeling Rd
Mount Prospect, IL 60056

**RE: Supplemental Evidence – Psychological Impact of Financial Trauma**
**SSN (Last 4 Digits): [XXX-XX-1686]**

Dear SSA Representative,

I am submitting this brief statement to include as additional evidence of how my disability affects my mental health and day-to-day functioning.

Recently, I was involved in a high-stress dispute with Discover Financial Services. Despite freezing my credit, following procedures, and submitting multiple CFPB complaints (Complaint #250411-20025962), Discover re-added the disputed balance to my account and claimed I now owe $405.10. I have spent over 40 hours trying to resolve this, and it has caused immense emotional strain.

I believe this may be retaliation for earlier complaints I filed in March 2025. This experience left me feeling terrified, overwhelmed, and close to hospitalization. My support team (including my mother and school disability advisors) advised me not to take further action until CFPB responds.

This situation demonstrates how even routine adult responsibilities can lead to breakdowns in my mental health and functioning. I live in constant fear of retaliation, miscommunication, and system failures — and when those things happen, they destabilize me completely.

Thank you for including this in my disability evaluation.

Sincerely,
**Daniel Jean-Pierre**

Exhibit V

Credit Report as of 6/20/2025
(Discover Tradeline Still Reporting Despite Active Lawsuit)

EQUIFAX®

Credit Report

Date: June 20, 2025
Confirmation # 5171617464

Prepared for:

**DANIEL JEAN-PIERRE**

## DID YOU KNOW?

*If you find something in your report that looks like a mistake, contact us at* ***equifax.com/personal/disputes*** *or call 888-EQUIFAX (888-378-4329) to start a new dispute or check the status of your dispute.*

*There are many types of consumer reporting agencies, including credit bureaus and specialty agencies. A list can be found by accessing the CFPB's website at:* ***consumerfinance.gov/consumer-tools/credit-reports-and-scores/consumer-reporting-companies/companies-list***
*Looking for telecommunications, pay TV, and utility data? That information is maintained by a different company, the National Consumer Telecom and Utilities Exchange (NCTUE), and can be accessed at:* ***nctue.com/consumer***

Prepared for:

**DANIEL JEAN-PIERRE**

EQUIFAX®

Date: June 20, 2025
Confirmation # 5171617464

# An Overview of Your Credit Report

Your credit report provides different types of information, including:

**Personal Information**
This section includes your name (including any former names), current and previous addresses and phone numbers, employment data, Social Security number, and birthdate. Personal information is provided by you or your lenders and creditors. While this information is not used to calculate credit scores it is important to check for typos and any unfamiliar information.

**Consumer File Notices**
Notices on your credit report can include fraud and active duty alerts, security freezes or locks, and opt-outs of receiving prescreened offers of credit or insurance. You can also choose to add a consumer statement to your credit report to provide an explanation for why you missed a payment or why you believe something is being reported incorrectly. For more information on these consumer added notices **visit equifax.com/personal/help/.**

**Account Information**
Your credit report can include all types of credit accounts, such as revolving accounts, mortgage accounts, and any other installment loans or open lines of credit. When reviewing your account information, make sure accounts listed belong to you and look for the following:

- **Account Status:** See if an account is open, closed, paid on time, or past due. Closed accounts should have no money owed.
- **Payment History:** Check if you made payments on time for each account. Paying on time helps your credit, while late or missed payments hurt it. Payment history is provided, where available, for each account. To view up to 24 months of your historical payment and balance data, log in to your 'myEquifax' account at www.myequifax.com.
- **Credit Limits and Balances:** Look at the credit limits on credit cards and compare them to what you owe. It's better to keep the balance low compared to the limit. This helps improve your credit.
- **Account Types:** Notice the different kinds of credit accounts you have (like credit cards, loans, mortgages). Having a mix of account types is good for your credit.

**Negative Information (Collections and Bankruptcy Public Records)**
Be aware of any negative details such as late payments, debts that were given up on, or money owed to collections. Bankruptcies may also be shown on your credit report. These negative items can hurt your credit score. If there's something there, make sure it’s correct and up to date.

**Inquiries**
This section shows who accessed your credit report and when. Too many hard inquiries can negatively impact your credit score and any unfamiliar inquiries may be a sign of identity theft.

---

**If you find information you believe to be incorrect, you may visit us at equifax.com/personal/disputes or call us at 888-EQUIFAX (888-378-4329) to submit a dispute.** You may also mail your dispute request to: Equifax | PO Box 740241 | Atlanta, GA 30374

Note: When you provide documents to Equifax as part of your dispute, including a letter, the documents may be submitted to one or more companies whose information are the subject of your dispute.

Prepared for:

**DANIEL JEAN-PIERRE**

EQUIFAX®

Date: June 20, 2025
Confirmation # 5171617464

# Your Credit Report

## Summary

A quick view of key information contained in your Equifax Credit Report.

| | |
|---|---|
| **Report Date** | June 20, 2025 |
| **Average Account Age** | 1 Years, 7 Months |
| **Length of Credit History** | 2 Years, 10 Months |
| **Oldest Account** | MISSOURI HIGHER EDUCATION LOAN \| August 2022 |
| **Most Recent Account** | CAPITAL ONE BANK USA NA \| October 2024 |

# Personal Information

Creditors use your personal information to identify you. This information has **no impact** on your credit score.

**DANIEL JEAN-PIERRE**

101A NEBRASKA HALL, WASHINGTON, DC 20016
Social Security Number: **XXX-XX-1686**
Date of Birth: [redacted]**/2003**

**Former Name(s):**
DANIEL JEANPIERRE

**Employment Information:**
None

**Consumer File Notices:**
Initial Fraud Alert on your credit report
Security Freeze in Place

**Former Address(es):**
4400 MASSACHUSETTS AVE NW, WASHINGTON, DC 20016
1878 FARGO AVE, DES PLAINES, IL 60018
9670 LOIS DR APT C, DES PLAINES, IL 60016
2075 MAPLEWOOD CIR, NAPERVILLE, IL 60563

**Former Phone Number(s):**
None

**Alert Contact Information:**
Alert Type: **Initial**
Address: **-**
Phone Number: **(312) 221-2027**
Date Reported: **05/13/2025**
Expiration Date: **05/13/2026**

**Consumer Statement**
No Statement on file.

Prepared for:

**DANIEL JEAN-PIERRE**

EQUIFAX

Date: June 20, 2025
Confirmation # 5171617464

# Credit Accounts

This includes all types of credit accounts, such as revolving accounts, mortgage accounts, and any other installment loans or open lines of credit.

## DISCOVER CARD

PO BOX 30939, SALT LAKE CITY, UT 841300939 | (800) 347-2683
Account Number: ***2089** | Owner: **Individual Account**
Loan/Account Type: **Credit Card** | Status: **Pays As Agreed**

Date Reported: **06/05/2025** | Balance: **$423**
Credit Limit: **$500** | High Credit: **$443**

Date Opened: **06/21/2024**
Date of Last Activity: **06/05/2025**
Scheduled Payment Amount: **$70**
Actual Payment Amount: ▪
Date of Last Payment: **04/07/2025**
Term Duration: ▪

Date of 1st Delinquency: ▪
Date Major Delinquency 1st Reported: ▪
Amount Past Due: ▪
Charge Off Amount: ▪
Date Closed: ▪
Activity Designator: ▪

Terms Frequency: **Monthly**
Months Reviewed: **10**
Deferred Payment Start Date: ▪
Balloon Payment Amount: ▪
Balloon Payment Date: ▪
Narrative Code(s): **167, 002**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ |
| 2024 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | ▪ | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 05/25 | $413 | $35 | ▪ | 04/07/2025 | ▪ | $443 | $500 | 167, 002, 233 |
| 03/25 | $430 | $35 | ▪ | 02/07/2025 | ▪ | $443 | $500 | 002, 233 |
| 02/25 | $409 | $35 | ▪ | 01/19/2025 | ▪ | $443 | $500 | 002, 233 |
| 01/25 | $391 | $35 | ▪ | 12/27/2024 | ▪ | $443 | $500 | 002, 233 |
| 12/24 | $440 | $35 | ▪ | 11/05/2024 | ▪ | $443 | $500 | 002, 233 |
| 11/24 | $443 | $35 | ▪ | 10/06/2024 | ▪ | $443 | $500 | 002, 233 |
| 10/24 | $420 | $35 | ▪ | 09/06/2024 | ▪ | $420 | $500 | 002, 233 |
| 09/24 | $265 | $35 | ▪ | 08/23/2024 | ▪ | $265 | $500 | 002, 233 |
| 08/24 | $235 | $35 | ▪ | 07/26/2024 | ▪ | $235 | $500 | 002, 233 |
| 07/24 | $0 | ▪ | ▪ | ▪ | ▪ | $0 | $500 | 002, 233 |

| Narrative Code | Narrative Code Description |
|---|---|
| 167 | Consumer Disputes After Resolution |
| 002 | Credit Card |
| 233 | Amount in High Credit Column is Credit Limit |

Prepared for:

**DANIEL JEAN-PIERRE**

EQUIFAX®

Date: June 20, 2025
Confirmation # 5171617464

## Bank of America

PO Box 982238, El Paso, TX 799982238 | (800) 421-2110
Account Number: ***4275** | Owner: **Individual Account**
Loan/Account Type: **Credit Card** | Status: **Pays As Agreed**

Date Reported: **05/27/2025** | Balance: **$1,333**
Credit Limit: **$1,500** | High Credit: **$1,469**

Date Opened: **10/19/2023**
Date of Last Activity: **05/27/2025**
Scheduled Payment Amount: **$36**
Actual Payment Amount: ■
Date of Last Payment: **05/23/2025**
Term Duration: ■

Date of 1st Delinquency: ■
Date Major Delinquency 1st Reported: ■
Amount Past Due: ■
Charge Off Amount: ■
Date Closed: ■
Activity Designator: ■

Terms Frequency: **Monthly**
Months Reviewed: **19**
Deferred Payment Start Date: ■
Balloon Payment Amount: ■
Balloon Payment Date: ■
Narrative Code(s): **002**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ✓ | ✓ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due | **90** | 90 Days Past Due | **120** | 120 Days Past Due |
| **150** | 150 Days Past Due | **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** | Foreclosure | **C** | Collection Account |
| **CO** | Charge Off | **B** | Included in Bankruptcy | **R** | Repossession | **TN** | Too New to Rate | ■ | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 04/25 | $1,357 | $36 | ■ | 04/23/2025 | ■ | $1,469 | $1,500 | 002, 233 |
| 03/25 | $1,386 | $35 | ■ | 03/21/2025 | ■ | $1,455 | $1,500 | 002, 233 |
| 02/25 | $1,394 | $37 | ■ | 02/21/2025 | ■ | $1,455 | $1,500 | 169, 002, 233 |
| 01/25 | $1,408 | $35 | ■ | 12/27/2024 | ■ | $1,455 | $1,500 | 002, 233, 283 |
| 12/24 | $1,405 | $35 | ■ | 11/29/2024 | ■ | $1,455 | $1,500 | 002, 233 |
| 11/24 | $1,455 | $35 | ■ | 10/26/2024 | ■ | $1,455 | $1,500 | 002, 233 |
| 10/24 | $1,233 | $35 | ■ | 10/03/2024 | ■ | $1,393 | $1,500 | 002, 233 |
| 09/24 | $998 | $35 | ■ | 08/26/2024 | ■ | $1,393 | $1,500 | 002, 233 |
| 08/24 | $579 | $35 | ■ | 08/23/2024 | ■ | $1,393 | $1,500 | 002, 233 |
| 07/24 | $986 | $35 | ■ | 07/18/2024 | ■ | $1,393 | $1,500 | 002, 233 |
| 06/24 | $1,086 | $35 | ■ | 06/14/2024 | ■ | $1,393 | $1,500 | 002, 233 |
| 05/24 | $1,303 | $35 | ■ | 05/21/2024 | ■ | $1,393 | $1,500 | 002, 233 |
| 04/24 | $1,168 | $35 | ■ | 04/24/2024 | ■ | $1,218 | $1,500 | 002, 233 |
| 03/24 | $889 | $35 | ■ | 03/13/2024 | ■ | $929 | $1,500 | 002, 233 |
| 02/24 | $679 | $35 | ■ | 02/19/2024 | ■ | $724 | $1,500 | 002, 233 |
| 01/24 | $538 | $35 | ■ | 01/19/2024 | ■ | $724 | $1,500 | 169, 002, 233 |
| 12/23 | $532 | $35 | ■ | 12/12/2023 | ■ | $532 | $1,500 | 002, 233, 283 |
| 11/23 | $98 | $35 | ■ | 11/21/2023 | ■ | $441 | $1,500 | 002, 233 |
| 10/23 | $0 | ■ | ■ | ■ | ■ | $0 | $1,500 | 002, 233 |

| Narrative Code | Narrative Code Description |
|---|---|
| 002 | Credit Card |
| 233 | Amount in High Credit Column is Credit Limit |
| 169 | Removes Compliance Condition Codes |
| 283 | Account Previously in Dispute - Now Resolved by Data Furnisher |

Prepared for:

DANIEL JEAN-PIERRE

EQUIFAX

Date: June 20, 2025
Confirmation # 5171617464

## CAPITAL ONE BANK USA NA

PO BOX 31293, Salt Lake City, UT 841311293 | (800) 955-7070
Account Number: ***7209** | Owner: **Individual Account**
Loan/Account Type: **Credit Card** | Status: **Pays As Agreed**

Date Reported: **05/20/2025** | Balance: **$0**
Credit Limit: **$1,100** | High Credit: **$646**

Date Opened: **10/26/2024**
Date of Last Activity: **04/21/2025**
Scheduled Payment Amount:
Actual Payment Amount:
Date of Last Payment: **04/21/2025**
Term Duration:

Date of 1st Delinquency:
Date Major Delinquency 1st Reported:
Amount Past Due:
Charge Off Amount:
Date Closed:
Activity Designator:

Terms Frequency: **Monthly**
Months Reviewed: **6**
Deferred Payment Start Date:
Balloon Payment Amount:
Balloon Payment Date:
Narrative Code(s): **002**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 04/25 | $5 | $5 | | 04/02/2025 | | $646 | $1,100 | 002, 233 |
| 03/25 | $633 | $25 | | 03/07/2025 | | $639 | $1,000 | 002, 233 |
| 02/25 | $356 | $25 | | 02/07/2025 | | $356 | $1,000 | 002, 233 |
| 01/25 | $122 | $25 | | | | $122 | $1,000 | 002, 233 |
| 12/24 | $0 | | | | | $0 | $1,000 | 002, 233 |

| Narrative Code | Narrative Code Description |
|---|---|
| 002 | Credit Card |
| 233 | Amount in High Credit Column is Credit Limit |

Prepared for:

**DANIEL JEAN-PIERRE**

EQUIFAX®

Date: June 20, 2025
Confirmation # 5171617464

## MISSOURI HIGHER EDUCATION LOAN

633 SPIRIT DR, CHESTERFIELD, MO 630051243 | (636) 733-3700
Account Number: ***0819** | Owner: **Individual Account**
Loan/Account Type: **Education Loan** | Status: **Pays As Agreed**

Date Reported: **04/30/2025** | Balance: **$2,066**
Credit Limit: ■ | High Credit: **$2,000**

Date Opened: **08/17/2024**
Date of Last Activity: **04/30/2025**
Scheduled Payment Amount: ■
Actual Payment Amount: ■
Date of Last Payment: ■
Term Duration: ■

Date of 1st Delinquency: ■
Date Major Delinquency 1st Reported: ■
Amount Past Due: **$0**
Charge Off Amount: ■
Date Closed: ■
Activity Designator: ■

Terms Frequency: **Deferred**
Months Reviewed: **8**
Deferred Payment Start Date: **12/05/2027**
Balloon Payment Amount: ■
Balloon Payment Date: ■
Narrative Code(s): **088, 132**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2024 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ✓ | ✓ | ✓ | ✓ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due | **90** | 90 Days Past Due | **120** | 120 Days Past Due |
| **150** | 150 Days Past Due | **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** | Foreclosure | **C** | Collection Account |
| **CO** | Charge Off | **B** | Included in Bankruptcy | **R** | Repossession | **TN** | Too New to Rate | ■ | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 03/25 | $2,056 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 02/25 | $2,045 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 01/25 | $2,035 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 12/24 | $1,024 | ■ | ■ | ■ | ■ | $1,000 | ■ | 088, 132 |
| 11/24 | $1,018 | ■ | ■ | ■ | ■ | $1,000 | ■ | 088, 132 |
| 10/24 | $1,013 | ■ | ■ | ■ | ■ | $1,000 | ■ | 088, 132 |
| 09/24 | $1,008 | ■ | ■ | ■ | ■ | $1,000 | ■ | 088, 132 |
| 08/24 | $1,002 | ■ | ■ | ■ | ■ | $1,000 | ■ | 088, 132 |

| Narrative Code | Narrative Code Description |
|---|---|
| 088 | Student Loan - Payment Deferred |
| 132 | Fixed Rate |

Prepared for:

**DANIEL JEAN-PIERRE**

EQUIFAX®

Date: June 20, 2025
Confirmation # 5171617464

## MISSOURI HIGHER EDUCATION LOAN

633 SPIRIT DR, CHESTERFIELD, MO 630051243 | (636) 733-3700
Account Number: ***1221** | Owner: **Individual Account**
Loan/Account Type: **Education Loan** | Status: **Pays As Agreed**

Date Reported: **04/30/2025** | Balance: **$2,166**
Credit Limit: ■ | High Credit: **$2,000**

Date Opened: **08/19/2022**
Date of Last Activity: **04/30/2025**
Scheduled Payment Amount: ■
Actual Payment Amount: ■
Date of Last Payment: ■
Term Duration: ■

Date of 1st Delinquency: ■
Date Major Delinquency 1st Reported: ■
Amount Past Due: **$0**
Charge Off Amount: ■
Date Closed: ■
Activity Designator: ■

Terms Frequency: **Deferred**
Months Reviewed: **31**
Deferred Payment Start Date: **12/05/2027**
Balloon Payment Amount: ■
Balloon Payment Date: ■
Narrative Code(s): **088, 132**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2024 | ■ | ■ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ■ | ✓ | ✓ | ■ |
| 2022 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ✓ | ✓ | ✓ | ✓ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | ■ | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 03/25 | $2,157 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 02/25 | $2,149 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 01/25 | $2,141 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 12/24 | $2,133 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 11/24 | $2,124 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 10/24 | $2,116 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 09/24 | $2,108 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 08/24 | $2,099 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 07/24 | $2,091 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 06/24 | $2,083 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 05/24 | $2,074 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 04/24 | $2,066 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 03/24 | $2,058 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 11/23 | $2,024 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088 |
| 10/23 | $2,016 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088 |
| 08/23 | $2,000 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 07/23 | $2,000 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 06/23 | $2,000 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |

| Narrative Code | Narrative Code Description |
|---|---|
| 088 | Student Loan - Payment Deferred |
| 132 | Fixed Rate |

Prepared for:

**DANIEL JEAN-PIERRE**

EQUIFAX®

Date: June 20, 2025
Confirmation # 5171617464

## MISSOURI HIGHER EDUCATION LOAN

633 SPIRIT DR, CHESTERFIELD, MO 630051243 | (636) 733-3700
Account Number: ***1221** | Owner: **Individual Account**
Loan/Account Type: **Education Loan** | Status: **Pays As Agreed**

Date Reported: **04/30/2025** | Balance: **$4,500**
Credit Limit: ■ | High Credit: **$4,500**

Date Opened: **08/21/2023**
Date of Last Activity: **04/30/2025**
Scheduled Payment Amount: ■
Actual Payment Amount: ■
Date of Last Payment: ■
Term Duration: ■

Date of 1st Delinquency: ■
Date Major Delinquency 1st Reported: ■
Amount Past Due: **$0**
Charge Off Amount: ■
Date Closed: ■
Activity Designator: ■

Terms Frequency: **Deferred**
Months Reviewed: **20**
Deferred Payment Start Date: **12/05/2027**
Balloon Payment Amount: ■
Balloon Payment Date: ■
Narrative Code(s): **088, 132**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2024 | ■ | ■ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ✓ | ✓ | ■ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | ■ | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 03/25 | $4,500 | ■ | ■ | ■ | ■ | $4,500 | ■ | 088, 132 |
| 02/25 | $4,500 | ■ | ■ | ■ | ■ | $4,500 | ■ | 088, 132 |
| 01/25 | $4,500 | ■ | ■ | ■ | ■ | $4,500 | ■ | 088, 132 |
| 12/24 | $4,500 | ■ | ■ | ■ | ■ | $4,500 | ■ | 088, 132 |
| 11/24 | $4,500 | ■ | ■ | ■ | ■ | $4,500 | ■ | 088, 132 |
| 10/24 | $4,500 | ■ | ■ | ■ | ■ | $4,500 | ■ | 088, 132 |
| 09/24 | $4,500 | ■ | ■ | ■ | ■ | $4,500 | ■ | 088, 132 |
| 08/24 | $4,500 | ■ | ■ | ■ | ■ | $4,500 | ■ | 088, 132 |
| 07/24 | $4,500 | ■ | ■ | ■ | ■ | $4,500 | ■ | 088, 132 |
| 06/24 | $4,500 | ■ | ■ | ■ | ■ | $4,500 | ■ | 088, 132 |
| 05/24 | $4,500 | ■ | ■ | ■ | ■ | $4,500 | ■ | 088, 132 |
| 04/24 | $4,500 | ■ | ■ | ■ | ■ | $4,500 | ■ | 088, 132 |
| 03/24 | $4,500 | ■ | ■ | ■ | ■ | $4,500 | ■ | 088, 132 |
| 11/23 | $2,250 | ■ | ■ | ■ | ■ | $2,250 | ■ | 088 |
| 10/23 | $2,250 | ■ | ■ | ■ | ■ | $2,250 | ■ | 088 |
| 08/23 | $2,250 | ■ | ■ | ■ | ■ | $2,250 | ■ | 088, 132 |

| Narrative Code | Narrative Code Description |
|---|---|
| 088 | Student Loan - Payment Deferred |
| 132 | Fixed Rate |

Prepared for:

**DANIEL JEAN-PIERRE**

EQUIFAX®

Date: June 20, 2025
Confirmation # 5171617464

## MISSOURI HIGHER EDUCATION LOAN

633 SPIRIT DR, CHESTERFIELD, MO 630051243 | (636) 733-3700
Account Number: ***0819** | Owner: **Individual Account**
Loan/Account Type: **Education Loan** | Status: **Pays As Agreed**

Date Reported: **04/30/2025** | Balance: **$4,500**
Credit Limit: ■ | High Credit: **$4,500**

Date Opened: **08/17/2024**
Date of Last Activity: **04/30/2025**
Scheduled Payment Amount: ■
Actual Payment Amount: ■
Date of Last Payment: ■
Term Duration: ■

Date of 1st Delinquency: ■
Date Major Delinquency 1st Reported: ■
Amount Past Due: **$0**
Charge Off Amount: ■
Date Closed: ■
Activity Designator: ■

Terms Frequency: **Deferred**
Months Reviewed: **8**
Deferred Payment Start Date: **12/05/2027**
Balloon Payment Amount: ■
Balloon Payment Date: ■
Narrative Code(s): **088, 132**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2024 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ✓ | ✓ | ✓ | ✓ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | ■ | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 03/25 | $4,500 | ■ | ■ | ■ | ■ | $4,500 | ■ | 088, 132 |
| 02/25 | $4,500 | ■ | ■ | ■ | ■ | $4,500 | ■ | 088, 132 |
| 01/25 | $4,500 | ■ | ■ | ■ | ■ | $4,500 | ■ | 088, 132 |
| 12/24 | $2,250 | ■ | ■ | ■ | ■ | $2,250 | ■ | 088, 132 |
| 11/24 | $2,250 | ■ | ■ | ■ | ■ | $2,250 | ■ | 088, 132 |
| 10/24 | $2,250 | ■ | ■ | ■ | ■ | $2,250 | ■ | 088, 132 |
| 09/24 | $2,250 | ■ | ■ | ■ | ■ | $2,250 | ■ | 088, 132 |
| 08/24 | $2,250 | ■ | ■ | ■ | ■ | $2,250 | ■ | 088, 132 |

| Narrative Code | Narrative Code Description |
|---|---|
| 088 | Student Loan - Payment Deferred |
| 132 | Fixed Rate |

Case: 1:25-cv-07158 Document #: 1 Filed: 06/26/25 Page 171 of 225 PageID #:171



## MISSOURI HIGHER EDUCATION LOAN

633 SPIRIT DR, CHESTERFIELD, MO 630051243 | (636) 733-3700
Account Number: ***1221** | Owner: **Individual Account**
Loan/Account Type: **Education Loan** | Status: **Pays As Agreed**

Date Reported: **04/30/2025** | Balance: **$3,500**
Credit Limit: ■ | High Credit: **$3,500**

Date Opened: **08/19/2022**
Date of Last Activity: **04/30/2025**
Scheduled Payment Amount: ■
Actual Payment Amount: ■
Date of Last Payment: ■
Term Duration: ■

Date of 1st Delinquency: ■
Date Major Delinquency 1st Reported: ■
Amount Past Due: **$0**
Charge Off Amount: ■
Date Closed: ■
Activity Designator: ■

Terms Frequency: **Deferred**
Months Reviewed: **31**
Deferred Payment Start Date: **12/05/2027**
Balloon Payment Amount: ■
Balloon Payment Date: ■
Narrative Code(s): **088, 132**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2024 | ■ | ■ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ■ | ✓ | ✓ | ■ |
| 2022 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ✓ | ✓ | ✓ | ✓ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | ■ | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 03/25 | $3,500 | ■ | ■ | ■ | ■ | $3,500 | ■ | 088, 132 |
| 02/25 | $3,500 | ■ | ■ | ■ | ■ | $3,500 | ■ | 088, 132 |
| 01/25 | $3,500 | ■ | ■ | ■ | ■ | $3,500 | ■ | 088, 132 |
| 12/24 | $3,500 | ■ | ■ | ■ | ■ | $3,500 | ■ | 088, 132 |
| 11/24 | $3,500 | ■ | ■ | ■ | ■ | $3,500 | ■ | 088, 132 |
| 10/24 | $3,500 | ■ | ■ | ■ | ■ | $3,500 | ■ | 088, 132 |
| 09/24 | $3,500 | ■ | ■ | ■ | ■ | $3,500 | ■ | 088, 132 |
| 08/24 | $3,500 | ■ | ■ | ■ | ■ | $3,500 | ■ | 088, 132 |
| 07/24 | $3,500 | ■ | ■ | ■ | ■ | $3,500 | ■ | 088, 132 |
| 06/24 | $3,500 | ■ | ■ | ■ | ■ | $3,500 | ■ | 088, 132 |
| 05/24 | $3,500 | ■ | ■ | ■ | ■ | $3,500 | ■ | 088, 132 |
| 04/24 | $3,500 | ■ | ■ | ■ | ■ | $3,500 | ■ | 088, 132 |
| 03/24 | $3,500 | ■ | ■ | ■ | ■ | $3,500 | ■ | 088, 132 |
| 11/23 | $3,500 | ■ | ■ | ■ | ■ | $3,500 | ■ | 088 |
| 10/23 | $3,500 | ■ | ■ | ■ | ■ | $3,500 | ■ | 088 |
| 08/23 | $3,500 | ■ | ■ | ■ | ■ | $3,500 | ■ | 088, 132 |
| 07/23 | $3,500 | ■ | ■ | ■ | ■ | $3,500 | ■ | 088, 132 |
| 06/23 | $3,500 | ■ | ■ | ■ | ■ | $3,500 | ■ | 088, 132 |

| Narrative Code | Narrative Code Description |
|---|---|
| 088 | Student Loan - Payment Deferred |
| 132 | Fixed Rate |

Prepared for:

**DANIEL JEAN-PIERRE**

EQUIFAX

Date: June 20, 2025
Confirmation # 5171617464

## MISSOURI HIGHER EDUCATION LOAN

633 SPIRIT DR, CHESTERFIELD, MO 630051243 | (636) 733-3700
Account Number: ***1221** | Owner: **Individual Account**
Loan/Account Type: **Education Loan** | Status: **Pays As Agreed**

Date Reported: **04/30/2025** | Balance: **$2,163**
Credit Limit: ■ | High Credit: **$2,000**

Date Opened: **08/21/2023**
Date of Last Activity: **04/30/2025**
Scheduled Payment Amount: ■
Actual Payment Amount: ■
Date of Last Payment: ■
Term Duration: ■

Date of 1st Delinquency: ■
Date Major Delinquency 1st Reported: ■
Amount Past Due: **$0**
Charge Off Amount: ■
Date Closed: ■
Activity Designator: ■

Terms Frequency: **Deferred**
Months Reviewed: **20**
Deferred Payment Start Date: **12/05/2027**
Balloon Payment Amount: ■
Balloon Payment Date: ■
Narrative Code(s): **088, 132**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2024 | ■ | ■ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ✓ | ✓ | ■ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due | **90** | 90 Days Past Due | **120** | 120 Days Past Due |
| **150** | 150 Days Past Due | **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** | Foreclosure | **C** | Collection Account |
| **CO** | Charge Off | **B** | Included in Bankruptcy | **R** | Repossession | **TN** | Too New to Rate | ■ | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 03/25 | $2,154 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 02/25 | $2,145 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 01/25 | $2,137 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 12/24 | $2,127 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 11/24 | $2,118 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 10/24 | $2,109 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 09/24 | $2,100 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 08/24 | $2,091 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 07/24 | $2,081 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 06/24 | $2,072 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 05/24 | $2,063 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 04/24 | $2,054 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 03/24 | $2,045 | ■ | ■ | ■ | ■ | $2,000 | ■ | 088, 132 |
| 11/23 | $1,013 | ■ | ■ | ■ | ■ | $1,000 | ■ | 088 |
| 10/23 | $1,009 | ■ | ■ | ■ | ■ | $1,000 | ■ | 088 |
| 08/23 | $1,000 | ■ | ■ | ■ | ■ | $1,000 | ■ | 088, 132 |

| Narrative Code | Narrative Code Description |
|---|---|
| 088 | Student Loan - Payment Deferred |
| 132 | Fixed Rate |

Prepared for:

**DANIEL JEAN-PIERRE**

EQUIFAX®

Date: June 20, 2025
Confirmation # 5171617464

# Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not. They may remain on your file for up to 2 years.

- **Hard Inquiries that can impact your credit rating/score.** When a lender requests to review your credit reports after you've applied for credit, it results in a hard inquiry which may impact your credit score.
- **Soft Inquiries that do not impact your credit rating/score.** These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor, or your own requests to check your credit file.

| Company Information | Inquiry Type | Inquiry Date(s) |
|---|---|---|
| **EQUIFAX**<br>*PO BOX 740241 ATLANTA GA 30374-0241*<br>*Phone: (888) 378-4329* | Soft | 05/12/2025, 04/16/2025 |
| **CREDIT KARMA, INC**<br>*760 MARKET ST SAN FRAN CA 941022401*<br>*Phone: (800) 935-0572* | Soft | 06/07/2025, 05/29/2025 |
| **EQUIFAX**<br>*PO BOX 740250 ATLANTA GA 30374-0250*<br>*Phone: (678) 795-7622* | Soft | 06/20/2025, 03/09/2025, 12/25/2024 |
| **CREDIT KARMA, INC**<br>*760 MARKET ST SAN FRAN CA 941022401*<br>*Phone: (510) 833-9776* | Soft | 06/18/2025 |
| **EQUIFAX INFO SVCS.**<br>*PO Box 740241 Atlanta GA 303740241*<br>*Phone: (800) 685-1111* | Soft | 08/19/2024 |
| **EQUIFAX INFO SVCS**<br>*PO Box 105069 Atlanta GA 303485069*<br>*Phone: (800) 685-1111* | Soft | 05/13/2025 |
| **CAPITAL ONE NTL ASSOC**<br>*11013 W Broad St Glen Allen VA 230606017*<br>*Phone: (800) 955-7070* | Soft | 05/27/2025 |
| **EQUIFAX INFO SVCS.**<br>*PO Box 740241 Atlanta GA 303740241*<br>*Phone: (800) 685-1111* | Soft | 05/12/2025 |
| **EQUIFAX CONSUMER SERVICES**<br>*1525 WINDWARD CONCOURSE ALPHARETTA GA 30005*<br>*Phone:* | Soft | 06/06/2025 |
| **EQUIFAX CONSUMER SERVICES**<br>*PO BOX 740241 ATLANTA GA 303740241*<br>*Phone: (888) 378-4329* | Soft | 05/13/2025 |

# Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.

| Company Information | Inquiry Type | Inquiry Date(s) |
|---|---|---|
| **SPINWHEEL SOLUTIONS INC.**<br>*490 43RD ST UNIT 24 OAKLAND CA 94609-2138*<br>*Phone: (510) 732-4112* | Soft | 03/09/2025 |
| **EQUIFAX - TALX**<br>*11432 LACKLAND RD SAINT LOUIS MO 63146*<br>*Phone:* | Soft | 06/20/2025 |

Date: June 20, 2025
Confirmation # 5171617464

***Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.***

**A Summary of Your Rights Under the Fair Credit Reporting Act**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.
- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.
- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).
- The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.
- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

Prepared for:

DANIEL JEAN-PIERRE

EQUIFAX

Date: June 20, 2025
Confirmation # 5171617464

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street, NW<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c. Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Assistant General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street SW<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Association<br>409 Third Street SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |

## DISTRICT OF COLUMBIA - NOTICE TO CONSUMERS

You have a right to take legal action against someone who violates your rights under the credit reporting laws. The action can be brought against a credit reporting agency or anyone who fraudulently caused the release of your credit information.

If you report in good faith that you have experienced financial hardship resulting directly or indirectly from a public health emergency declared pursuant to § 7-2304.01, a credit reporting agency maintaining a file on you shall accept and include in that file a personal statement furnished by you indicating that you have been financially impacted by the public health emergency. The credit reporting agency shall provide the personal statement, along with any credit report provided by the agency, beginning on the date the credit reporting agency receives the personal statement, unless you request that the personal statement be removed.

Personal Credit Report for:
**DANIEL JEAN-PIERRE**

File Number:
**451755732**

Date Created:
**06/21/2025**

**Visit transunion.com/dispute to start a dispute online.**

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help.

# Personal Information

You have been on our files since 10/08/2022. Your SSN has been masked for your protection.

**Credit Report Date**

06/21/2025

**Social Security Number**

XXX-XX-1686

**Date of Birth**

[redacted]/2003

**Name**

DANIEL JEAN PIERRE

## Addresses

**Current Address**

1878 FARGO AVE DES PLAINES, IL 60018-3118

**Date Reported**

12/27/2024

**Other Address**

4400 MASSACHUSETTS AVE NW WASHINGTON, DC 20016-8002

**Date Reported**

12/20/2024

**Other Address**

9670 LOIS DR APT C DES PLAINES, IL 60016-1878

**Date Reported**

05/31/2023

**Other Address**

2075 MAPLEWOOD CIR NAPERVILLE, IL 60563-1982

**Date Reported**

09/30/2022

## Phone Numbers

**Phone Number**

(312) 221-2027

## Accounts

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The rating key is provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

TransUnion is now including some Buy Now, Pay Later (BNPL) installment loans, also known as a "point-of-sale installment loans" on credit reports. At this time, BNPL information provided to TransUnion is visible to you, but scoring providers, lenders, insurers or other authorized companies that may access your credit report will not be able to use this data. As a result, it will not affect credit decisions or credit scores calculated using TransUnion data. In the future, Buy Now, Pay Later may be factored in to credit scores and credit decisions (for example, account opening or account review decisions). Visit our FAQs to learn more.

**Payment/Remarks Key**

**Ratings**

OK Current, paying or paid as agreed

N/R Not Reported

X Unknown

30 Account 30 days late

60 Account 60 days late

90 Account 90 days late

120 Account 120 or more days late

COL Transferred to collection

VS Voluntarily surrendered

RPO Repossession

C/O Charged off by account provider

FC Foreclosure

Remarks

**AAP:** Loan assumed by another party
**ACQ:** Acquired from another lender
**ACR:** Account closed due to refinance
**ACT:** Account closed due to transfer
**AFR:** Account acquired by RTC/FDIC
**AID:** Account information disputed by consumer
**AJP:** Adjustment pending
**AMD:** Active military duty
**AND:** Affected by natural disaster
**BAL:** Balloon payment
**BKL:** Included in bankruptcy
**BKW:** Bankruptcy withdrawn
**CAD:** Dispute account/closed by consumer
**CBC:** Account closed by consumer
**CBD:** Dispute resolved/consumer disagrees/closed by consumer
**CBG:** Canceled by credit grantor
**CBL:** Chapter 7 bankruptcy
**CBR:** Chapter 11 bankruptcy
**CBT:** Chapter 12 bankruptcy
**CLA:** Placed for collection
**CLO:** Closed
**CLS:** Credit line suspended
**CRB:** Collateral released–balance owing
**CTR:** Account closed–transfer to refinance
**CTS:** Contact subscriber
**DDR:** -none-

**DLU:** Deed in lieu

**DM:** Bankruptcy dismissed

**DRC:** Dispute resolved/consumer disagrees

**DRG:** Dispute resolved reported by credit grantor

**ER:** Election of remedy

**ETB:** Early termination/balance owing

**ETI:** Early termination by default

**ETO:** Early termination/obligation settled

**ETS:** Early termination/status pending

**FCL:** Foreclosure

**FPD:** Account paid, foreclosure started

**FPI:** Foreclosure initiated

**FRD:** Foreclosure collateral sold

**FTB:** Full termination/balance owing

**FTO:** Full termination/obligation satisfied

**FTS:** Full termination/status pending

**INA:** Inactive account

**INP:** Debt being paid through insurance

**INS:** Paid by insurance

**IRB:** Involuntary repossession/balance owing

**IRE:** Involuntary repossession

**IRO:** Involuntary repossession/obligation satisfied

**JUG:** Judgment granted

**LA:** Lease assumption

**LMN:** Loan Modified Not GOVT (government)

**LNA:** Credit line is no longer available

**MCC:** Managed by credit counseling service

**MOV:** No forwarding address

**NIR:** Student loan not in repayment

**NPA:** Now paying

**PAL:** Purchase by another lender

**PCL:** Paid collection

**PDD:** Paid by dealer

**PDE:** Payment deferred

**PDI:** Principle deferred/initial payment only

**PFC:** Account paid from collateral

**PLL:** Prepaid lease

**PLP:** Profit and loss now paying

**PNR:** First payment never received

**PPA:** Paying partial payment agreement

**PPD:** Paid by co-maker

**PPL:** Paid profit and loss

**PRD:** Payroll deduction

**PRL:** Profit and loss write-off

**PWG:** Account payment, wage garnish

**REA:** Reaffirmation of debt

**REP:** Substitute/replacement account

**RFN:** Refinanced

**RPD:** Paid repossession

**RPO:** Repossession

**RRE:** Repossession redeemed

**RVN:** Returned voluntarily

**RVR:** Returned voluntarily/redeemed

**SET:** Settled–less than full balance

**SGL:** Government secured guaranteed

**SIL:** Simple interest loan

**SLP:** Student loan perm assign government

**SPL:** Single payment loan

**STL:** Credit card lost/stolen

**TRF:** Transfer

**TRL:** Transferred to another lender

**TTR:** Transferred to recovery

**WEP:** Chapter 13 bankruptcy

For account information other than payment history, we may show brackets > < to indicate information that may negatively affect your credit health.

## Satisfactory Accounts

The following accounts are reported with no adverse information. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

Account Name

BANK OF AMERICA 440066209519****

### Account Information

| | |
|---|---|
| **Address** | 100 N TRYON STREET,NC1-0007-19-26 CHARLOTTE, N 2825 |

| | |
|---|---|
| **Phone** | (800) 421-211 |
| **Monthly Payment** | $3 |
| **Date Opened** | 10/19/202 |
| **Responsibility** | Individual Accour |
| **Account Type** | Revolving Accour |
| **Loan Type** | CREDIT CAR |
| **Balance** | $1,33 |
| **Date Updated** | 05/27/202 |
| **Last Payment Made** | 05/23/202 |
| **Pay Status** | Current Accour |
| **Terms** | $36 per month; paid Monthl |
| **Credit Limit (Hist.)** | Credit limit of $1,500 from 10/2023 to 05/202 |

Payment History

| October 2023 | November 2023 | December 2023 | January 2024 | February 2024 | March 2024 |
| --- | --- | --- | --- | --- | --- |
| Balance $0 | Balance $98 | Balance $532 | Balance $538 | Balance $679 | Balance $889 |
| High Credit $0 | High Credit $441 | High Credit $532 | High Credit $724 | High Credit $724 | High Credit $929 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Scheduled Payment - - - | Scheduled Payment $35 | Scheduled Payment $35 | Scheduled Payment $35 | Scheduled Payment $35 | Scheduled Payment $35 |
| Remarks - - - | Remarks - - - | Remarks DRG | Remarks - - - | Remarks - - - | Remarks - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| April 2024 | May 2024 | June 2024 | July 2024 | August 2024 | September 2024 |
| --- | --- | --- | --- | --- | --- |
| Balance $1,168 | Balance $1,303 | Balance $1,086 | Balance $986 | Balance $579 | Balance $998 |
| High Credit $1,218 | High Credit $1,393 | High Credit $1,393 | High Credit $1,393 | High Credit $1,393 | High Credit $1,393 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Scheduled Payment $35 | Scheduled Payment $35 | Scheduled Payment $35 | Scheduled Payment $35 | Scheduled Payment $35 | Scheduled Payment $35 |
| Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| October 2024 | November 2024 | December 2024 | January 2025 | February 2025 | March 2025 |
|---|---|---|---|---|---|
| Balance $1,233 | Balance $1,455 | Balance $1,405 | Balance $1,408 | Balance $1,394 | Balance $1,386 |
| High Credit $1,393 | High Credit $1,455 | High Credit $1,455 | High Credit $1,455 | High Credit $1,455 | High Credit $1,455 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Scheduled Payment $35 | Scheduled Payment $35 | Scheduled Payment $35 | Scheduled Payment $35 | Scheduled Payment $37 | Scheduled Payment $35 |
| Remarks - - - | Remarks - - - | Remarks - - - | Remarks DRG | Remarks - - - | Remarks - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| April 2025 | May 2025 |
|---|---|
| Balance $1,357 | Balance $1,333 |
| High Credit $1,469 | High Credit $1,469 |
| Past Due $0 | Past Due $0 |
| Scheduled Payment $36 | Scheduled Payment $36 |
| Remarks - - - | Remarks - - - |
| Rating **OK** | Rating **OK** |

To

**CAPITAL ONE** 515676876221****

## Account Information

| | |
|---|---|
| **Address** | PO Box 31293 Salt Lake City, UT 8413 |
| **Phone** | (800) 955-707 |
| **Date Opened** | 10/26/202 |
| **Responsibility** | Individual Accour |
| **Account Type** | Revolving Accour |
| **Loan Type** | CREDIT CAR |
| **Balance** | $ |
| **Date Updated** | 05/20/202 |
| **Last Payment Made** | 04/21/202 |
| **Pay Status** | Current Accour |
| **Terms** | Paid Monthl |
| **Date Paid** | 04/21/202 |
| **Credit Limit (Hist.)** | Credit limit of $1,000 from 12/2024 to 03/2025; $1,10 from 04/2025 to 05/202 |

Payment History

| November 2024 | December 2024 | January 2025 | February 2025 | March 2025 | April 2025 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>$0 | Balance<br>$122 | Balance<br>$356 | Balance<br>$633 | Balance<br>$5 |
| High Credit<br>- - - | High Credit<br>$0 | High Credit<br>$122 | High Credit<br>$356 | High Credit<br>$639 | High Credit<br>$646 |
| Past Due<br>- - - | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>$25 | Scheduled Payment<br>$25 | Scheduled Payment<br>$25 | Scheduled Payment<br>$5 |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| May 2025 |
|---|
| Balance<br>$0 |
| High Credit<br>$646 |
| Past Due<br>$0 |
| Scheduled Payment<br>- - - |
| Rating<br>**OK** |

**DISCOVER CARD** 601100827869****

## Account Information

| | |
|---|---|
| **Address** | PO BOX 30939 SALT LAKE CITY, UT 8413 |
| **Phone** | (800) 347-268 |
| **Monthly Payment** | $7 |

| | |
|---|---|
| **Date Opened** | 06/21/202 |
| **Responsibility** | Individual Accour |
| **Account Type** | Revolving Accour |
| **Loan Type** | CREDIT CAR |
| **Balance** | $42 |
| **Date Updated** | 06/05/202 |
| **Last Payment Made** | 04/07/202 |
| **Pay Status** | Current Accour |
| **Terms** | $70 per month; paid Monthl |
| **High Balance (Hist.)** | High balance of $443 from 05/2025 to 06/202 |
| **Credit Limit (Hist.)** | Credit limit of $500 from 05/2025 to 06/202 |

Payment History

| **July 2024** | **August 2024** | **September 2024** | **October 2024** | **November 2024** | **December 2024** |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| January 2025 | February 2025 | March 2025 | April 2025 | May 2025 | June 2025 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>$413 | Balance<br>$423 |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>$0 | Past Due<br>$0 |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>$35 | Scheduled Payment<br>$70 |
| Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>DRC | Remarks<br>DRC |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

T

MOHELA/DEPT OF ED 26788357151E0012022081923****

## Account Information

| | |
|---|---|
| **Address** | 633 SPIRIT DRIVE CHESTERFIELD, MO 6300 |
| **Phone** | (888) 866-435 |
| **Monthly Payment** | $ |
| **Date Opened** | 08/19/202 |
| **Responsibility** | Individual Accour |
| **Account Type** | Installment Accour |
| **Loan Type** | STUDENT LOA |

| | |
|---|---|
| **Balance** | $3,50 |
| **Date Updated** | 05/31/202 |
| **Payment Received** | $ |
| **Pay Status** | Current Accour |
| **Terms** | $0 per month; Deferre |
| **High Balance (Hist.)** | High balance of $1,750 from 12/2022 to 01/2023; $3,50 from 02/2023 to 08/2023; $3,500 from 10/2023 t 11/2023; $3,500 from 03/2024 to 05/202 |

## Payment History

| September 2022 | October 2022 | November 2022 | December 2022 | January 2023 | February 2023 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>$1,750 | Balance<br>$1,750 | Balance<br>$3,500 |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 |
| Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 |
| Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| March 2023 | April 2023 | May 2023 | June 2023 | July 2023 | August 2023 |
|---|---|---|---|---|---|
| Balance $3,500 | Balance $3,500 | Balance $3,500 | Balance $3,500 | Balance $3,500 | Balance $3,500 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 |
| Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 |
| Remarks PDE | Remarks PDE | Remarks PDE | Remarks PDE | Remarks PDE | Remarks PDE |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| September 2023 | October 2023 | November 2023 | December 2023 | January 2024 | February 2024 |
|---|---|---|---|---|---|
| Balance - - - | Balance $3,500 | Balance $3,500 | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due $0 | Past Due $0 | Past Due - - - | Past Due - - - | Past Due - - - |
| Amount Paid - - - | Amount Paid $0 | Amount Paid $0 | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - |
| Scheduled Payment - - - | Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - |
| Remarks - - - | Remarks PDE | Remarks PDE | Remarks - - - | Remarks - - - | Remarks - - - |
| Rating **N/R** | Rating **OK** | Rating **OK** | Rating **N/R** | Rating **N/R** | Rating **N/R** |

| March 2024 | April 2024 | May 2024 | June 2024 | July 2024 | August 2024 |
|---|---|---|---|---|---|
| Balance<br>$3,500 | Balance<br>$3,500 | Balance<br>$3,500 | Balance<br>$3,500 | Balance<br>$3,500 | Balance<br>$3,500 |
| Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 |
| Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 |
| Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 |
| Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| September 2024 | October 2024 | November 2024 | December 2024 | January 2025 | February 2025 |
|---|---|---|---|---|---|
| Balance<br>$3,500 | Balance<br>$3,500 | Balance<br>$3,500 | Balance<br>$3,500 | Balance<br>$3,500 | Balance<br>$3,500 |
| Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 |
| Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 |
| Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 |
| Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| March 2025 | April 2025 | May 2025 |
|---|---|---|
| Balance $3,500 | Balance $3,500 | Balance $3,500 |
| Past Due $0 | Past Due $0 | Past Due $0 |
| Amount Paid $0 | Amount Paid $0 | Amount Paid $0 |
| Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 |
| Remarks PDE | Remarks PDE | Remarks PDE |
| Rating **OK** | Rating **OK** | Rating **OK** |

To

MOHELA/DEPT OF ED 26788357151E0022022081923****

## Account Information

| | |
|---|---|
| **Address** | 633 SPIRIT DRIVE CHESTERFIELD, MO 6300 |
| **Phone** | (888) 866-435 |
| **Monthly Payment** | $ |
| **Date Opened** | 08/19/202 |
| **Responsibility** | Individual Accour |
| **Account Type** | Installment Accour |
| **Loan Type** | STUDENT LOA |
| **Balance** | $2,17 |
| **Date Updated** | 05/31/202 |

| | |
|---|---|
| **Payment Received** | $ |
| **Pay Status** | Current Accour |
| **Terms** | $0 per month; Deferre |
| **High Balance (Hist.)** | High balance of $1,000 from 12/2022 to 01/202; $2,000 from 02/2023 to 08/2023; $2,000 from 10/202 to 11/2023; $2,000 from 03/2024 to 05/202 |

## Payment History

| September 2022 | October 2022 | November 2022 | December 2022 | January 2023 | February 2023 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>$1,000 | Balance<br>$1,000 | Balance<br>$2,000 |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 |
| Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 |
| Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| | March 2023 | April 2023 | May 2023 | June 2023 | July 2023 | August 2023 |
|---|---|---|---|---|---|---|
| Balance | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 |
| Remarks | PDE | PDE | PDE | PDE | PDE | PDE |
| Rating | **OK** | **OK** | **OK** | **OK** | **OK** | **OK** |

| | September 2023 | October 2023 | November 2023 | December 2023 | January 2024 | February 2024 |
|---|---|---|---|---|---|---|
| Balance | - - - | $2,016 | $2,024 | - - - | - - - | - - - |
| Past Due | - - - | $0 | $0 | - - - | - - - | - - - |
| Amount Paid | - - - | $0 | $0 | - - - | - - - | - - - |
| Scheduled Payment | - - - | $0 | $0 | - - - | - - - | - - - |
| Remarks | - - - | PDE | PDE | - - - | - - - | - - - |
| Rating | **N/R** | **OK** | **OK** | **N/R** | **N/R** | **N/R** |

| March 2024 | April 2024 | May 2024 | June 2024 | July 2024 | August 2024 |
|---|---|---|---|---|---|
| Balance $2,058 | Balance $2,066 | Balance $2,074 | Balance $2,083 | Balance $2,091 | Balance $2,099 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 |
| Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 |
| Remarks PDE | Remarks PDE | Remarks PDE | Remarks PDE | Remarks PDE | Remarks PDE |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| September 2024 | October 2024 | November 2024 | December 2024 | January 2025 | February 2025 |
|---|---|---|---|---|---|
| Balance $2,108 | Balance $2,116 | Balance $2,124 | Balance $2,133 | Balance $2,141 | Balance $2,149 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 |
| Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 |
| Remarks PDE | Remarks PDE | Remarks PDE | Remarks PDE | Remarks PDE | Remarks PDE |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| March 2025 | April 2025 | May 2025 |
|---|---|---|
| Balance<br>$2,157 | Balance<br>$2,166 | Balance<br>$2,174 |
| Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 |
| Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 |
| Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 |
| Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

To

**MOHELA/DEPT OF ED** 26788357151E0032023082123****

## Account Information

| | |
|---|---|
| **Address** | 633 SPIRIT DRIVE CHESTERFIELD, MO 6300 |
| **Phone** | (888) 866-435 |
| **Monthly Payment** | $ |
| **Date Opened** | 08/21/202 |
| **Responsibility** | Individual Accour |
| **Account Type** | Installment Accour |
| **Loan Type** | STUDENT LOA |
| **Balance** | $4,50 |
| **Date Updated** | 05/31/202 |

| | |
|---|---|
| **Payment Received** | $ |
| **Pay Status** | Current Accour |
| **Terms** | $0 per month; Deferre |
| **High Balance (Hist.)** | High balance of $2,250 from 08/2023 to 08/202; $2,250 from 10/2023 to 11/2023; $4,500 from 03/202 to 05/202 |

Payment History

| August 2023 | September 2023 | October 2023 | November 2023 | December 2023 | January 2024 |
|---|---|---|---|---|---|
| Balance $2,250 | Balance - - - | Balance $2,250 | Balance $2,250 | Balance - - - | Balance - - - |
| Past Due $0 | Past Due - - - | Past Due $0 | Past Due $0 | Past Due - - - | Past Due - - - |
| Amount Paid $0 | Amount Paid - - - | Amount Paid $0 | Amount Paid $0 | Amount Paid - - - | Amount Paid - - - |
| Scheduled Payment $0 | Scheduled Payment - - - | Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment - - - | Scheduled Payment - - - |
| Remarks PDE | Remarks - - - | Remarks PDE | Remarks PDE | Remarks - - - | Remarks - - - |
| Rating **OK** | Rating **N/R** | Rating **OK** | Rating **OK** | Rating **N/R** | Rating **N/R** |

| February 2024 | March 2024 | April 2024 | May 2024 | June 2024 | July 2024 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>$4,500 | Balance<br>$4,500 | Balance<br>$4,500 | Balance<br>$4,500 | Balance<br>$4,500 |
| Past Due<br>- - - | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 |
| Amount Paid<br>- - - | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 |
| Scheduled Payment<br>- - - | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 |
| Remarks<br>- - - | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE |
| Rating<br>**N/R** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| August 2024 | September 2024 | October 2024 | November 2024 | December 2024 | January 2025 |
|---|---|---|---|---|---|
| Balance<br>$4,500 | Balance<br>$4,500 | Balance<br>$4,500 | Balance<br>$4,500 | Balance<br>$4,500 | Balance<br>$4,500 |
| Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 |
| Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 |
| Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 |
| Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| February 2025 | March 2025 | April 2025 | May 2025 |
| --- | --- | --- | --- |
| Balance $4,500 | Balance $4,500 | Balance $4,500 | Balance $4,500 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 |
| Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 |
| Remarks PDE | Remarks PDE | Remarks PDE | Remarks PDE |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

T

MOHELA/DEPT OF ED 26788357151E0042023082123****

## Account Information

| | |
| --- | --- |
| **Address** | 633 SPIRIT DRIVE CHESTERFIELD, MO 6300 |
| **Phone** | (888) 866-435 |
| **Monthly Payment** | $ |
| **Date Opened** | 08/21/202 |
| **Responsibility** | Individual Accour |
| **Account Type** | Installment Accour |
| **Loan Type** | STUDENT LOA |
| **Balance** | $2,17 |
| **Date Updated** | 05/31/202 |

| | |
|---|---|
| **Payment Received** | $ |
| **Pay Status** | Current Accour |
| **Terms** | $0 per month; Deferre |
| **High Balance (Hist.)** | High balance of $1,000 from 08/2023 to 08/202; $1,000 from 10/2023 to 11/2023; $2,000 from 03/202 to 05/202 |

Payment History

| August 2023 | September 2023 | October 2023 | November 2023 | December 2023 | January 2024 |
|---|---|---|---|---|---|
| Balance $1,000 | Balance - - - | Balance $1,009 | Balance $1,013 | Balance - - - | Balance - - - |
| Past Due $0 | Past Due - - - | Past Due $0 | Past Due $0 | Past Due - - - | Past Due - - - |
| Amount Paid $0 | Amount Paid - - - | Amount Paid $0 | Amount Paid $0 | Amount Paid - - - | Amount Paid - - - |
| Scheduled Payment $0 | Scheduled Payment - - - | Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment - - - | Scheduled Payment - - - |
| Remarks PDE | Remarks - - - | Remarks PDE | Remarks PDE | Remarks - - - | Remarks - - - |
| Rating **OK** | Rating **N/R** | Rating **OK** | Rating **OK** | Rating **N/R** | Rating **N/R** |

| February 2024 | March 2024 | April 2024 | May 2024 | June 2024 | July 2024 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>$2,045 | Balance<br>$2,054 | Balance<br>$2,063 | Balance<br>$2,072 | Balance<br>$2,081 |
| Past Due<br>- - - | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 |
| Amount Paid<br>- - - | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 |
| Scheduled Payment<br>- - - | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 |
| Remarks<br>- - - | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE |
| Rating<br>**N/R** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| August 2024 | September 2024 | October 2024 | November 2024 | December 2024 | January 2025 |
|---|---|---|---|---|---|
| Balance<br>$2,091 | Balance<br>$2,100 | Balance<br>$2,109 | Balance<br>$2,118 | Balance<br>$2,127 | Balance<br>$2,137 |
| Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 |
| Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 |
| Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 |
| Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| February 2025 | March 2025 | April 2025 | May 2025 |
|---|---|---|---|
| Balance<br>$2,145 | Balance<br>$2,154 | Balance<br>$2,163 | Balance<br>$2,173 |
| Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 |
| Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 |
| Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 |
| Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

To

MOHELA/DEPT OF ED 26788357151E0052024081724****

## Account Information

| | |
|---|---|
| **Address** | 633 SPIRIT DRIVE CHESTERFIELD, MO 6300 |
| **Phone** | (888) 866-435 |
| **Monthly Payment** | $ |
| **Date Opened** | 08/17/202 |
| **Responsibility** | Individual Accour |
| **Account Type** | Installment Accour |
| **Loan Type** | STUDENT LOA |
| **Balance** | $4,50 |
| **Date Updated** | 05/31/202 |

| | |
|---|---|
| **Payment Received** | $ |
| **Pay Status** | Current Accour |
| **Terms** | $0 per month; Deferre |
| **High Balance (Hist.)** | High balance of $2,250 from 08/2024 to 12/2024<br>$4,500 from 01/2025 to 05/202 |

Payment History

| August 2024 | September 2024 | October 2024 | November 2024 | December 2024 | January 2025 |
|---|---|---|---|---|---|
| Balance $2,250 | Balance $2,250 | Balance $2,250 | Balance $2,250 | Balance $2,250 | Balance $4,500 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 |
| Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 |
| Remarks PDE | Remarks PDE | Remarks PDE | Remarks PDE | Remarks PDE | Remarks PDE |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| February 2025 | March 2025 | April 2025 | May 2025 |
|---|---|---|---|
| Balance $4,500 | Balance $4,500 | Balance $4,500 | Balance $4,500 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 |
| Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 |
| Remarks PDE | Remarks PDE | Remarks PDE | Remarks PDE |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

To

**MOHELA/DEPT OF ED** 26788357151E0062024081724****

## Account Information

| | |
|---|---|
| **Address** | 633 SPIRIT DRIVE CHESTERFIELD, MO 6300 |
| **Phone** | (888) 866-435 |
| **Monthly Payment** | $ |
| **Date Opened** | 08/17/202 |
| **Responsibility** | Individual Accour |
| **Account Type** | Installment Accour |
| **Loan Type** | STUDENT LOA |
| **Balance** | $2,07 |
| **Date Updated** | 05/31/202 |

| | |
|---|---|
| **Payment Received** | $ |
| **Pay Status** | Current Accour |
| **Terms** | $0 per month; Deferre |
| **High Balance (Hist.)** | High balance of $1,000 from 08/2024 to 12/202<br>$2,000 from 01/2025 to 05/202 |

## Payment History

| August 2024 | September 2024 | October 2024 | November 2024 | December 2024 | January 2025 |
|---|---|---|---|---|---|
| Balance<br>$1,002 | Balance<br>$1,008 | Balance<br>$1,013 | Balance<br>$1,018 | Balance<br>$1,024 | Balance<br>$2,035 |
| Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 |
| Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 |
| Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 |
| Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| February 2025 | March 2025 | April 2025 | May 2025 |
|---|---|---|---|
| Balance<br>$2,045 | Balance<br>$2,056 | Balance<br>$2,066 | Balance<br>$2,077 |
| Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 |
| Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 | Amount Paid<br>$0 |
| Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 | Scheduled Payment<br>$0 |
| Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE | Remarks<br>PDE |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

To

# Inquiries

## Account Review Inquiries

The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

**Name**

**CREDITWISE CAPITAL1 TU-C**

| Location | Requested On | Phone |
|---|---|---|
| CAPITAL ONE PO BOX 30285<br>PO BOX 85870<br>SALT LAKE CITY, UT 84130 | 06/17/2025 | (800) 227-4825 |

**TRANSUNION CONSUMER INTE**

| Location | Requested On | Phone |
| --- | --- | --- |
| 760 MARKET STREET 10TH FLOOR<br>SAN FRANCISCO, CA 94102 | 06/17/2025 | (844) 580-6816 |

**CAPITAL ONE**

| Location | Requested On | Phone |
| --- | --- | --- |
| P O Box 31293<br>Salt Lake City, UT 84131 | 06/13/2025 | (800) 955-7070 |

**TRANSUNION CONSUMER INTE**

| Location | Requested On | Phone |
| --- | --- | --- |
| 100 CROSS STREET<br>SAN LUIS OBISP, CA 93401 | 06/11/2025 | (805) 782-8282 |

**DISCOVER CARD**

| Location | Requested On | Phone |
| --- | --- | --- |
| 2500 LAKE COOK ROAD<br>RIVERWOODS, IL 60015 | 05/29/2025 | (800) 347-2683 |

**BANK OF AMERICA**

| Location | Requested On | Phone |
| --- | --- | --- |
| PO BOX 982238<br>EL PASO, TX 79998 | 05/19/2025 | (800) 421-2110 |

**DISCOVER CARD**

| Location | Requested On | Phone |
| --- | --- | --- |
| 2500 LAKE COOK ROAD<br>RIVERWOODS, IL 60015 | 04/29/2025 | (800) 347-2683 |

**DANIEL JEAN PIERRE via TRANSUNION INTERACTIVE IN**

| Location | Requested On | Phone |
| --- | --- | --- |
| 100 CROSS ST<br>STE 202<br>SAN LUIS OBISPO, CA 93401 | 06/20/2025, 06/20/2025,<br>03/09/2025 | (855) 681-3196 |

**DANIEL JEANPIERRE via CREDITWISE CAPITAL1 TU-A**

| Location | Requested On | Phone |
|---|---|---|
| CAPITAL ONE<br>PO BOX 302895<br>SALT LAKE CITY, UT 84130 | 06/19/2025, 06/11/2025, 06/03/2025, 05/31/2025, 05/26/2025, 05/21/2025, 05/20/2025, 05/17/2025, 05/16/2025, 04/30/2025, 04/27/2025, 04/24/2025, 04/23/2025, 04/21/2025, 04/20/2025, 04/19/2025, 04/15/2025, 04/12/2025, 04/09/2025, 04/07/2025, 04/04/2025, 04/03/2025, 03/28/2025, 03/22/2025, 03/21/2025, 03/14/2025, 03/09/2025, 03/07/2025, 02/16/2025, 02/14/2025, 02/05/2025, 01/31/2025, 01/14/2025, 01/10/2025, 01/07/2025, 12/27/2024, 12/26/2024, 12/25/2024, 12/24/2024, 12/04/2024 | (800) 227-4825 |

**CREDIT KARMA via TUCI CREDIT KARMA TUNA**

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS STREET<br>SUITE 101<br>SAN LUIS OBISPO, CA 93401 | 06/17/2025, 06/14/2025, 06/13/2025, 06/11/2025, 06/02/2025, 05/24/2025, 05/22/2025, 05/09/2025, 05/05/2025, 04/30/2025, 04/24/2025, 04/18/2025, 04/12/2025, 04/02/2025 | (844) 580-6816 |

**DANIEL JEAN PIERRE via TRANSUNION INTERACTIVE**

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS STREET 202<br>SAN LUIS OBISPO, CA 93401 | 06/15/2025 | (844) 580-6816 |

**APPLE CARDGS BANK**

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 45400<br>SALT LAKE CITY, UT 84145 | 06/15/2025 | (877) 255-5923 |

**APPLE CARDGS BANK**

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 45400<br>SALT LAKE CITY, UT 84145 | 05/15/2025 | (212) 902-1000 |

**APPLE CARDGS BANK**

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 45400<br>SALT LAKE CITY, UT 84145 | 05/15/2025 | (877) 255-5923 |

**APPLE CARDGS BANK**

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 45400<br>SALT LAKE CITY, UT 84145 | 05/15/2025 | (877) 255-5923 |

**BANK OF AMERICA**

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 982238<br>EL PASO, TX 79998 | 05/15/2025, 04/04/2025, 05/26/2024 | (800) 421-2110 |

**DANIEL JEAN PIERRE via KARMATRANSUNION INTERACT**

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS STREET<br>SAN LUIS OBISPO, CA 93401 | 04/18/2025 | (844) 580-6816 |

**PROSPER MARKETPLACE**

| Location | Requested On | Phone |
|---|---|---|
| 221 MAIN ST 3RD FLOOR<br>SAN FRANCISCO, CA 94105 | 03/09/2025 | (866) 615-6319 |

**ONEMAIN FINANCIAL**

| Location | Requested On | Phone |
|---|---|---|
| P.O. BOX 3327<br>EVANSVILLE, IN 47706 | 03/09/2025 | (844) 298-9773 |

**PROSPERWEBBANK**

| Location | Requested On | Phone |
|---|---|---|
| PROSPER WEBBANK<br>221 MAIN STREET SUITE 300<br>SAN FRANCISCO, CA 94105 | 03/09/2025 | (866) 615-6319 |

**MLENTERPRISESDBAENGINEBYM**

| Location | Requested On | Phone |
|---|---|---|
| 50 WEST 23RD STREETSUITE<br>NEW YORK, NY 10010 | 03/09/2025 | (800) 410-1488 |

**BEST EGG**

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 42912<br>PHILADELPHIA, PA 19101 | 03/09/2025 | (855) 282-6353 |

**UPGRADE**

| Location | Requested On | Phone |
|---|---|---|
| 275 BATTERY ST SUITE 2300<br>SAN FRANCISCO, CA 94111 | 03/09/2025 | (855) 997-3100 |

**FACTACT FREE DISCLOSURE**

| Location | Requested On | Phone |
|---|---|---|
| P O BOX 1000<br>CHESTER, PA 19016 | 03/09/2025 | (800) 888-4213 |

**1033188369 via CREDITWISE CAPITAL1 TU-B**

| Location | Requested On | Phone |
|---|---|---|
| CAPITAL ONE<br>PO BOX 302895<br>SALT LAKE CITY, UT 84130 | 12/23/2024 | (800) 227-4825 |

**CONSUMERINFO.COM**

| Location | Requested On | Phone |
|---|---|---|
| 475 ANTON BLVD<br>COSTA MESA, CA 92626 | 08/19/2024, 08/12/2024, 08/05/2024, 08/02/2024, 07/29/2024, 07/27/2024, 07/23/2024, 07/20/2024, 07/15/2024, 07/11/2024, 07/08/2024, 07/06/2024, 06/27/2024, 06/26/2024, 06/23/2024, 06/22/2024, 06/21/2024, 06/17/2024, 06/09/2024, 05/28/2024 | (888) 397-3742 |

**DISCOVER CARD**

| Location | Requested On | Phone |
|---|---|---|
| 2500 LAKE COOK ROAD<br>RIVERWOODS, IL 60015 | 06/21/2024 | (224) 405-1334 |

## Consumer Statement

Your TransUnion credit report contains the following consumer statements.

### Consumer Statement

THIS DISCOVER BALANCE IS INCORRECT. I WAS ISSUED A STATEMENT ON 4/4/2025 SHOWING A 0 BALANCE. THE ACCOUNT WAS LATER CHANGED WITHOUT CAUSE. I HAVE FILED COMPLAINTS WITH THE CFPB AND FTC. THIS IS PART OF A LEGAL DISPUTE INVOLVING CREDIT REPORTING ERRORS AND EMOTIONAL DISTRESS. THE BALANCE SHOULD BE CORRECTED TO 0.
(Note: This statement has no expiration date.)

## Additional Information

The following disclosure of information might pertain to you. The additional information may include Special Messages, Office of Foreign Assets Control ("OFAC") Potential Matches, Inquiry Analysis, Military Lending Act ("MLA") Covered Borrower Information, Third Party Supplemental Information and/or Consumer Contributed Financial Information. Authorized parties may also receive the additional information below from TransUnion.

### Special Messages

The following Special Messages may be provided to an authorized party when it makes an inquiry into your TransUnion credit report. These messages provide important details concerning the information contained in your file and/or the authorized party's inquiry.

FILE ADDRESS, SSN, OR TELEPHONE NUMBER REPORTED BY MORE THAN ONE SOURCE

### Third Party Supplemental Information

In addition to the information maintained in the above credit report, TransUnion will occasionally contact a third party for supplemental information in connection with a particular transaction in response to a request from a particular customer. Listed below is the supplemental data that TransUnion obtained from such third parties, as well as the name(s) of the TransUnion customer for whom it was obtained.

### Checking Account and Demand Deposit Account (DDA) Activity

**Data Source:**

**Chex Systems Inc. (7805 Hudson Road, Suite 100, Woodbury, MN 55125, (800) 513-7125)**

Requested by:
TRANSUNION CONSUMER INTE

Requested on:
06/05/2025

Number of Accounts Consumer is Identified On:
0

Bank Account Closures Identified as Fraudulent:
0

Paid Checks in the Last 3 Years:
0

Open (Unpaid) Checks in the Last 3 Years:
0

Checks Ordered in the Last Month:
0

Checks Ordered in the Last 2 Months:
0

Checks Ordered in the Last 3 Months:
0

Checks Ordered in the Last 6 Months:
0

Check Orders in the Last Year:
0

Check Orders in the Last 2 Years:
0

Check Orders in the Last 3 Years:
0

Quantity of Checks Ordered in the Last 3 Years:
0

Average Checks Ordered in the Last 3 Years:
.00000

Smallest Number of Checks Ordered:
0

Largest Number of Checks Ordered:
0

Checking Account Closures in the Last Month:
0

Checking Account Closures in the Last 2 Months:
0

Checking Account Closures in the Last 3 Months:
0

Checking Account Closures in the Last Year:
0

Checking Account Closures in the Last 2 Years:
0

Checking Account Closures in the Last 3 Years:
0

DDA Closures in Last 180 Days:
0

DDA Closure in Last 5 Years:
0

Paid DDA Closures in Last 5 Years:
0

Unpaid DDA Closures in Last 2 Years:
0

Unpaid DDA Closures in Last 5 Years:
0

Unpaid DDA Closures in Last 4 Years:
$000000000.00

Checking Account Inquiries in the Last Month:
0

Checking Account Inquiries in the Last 2 Months:
0

Checking Account Inquiries in the Last 3 Months:
0

Checking Account Inquiries in the Last 6 Months:
0

Checking Account Inquiries in the Last Year:
0

Checking Account Inquiries in the Last 2 Years:
0

DDA Inquiries in the Last 3 Years:
0

Credit Inquiries in the Last Year:
2

Credit Inquiries in the Last 3 Years:
2

Auto Inquiries in the Last 3 Years:
0

Credit Issuance Inquiries in the Last Year:
1

Credit Issuance Inquiries in the Last 3 Years:
1

Payday Inquiries in the Last 3 Years:
0

Utility Inquiries in the Last 3 Years:
0

Other Credit Inquiries in the Last 2 years:
1

Other Credit Inquiries in the Last 3 Years:
1

Days Since First Credit Issuance Inquiry:
220

DDA & Credit/Non-DDA Inquiries in Last 3 Years:
2

Open (Unpaid) NSFs in the Last Month:
0

Open (Unpaid) NSFs in the Last 2 Months:
0

Open (Unpaid) NSFs in the Last 3 Months:
0

Open (Unpaid) NSFs in the Last 6 Months:
0

Open (Unpaid) NSFs in the Last Year:
0

Open (Unpaid) NSFs in the Last 2 Years:
0

Open (Unpaid) NSFs in the Last Month:
$000000000.00

Open (Unpaid) NSFs in the Last 2 Months:
$000000000.00

Open (Unpaid) NSFs in the Last 3 Months:
$000000000.00

Open (Unpaid) NSFs in the Last 6 Months:
$000000000.00

Open (Unpaid) NSFs in the Last Year:
$000000000.00

Open (Unpaid) NSFs in the Last 2 Years:
$000000000.00

Open (Unpaid) NSFs in the Last 3 Years:
$000000000.00

Paid NSFs in the Last Month:
0

Paid NSFs in the Last 2 Months:
0

Paid NSFs in the Last 3 Months:
0

Paid NSFs in the Last 6 Months:
0

Paid NSFs in the Last Year:
0

Paid NSFs in the Last 2 Years:
0

Paid NSFs in the Last Month:
$000000000.00

Paid NSFs in the Last 2 Months:
$000000000.00

Total Paid NSFs in the Last 3 Months:
$000000000.00

Total Paid NSFs in the Last 6 Months:
$000000000.00

Total Paid NSFs in the Last Year:
$000000000.00

Total Paid NSFs in the Last 2 Years:
$000000000.00

Total Paid NSFs in the Last 3 Years:
$000000000.00

Largest Opened (Unpaid) NSF Check:
$000000000.00

Largest Paid NSF Check:
$000000000.00

## Should you wish to contact TransUnion, you may do so,

- **Online:**

  To report an inaccuracy, please visit: service.transunion.com
  For answers to general questions, please visit: www.transunion.com

- **By Mail:**

  TransUnion Consumer Relations
  P.O. Box 2000
  Chester, PA 19016-2000

- **By Phone:**

  (800) 916-8800

  You may contact us Monday - Friday 8 AM - 11 PM Eastern Time and Saturday - Sunday 8 AM - 5 PM Eastern Time, except on major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

# SUMMARY OF RIGHTS

### GENERAL SUMMARY OF RIGHTS UNDER THE FCRA

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW. Washington, DC 20552.

**A Summary of Your Rights Under the Fair Credit Reporting Act**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your 'file disclosure'). You will be required to provide proper identification, which may include your Social Security Number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide

credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit prescreened offers of credit and insurance you get based on information in your credit report.** Unsolicited prescreened offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address form the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

- **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.
  A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.
  To place a security freeze, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security Number. You may place a security freeze on your credit report by contacting each of the three nationwide credit reporting agencies.

  - Equifax: 1-800-525-6285; www.equifax.com

- Experian: 1-888-397-3742; www.experian.com
- TransUnion: 1-800-680-7289; www.transunion.com

- **As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.
- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court. You may also have the right to file suit under state law.
- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | a. Consumer Financial Protection Bureau<br>1700 G Street, N.W.<br>Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies | b. Federal Reserve Consumer Help Center |

| | |
|---|---|
| owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act. | P.O. Box 1200<br>Minneapolis, MN 55480 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | c. Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106 |
| d. Federal Credit Unions | d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Office of Aviation Protection<br>Department of Transportation<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street, S.W.<br>Washington, DC 20423 |

| | |
|---|---|
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street, S.W., Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580<br>(877) 382-4357 |

# FRAUD VICTIM RIGHTS

**SUMMARY OF RIGHTS UNDER THE FCRA OF VICTIMS OF IDENTITY THEFT**

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W. Washington, DC 20552

**Remedying the Effects of Identity Theft**

You are receiving this information because you have notified a consumer reporting agency that you believe you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security Number, date of birth, or

other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe you that you are, a victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

1. **You have the right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.**

   The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

   A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

2. **As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

   To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security Number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinance.gov/learnmore.

   You may place a fraud alert in your file by calling just one of the three nationwide credit reporting agencies. As soon as that agency processes your alert, it will notify the other two, which then must also place fraud alerts in your file.

   - Equifax: 1-800-525-6285; www.equifax.com
   - Experian: 1-888-397-3742; www.experian.com
   - TransUnion: 1-800-680-7289;www.transunion.com

3. **You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have

the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore

4. **You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

5. **You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief – like the name of the creditor and the amount of the debt.

6. **If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer or place the debt for collection.

7. **You may also prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an identity theft report.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

10:32 21

Accounts Views

Experian Equifax TransUnion

Experian Credit Report

As of: Today

## Accounts 10

Credit cards & credit lines

**BANK OF AMERICA**
XXXX

| | |
|---|---|
| Open/Closed | **Open** |
| Account Type | **Credit card** |
| Balance | **$1,333** |
| Date Opened | **Oct 19, 2023** |

**CAPITAL ONE**
515676XXXXXX

| | |
|---|---|
| Open/Closed | **Open** |
| Account Type | **Credit card** |
| Balance | **$0** |
| Date Opened | **Oct 26, 2024** |

**DISCOVERC**
601100XXXXXX

| | |
|---|---|
| Open/Closed | **Open** |
| Account Type | **Credit card** |
| Balance | **$423** |
| Date Opened | **Jun 21, 2024** |

**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

**CASE NUMBER:** 20252002405 **SHERIFF NUMBER:** 20205427 **MULT. SER.:** 1 **DOC. TYPE:** SMMNS
**DIE DATE:** 06/25/2025 **RECEIVED DATE:** 06/18/2025 **FILED DATE:** 06/17/2025 **DIST:** 604

**DEFENDANT:** DISCOVER BANK
ADDRESS: 208 S LASALLE
CITY: CHICAGO
STATE: IL ZIP CODE: 60604
ATTACHED FEE AMT:

**PLAINTIFF:** JEAN-PIERRE,DANIEL
**ATTORNEY:** Daniel Jean-Pierre
ADDRESS: 1878 Fargo Ave
CITY: Des Plaines
STATE: IL ZIP CODE: 60018

SERVICE INFORMATION: R/A: CT CORPORATION SYSTEM,

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

☐ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

☐ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE DAY OF _ 20.

☐ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

☑ **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____COMPANY____BUSINESS _____ PARTNERSHIP ___

☐ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

☐ **(6) S.O.S/D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

☐ **(7) CERTIFIED MAIL**

****** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT ******

___ **(8)** AND BY MAILING ON THE ___ DAY OF _______ 20 _____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATON SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | |
|---|---|---|
| ☐ (01) NO CONTACT | ☐ (05) WRONG ADDRESS | ☐ (09) DECEASED |
| ☐ (02) MOVED | ☐ (06) NO SUCH ADDRESS | ☐ (10) NO REGISTED AGENT |
| ☐ (03) EMPTY LOT | ☐ (07) EMPLOYER REFUSAL | ☐ (11) OUT OF COOK COUNTY |
| ☐ (04) NOT LISTED | ☐ (08) CANCELLED BY PLAINTIFF ATTY | ☐ (12) OTHER REASON (EXPLAIN) |

**EXPLANATION:**

WRIT SERVED ON: DERRICK HACKETT
SEX: M RACE: BL AGE: 35
THIS 23 DAY OF June 20 25
TIME: 11:05 AM

ATTEMPTED SERVICES

| Date | Time | Star # |
|---|---|---|

THOMAS J. DART,
SHERIFF, BY: /S/ GIBSON, ANDY #11216 , DEPUTY

**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

**CASE NUMBER:** 20252002405 **SHERIFF NUMBER:** 20205427 **MULT. SER.:** 1 **DOC. TYPE:** SMMNS

**DIE DATE:** 06/25/2025 **RECEIVED DATE:** 06/18/2025 **FILED DATE:** 06/17/2025 **DIST:** 604

| Date | Time | Star # |
|---|---|---|